**Appeal No. 2024-1202**

# United States Court of Appeals for the Federal Circuit

**LONGITUDE LICENSING LTD.,**

*Plaintiff-Appellant*,

v.

**GOOGLE LLC,**

*Defendant-Appellee.*

Appeal from the United States District Court for the Northern District of California, Case No. 3:23-cv-03046-VC

**APPELLANT LONGITUDE LICENSING LTD.'S PRINCIPAL BRIEF**

Aaron R. Fahrenkrog
Emily J. Tremblay
Samuel J. LaRoque
William Jones
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
Tel: (612) 349-8500

*Counsel for Plaintiff-Appellant Longitude Licensing Ltd.*

January 29, 2024

## LANGUAGE OF EXEMPLARY PATENT CLAIMS AT ISSUE

Claims 5, 18, 19, and 32 of U.S. Patent No. 7,668,365 ('365 patent):

5. An image processing device that determines the main object which characterizes an image, the image processing device comprising:

image data acquiring module that acquires image data which is data of the target image;

image data analyzing module that segments the image data into a plurality of areas for analysis in terms of area units;

position data acquiring module that acquires position data of the areas of the image data; and

main object determining module that determines the main object using the acquired position data and the results of analysis;

wherein each of the modules of the image processing device is executed by an integrated circuit.

18. An image processing device comprising:

main object image data determining module that determines the main object image data corresponding to the main object characterizing the image;

property acquiring module that acquires the properties of the determined main object image data;

correction condition acquiring module that acquires correction conditions corresponding to the properties that have been acquired; and

picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired correction conditions;

wherein each of the modules of the image processing device is executed by an integrated circuit.

19. An image processing device according to claim 18, wherein

the correction conditions are correction standard values corresponding to the acquired properties, and

the picture quality adjusting module adjusts the picture quality of the main object image data so as to eliminate or reduce the difference between the acquired property values and the correction standard values.

32. An image processing method comprising:

determining the main object image data corresponding to the main object characterizing the image;

acquiring the properties of the determined main object image data;

acquiring correction conditions corresponding to the properties that have been acquired; and

adjusting the picture quality of the main object image data using the acquired correction conditions;

wherein each of the operations of the image processing method is executed by an integrated circuit.

Claim 3 of U.S. Patent No. 8,355,574 ('574 patent):

3. A method of image processing, the method comprising:

determining a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining of the main object is implemented by determining whether the image includes the human face; and

adjusting image quality of the main object using correction conditions corresponding to properties of the determined main object, wherein a parameter used in adjusting the image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color, and

wherein each operation of the method of image processing is executed by one of a personal computer, a printer, or a display device.

Claim 10 of U.S. Patent No. 7,454,056 ('056 patent):

10. An image processing device for executing color balance correction on image data of a photographed image, said image processing device comprising:

an image data acquisition module that acquires said image data:

a specific subject area determination module that determines a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image, and wherein said specific subject area determination module determines said specific subject area using pixel values of pixel data included in a target area for determination, and a position of said target area in said photographed image;

a specific subject characteristic value calculation module that calculates a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

a correction value calculation module that calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

a correction execution module that executes said color balance correction on said image data using said calculated correction value.

Claim 1 of U.S. Patent No. 7,945,109 ('109 patent):

1. An image processing apparatus comprising:

a CPU, the CPU executing functions including

acquiring an image file, the image file including image data, shooting scene information, and location information of a person in the image data, and

increasing sharpness of an area in which the person is located and decreasing sharpness of an area in which the person is not located based on the acquired location information when the acquired shooting scene information indicates a portrait scene.

# CERTIFICATE OF INTEREST

**No. 2024-1202**
**Longitude Licensing Ltd. v. Google LLC**

Counsel for Longitude Licensing Ltd. certify under Federal Circuit Rule 47.4 that the following information is accurate and complete to the best of their knowledge:

1. **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case.

Longitude Licensing Ltd.

2. **Real Parties in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None.

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

Meridian IP Ireland, Ltd.

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.

David Martinez and Navin Ramalingam of Robins Kaplan LLP.

5. **Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

No.

6. **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).

N/A

Date: January 29, 2024 /s/ Aaron R. Fahrenkrog

# TABLE OF CONTENTS

STATEMENT OF RELATED CASES ........................................................ 1

JURISDICTIONAL STATEMENT ........................................................ 1

STATEMENT OF THE ISSUES ........................................................ 2

STATEMENT OF THE CASE ........................................................ 4

I. Longitude's patents describe and claim improvements to digital image processing systems. ........................................................ 4

A. The '365 patent claims improved processes for (1) more accurately identifying the main object in digital image data by analyzing image and position data, and (2) more accurately adjusting main object image data by using correction conditions corresponding to properties of that main object image data. ........................................................ 6

B. The '574 patent claims improved processes for more accurately adjusting data representing a human face in digital images by applying correction conditions corresponding to properties of that data. ........................................................ 13

C. The '056 patent claims improved processes for more accurately reproducing the color of a specific subject by performing color balance correction corresponding to the specific subject in a digital image. ........................................................ 15

D. The '109 patent claims an improved image file structure and process for focusing on a person in a digital portrait, using an image file including image data, shooting scene information, and location information of the person in the image data. ........................................................ 19

II. The district court granted Google's motion to dismiss, finding all claims of the four patents directed to similar abstract ideas. ........................................................ 22

SUMMARY OF THE ARGUMENT ........................................................ 24

ARGUMENT ........................................................ 27

I. LEGAL STANDARDS ........................................................ 27

A. Standard of Review ........................................................ 27

B. Patent Eligibility Under 35 U.S.C. § 101 ................................28

C. The Role of Intrinsic and Extrinsic Evidence in the § 101 Analysis.........................................................................31

D. Standards for Reversal of a District Court's Ineligibility Findings Under § 101 and Dismissal Under Rule 12(b)(6)......33

II. THE '365 PATENT CLAIMS ARE DIRECTED TO PATENT-ELIGIBLE IMPROVED COMPUTING PROCESSES. .........................................................................34

A. *Alice* step one: Claim 32 of the '365 patent is directed to an improved computing process: it more accurately adjusts data representing an image's main object by applying correction conditions corresponding to that main object. ......................................................................34

B. *Alice* step two: Claim 32 of the '365 patent recites an inventive concept. ...................................................................40

C. Other '365 claims are directed to improved computing processes distinct from claim 32. ............................................43

III. THE '574 PATENT CLAIMS ARE DIRECTED TO PATENT-ELIGIBLE IMPROVED COMPUTING PROCESSES. .........................................................................46

A. *Alice* step one: Claim 3 of the '574 patent is directed to an improved computing process: it more accurately adjusts data representing a human face in digital images by applying correction conditions corresponding to properties of that data. ..............................................................46

B. *Alice* step two: Claim 3 of the '574 patent recites an inventive concept. ...................................................................50

IV. THE '056 PATENT CLAIMS ARE DIRECTED TO PATENT-ELIGIBLE IMPROVED COMPUTING DEVICES AND PROCESSES. ......................................................................52

A. *Alice s*tep one: Claim 10 of the '056 patent is directed to an improved computing device: it more accurately reproduces the color of a specific subject by performing

color balance correction corresponding to the specific subject in a digital image. ........................................................52

B. *Alice* step two: Claim 10 of the ’056 patent recites an inventive concept. ....................................................................56

V. THE ’109 PATENT CLAIMS ARE DIRECTED TO A PATENT-ELIGIBLE IMAGE FILE AND AN IMPROVED COMPUTING PROCESS. ..................................................................58

A. *Alice* step one: Claim 1 of the ’109 patent is directed to an improved computing process for focusing on a person in a digital portrait by using an improved image file including image data, shooting scene information, and location information of a person in the image data. .................58

B. *Alice* step two: Claim 1 of the ’109 patent recites an inventive concept. ....................................................................62

CONCLUSION AND RELIEF REQUESTED .......................................................64

STATEMENT REGARDING ORAL ARGUMENT ...........................................66

# TABLE OF AUTHORITIES

## Cases

*Aatrix Software, Inc. v. Green Shades Software, Inc.*,
882 F.3d 1121 (Fed. Cir. 2018) .................................................... passim

*Alice Corp. v. CLS Bank Int'l*,
573 U.S. 208 (2014)............................................................................ 28, 30

*Ancora Techs., Inc. v. HTC Am., Inc.*,
908 F.3d 1343 (Fed. Cir. 2018) .......................................................... 27, 28, 30, 31

*BASCOM Global Internet Servs., Inc. v. AT&T Mobility LLC*,
827 F.3d 1341 (Fed. Cir. 2016) ..........................................................................42

*CardioNet, LLC v. InfoBionic, Inc.*,
955 F.3d 1358 (Fed. Cir. 2020) .................................................... passim

*Cooperative Entm't, Inc. v. Kollective Tech., Inc.*,
50 F.4th 127 (Fed. Cir. 2022) .................................................... passim

*CosmoKey Sol'ns GmbH & Co. KG v. Duo Security LLC*,
15 F.4th 1091 (Fed. Cir. 2021) .................................................... passim

*Enfish, LLC v. Microsoft Corp.*,
822 F.3d 1327 (Fed. Cir. 2016) .................................................... 29, 31

*Finjan, Inc. v. Blue Coat Sys., Inc.*,
879 F.3d 1299 (Fed. Cir. 2018) .................................................... 28, 30, 61

*Littelfuse, Inc. v. Mersen USA EP Corp.*,
29 F.4th 1376 (Fed. Cir. 2022) ..........................................................................45

*McCalden v. Cal. Library Ass'n*,
955 F.2d 1214 (9th Cir. 1992) ..........................................................................28

*McRO, Inc. v. Bandai Namco Games Am. Inc.*,
837 F.3d 1299 (Fed. Cir. 2016) .................................................... passim

*Nice Ltd. v. Callminer, Inc.*,
No. CV 18-2024-RGA-SRF, 2020 WL 529709 (D. Del. Feb. 3, 2020),

*report and recommendation adopted*, No. 18-CV-2024-RGA, 2020 WL 1502290 (D. Del. Mar. 30, 2020)....................46

*Phillips v. AWH Corp.*,
415 F.3d 1303 (Fed. Cir. 2005) ....................45

*PPS Data, LLC v. Jack Henry & Assocs., Inc.*,
404 F. Supp. 3d 1021 (E.D. Tex. 2019)....................46

*RecogniCorp, LLC v. Nintendo Co., Ltd.*,
855 F.3d 1322 (Fed. Cir. 2017) .................... 34, 39

*Shire LLC v. Amneal Pharms., LLC*,
802 F.3d 1301 (Fed. Cir. 2015) ....................45

*Uniloc USA, Inc. v. LG Elecs. USA, Inc.*,
957 F.3d 1303 (Fed. Cir. 2020) .................... 27, 30

*Voit Techs., LLC v. Del-Ton, Inc.*,
757 Fed. Appx. 1000 (Fed. Cir. 2019)....................40

*Whitaker v. Tesla Motors, Inc.*,
985 F.3d 1173 (9th Cir. 2021) ....................27

*Yu v. Apple, Inc.*,
1 F.4th 1040 (Fed. Cir. 2021) .................... 33, 39

**Statutes**

28 U.S.C. § 1295(a)(1)....................1

28 U.S.C. § 1331 ....................1

28 U.S.C. § 1338(a) ....................1

35 U.S.C. § 101 ....................28

35 U.S.C. § 282 ....................45

**Rules**

Federal Circuit Rule 47.5 ....................1

Federal Rule of Civil Procedure 12(b)(6) ....................1

## STATEMENT OF RELATED CASES

Pursuant to Federal Circuit Rule 47.5, counsel for Plaintiff-Appellant Longitude Licensing Ltd. certify that no appeal from this civil action was previously before this or any other appellate court.

## JURISDICTIONAL STATEMENT

This appeal arises from a final judgment of the United States District Court for the Northern District of California. Appx001. The district court had jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). The district court dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice, Plaintiff-Appellant Longitude Licensing Ltd.'s ("Longitude") infringement claims for four of seven asserted patents on October 27, 2023. Appx002-004. On November 10, 2023, Longitude moved the district court to dismiss, without prejudice, its infringement claims for the remaining three asserted patents and to enter final judgment on the four patents subject to the district court's Rule 12(b)(6) dismissal. Appx005. Defendant-Appellee Google LLC ("Google") did not oppose the motion. *Id.* The district court granted the motion and entered final judgment on November 15, 2023. Appx005; Appx001. Longitude appealed on November 22, 2023. Appx311-313. This Court has jurisdiction under 28 U.S.C. § 1295(a)(1).

## STATEMENT OF THE ISSUES

1. Whether the district court erred by finding all '365 patent claims directed to patent-ineligible abstract ideas and lacking any inventive concept without citing any intrinsic or extrinsic evidence, and without addressing contrary intrinsic evidence demonstrating that the claimed limitations, given their proper scope in view of the specification, recite how a computer performs improved processes to more accurately identify "main objects" in digital image data, and to more precisely render the main objects by making tailored adjustments to different main objects using correction conditions corresponding to the main object's properties.

2. Whether the district court erred by finding all '574 patent claims directed to patent-ineligible abstract ideas and lacking any inventive concept without citing any intrinsic or extrinsic evidence, and without addressing contrary intrinsic evidence demonstrating that the claimed limitations, given their proper scope in view of the specification, recite how a computer performs improved processes to more precisely render main objects that include a human face by making tailored adjustments to different main objects that include a human face using correction conditions corresponding to the main object's properties.

3. Whether the district court erred by finding all '056 patent claims directed to patent-ineligible abstract ideas and lacking any inventive concept

without citing any intrinsic or extrinsic evidence, and without addressing contrary intrinsic evidence demonstrating that the claimed limitations, given their proper scope in view of the specification, recite how a computer performs improved processes to more accurately identify a subject in digital image data by using pixel data and position information, and to more precisely render an image's subject by calculating a color balance correction value based on the image data corresponding to the subject.

4. Whether the district court erred by finding all '109 patent claims directed to patent-ineligible abstract ideas and lacking any inventive concept without citing any intrinsic or extrinsic evidence, and without addressing contrary intrinsic evidence demonstrating that the claimed limitations, given their proper scope in view of the specification, recite a new digital image file structure including shooting scene information and location information of a person in the image, and how a computer performs improved processes using the new image file structure to emphasize the data representing the person, and de-emphasize the background, when the new image file structure indicates a portrait scene.

5. Whether the district court erred by granting Google's Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101 where the intrinsic records for the patents at issue, and additional facts pleaded in Longitude's complaint, indicate that all

challenged claims recite how computers perform improved digital image processing operations.

## STATEMENT OF THE CASE

### I. Longitude's patents describe and claim improvements to digital image processing systems.

This case relates to four patents that describe and claim inventions in the computing field of digital image processing: U.S. Patent Nos. 7,668,365 ('365 patent), 8,355,574 ('574 patent), 7,454,056 ('056 patent), and 7,945,109 ('109 patent). Appx120. The patents claim priority to applications that Seiko Epson Corporation filed in 2004 and 2005. Appx006; Appx042; Appx077; Appx094. The patents describe and claim new computing operations and file structures to improve digital image processing quality compared to prior, inferior automated digital image processing techniques. The patents claim eligible subject matter.

Before the claimed inventions, computers processing digital image data struggled to replicate the real-world visual appearance of the image content and to process that data to improve overall image quality. Appx026 at 1:20-40; Appx062 at 1:28-48; Appx085 at 1:25-33; Appx104 at 1:19-36. Computers cannot "see" images like the human eye does—to process, adjust, and display digital image data, computers must instead perform specific operations on structured data, and the rudimentary digital image processing techniques that existed before the inventions delivered subpar results. *Id.*

For example, computers could not distinguish among different image content, like human faces, different sky scenes, or varied green vegetation. Appx026 at 1:30-40; Appx062 at 1:38-48. They could not tailor processing adjustments or corrections to different content, so they instead applied the same adjustments to everything "across the board," *id.*, which could render dark skin too light (or vice versa) or convert a bright sky into a magenta sunset. Appx036 at 22:28-36; Appx037 at 23:44-24:16. Before the claimed inventions, computers performed only rudimentary color balance correction techniques that caused unintended effects, for example, changing skin tone to appear red-tinged or otherwise different than its actual appearance. Appx085 at 1:12-33. Computers also struggled to locate the image's subject or specific objects within an image, and processing techniques made mistakes, for example, emphasizing background imagery rather than the intended subject—in some systems, processing techniques defaulted to sharpening the image's center, no matter what it contained. Appx104 at 1:19-36.

Before the inventions, computers often failed to replicate reality or the desired visual appearance using digital image data, and prior digital image processing techniques had their limits and often produced poor image quality. Appx026 at 1:20-40; Appx062 at 1:28-48; Appx085 at 1:25-33; Appx104 at 1:19-36. The digital image processing industry therefore needed improved

computing processes and data structures that could overcome the shortcomings in the art. *Id.*

### A. The ’365 patent claims improved processes for (1) more accurately identifying the main object in digital image data by analyzing image and position data, and (2) more accurately adjusting main object image data by using correction conditions corresponding to properties of that main object image data.

The ’365 patent describes and claims two distinct, improved digital image processing techniques: (1) how to more accurately identify the main object—meaning, what the image is a picture of—in digital image data by analyzing image and position data, and (2) how to more accurately adjust that main object image data by using correction conditions corresponding to that data’s properties. *See, e.g.*, Appx039 at 28:33-47 (claim 5); Appx041 at 32:23-33 (claim 32). The specification explains that the claimed techniques improve digital image processing, facilitating more accurate, tailored data corrections that stay true to the main object, for example, a person’s face having a particular skin tone. Appx026 at 1:20-40, 1:44-48, 2:16-31; Appx027 at 3:42-61, 4:17-31; Appx031 at 11:15-38; Appx032 at 13:9-15; Appx032-033 at 14:51-15:38; Appx033 at 16:15-26; Appx034 at 17:54-18:9, 18:51-64; Appx034-035 at 18:65-19:5; Appx036-037 at 22:26-24:16. The ’365 patent describes how the inventions achieve the described improvements using specific data: correction conditions (e.g., contrast, brightness, color balance) corresponding to the main object image data’s properties (e.g., color

and statistical values). Appx027 at 3:42-61; Appx032 at 14:51-61; Appx033 at 16:15-26; Appx034 at 17:54-18:9, 18:51-64; Appx036-037 22:26-24:16.

More specifically, claim 32 recites how to process and adjust more accurately the appearance of an image's main object using correction conditions. Appx041 at 32:23-33. The claimed process determines the image data corresponding to the image's main object, acquires properties of that main object image data (to determine the object, like a face having a particular skin tone, that the data represents), acquires correction conditions corresponding to those properties, and then adjusts the main object image data using the correction conditions tailored to that main object. *Id.*; Appx027 at 3:42-61, 4:17-31; Appx032-033 at 14:51-15:38; Appx033 at 16:15-26; Appx034 at 17:54-18:9.

The claimed "correction conditions" correspond to the claimed main object image data "properties." Appx032 at 14:51-61; Appx033 at 16:15-33. The main object image data "properties" include color values and statistical values that the system uses to acquire corresponding correction conditions. Appx033 at 16:27-33; Appx032 at 14:51-61. The specification explains that the correction conditions include values to adjust the quality of the main object image data, for example, "shadow, highlight, brightness, contrast, color balance, and memory color correction parameters." Appx033 at 16:15-26; Appx019 at Fig. 15. The crux of the

invention and its computing improvement is the relation of correction conditions to the properties of the main object. Appx041 at 32:23-33.

The claimed technique allows the computer to process the image data more accurately, based on its own properties (i.e., based on properties of its main object image data). Appx032-033 at 14:51-15:38; Appx034-035 at 18:65-19:5; Appx019-020 at Figs. 15-17. Important, correction conditions corresponding to the main object image data properties allow for tailored adjustments for different main objects, like faces having different skin tones. Appx027 at 3:42-61, 4:17-31; Appx032-033 at 14:51-15:38; Appx034 at 17:54-18:9. "A plurality of correction conditions are prepared for each type of main object, permitting more suitable adjusting of the picture quality according to the properties of the main object." Appx032 at 14:51-61.

Figure 15 illustrates example correction conditions ("correction standard levels") corresponding to different main objects, including bright sky, ordinary sky, and dark sky:

Fig.15

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | CORRECTION STANDARD LEVEL |
|---|---|---|
| BRIGHT SKY | Hcsb, Scsb, Bcsb | CONTRAST b, BRIGHTNESS b, COLOR BALANCE b |
| ORDINARY SKY | Hcsn, Scsn, Bcsn | CONTRAST n, BRIGHTNESS n, COLOR BALANCE n |
| DARK SKY | Hcsd, Scsd, Bcsd | CONTRAST d, BRIGHTNESS d, COLOR BALANCE d |

Appx019 at Fig. 15; Appx033 at 16:15-26. Figure 17 illustrates a more detailed set of example correction conditions ("standard color value," "hue," "saturation," and "brightness" coefficients) corresponding to different main objects—for example, different types of sky (bright, medium, dark), green vegetation (light, medium, dark), and faces having different skin tones (pale pink, pale yellow, dark yellow, dark brown):

Fig.17

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | STANDARD COLOR VALUE | COEFFICIENTS | | |
|---|---|---|---|---|---|
| | | | HUE | SATURATION | BRIGHTNESS |
| BRIGHT SKY | (Hcsb, Scsb, Vcsb) | (Hrefsb, Srefsb, Vrefsb) | (0,1) | (0,1) | (0,0) |
| MEDIUM SKY | (Hcsn, Scsn, Vcsn) | (Hrefsn, Srefsn, Vrefsn) | (1,1) | (1,1) | (0,0) |
| DARK SKY | (Hcsd, Scsd, Vcsd) | (Hrefsd, Srefsd, Vrefsd) | (2,0) | (2,0) | (0,0) |
| LIGHT GREEN | (Hcgb, Scgb, Vcgb) | (Hrefgb, Srefgb, Vrefgb) | (1,2) | (1,0) | (0,0) |
| MEDIUM GREEN | (Hcgn, Scgn, Vcgn) | (Hrefgn, Srefgn, Vrefgn) | (1,1) | (1,1) | (0,0) |
| DARK GREEN | (Hcgd, Scgd, Vcgd) | (Hrefgd, Srefgd, Vrefgd) | (4,1) | (4,0) | (0,0) |
| PALE PINK FLESH | (Hcfp, Scfp, Vcfp) | (Hreffp, Sreffp, Vreffp) | (0,1) | (0,1) | (1,0) |
| PALE YELLOW FLESH | (Hcfl, Scfl, Vcfl) | (Hreffl, Sreffl, Vreffl) | (1,1) | (1,1) | (1,0) |
| DARK YELLOW FLESH | (Hcfd, Scfd, Vcfd) | (Hreffd, Sreffd, Vreffd) | (1,1) | (1,0) | (1,0) |
| DARK BROWN FLESH | (Hcfb, Scfb, Vcfb) | (Hreffb, Sreffb, Vreffb) | (1,1) | (1,0) | (1,1) |

Appx020 at Fig. 17; Appx034-035 at 18:65-19:5.

Claim 19 recites particular correction conditions—correction standard values—that, as the specification illustrates, represent particular corrections for particular main object data. Appx040 at 30:40-47; Appx019 at Fig. 15. Claim 19 recites further improvements for processing main object image data: eliminate or

reduce the difference between the acquired property values and the correction standard values. Appx040 at 30:40-47; Appx033 at 16:15-48.

In contrast, prior systems did not associate correction conditions with properties of the main object image data, and instead the prior systems applied an "across the board," "standardized" adjustment process to main objects. Appx026 at 1:30-40. This "standardized" process produced undesirable results, like shifting "pale pink" skin tones to a "bluish" color or turning a daytime "bright sky" into a magenta color more suitable for sunset. Appx036-037 at 22:26-24:16. The inventive correspondence of "correction conditions" to main object image data properties enables the system to apply adjustments to specific faces having different skin tones, or to bright, dark, or red skies, as appropriate for each. Appx033 at 15:14-22, 15:67-16:3; Appx034-035 at 17:54-18:9, 18:65-19:5; Appx036-037 at 22:26-24:16.

Claim 5 recites a distinct invention: how to more accurately identify the main object in digital image data by analyzing both image and position data. Appx039 at 28:33-47. The specification explains that the claimed technique improves digital image processing, facilitating more accurate determination of the image's main object. Appx026 at 2:16-31; Appx030-031 at 10:37-11:38; Appx031 at 12:21-24; Appx032 at 13:9-15. The '365 patent describes how the invention achieves the described improvement using specific data: image—for example,

color—*and* position, to distinguish between objects of similar color and avoid processing mistakes—for example, confusing the sky and a sky-blue shirt. *Id.*

More specifically, claim 5 determines the main object in an image by segmenting the image into a plurality of areas and analyzing those areas (e.g., identifying color values or other properties),[1] acquiring position data for those areas, and using that analysis *and* the position data to determine the main object. Appx039 at 28:33-48; Appx026 at 1:44-48, 2:16-31; Appx030-031 at 10:44-11:38. Using the area analysis (e.g., color information) *and* position data allows the system to avoid mistakes. For example, even though the sky and a sky-blue shirt in an image may have the same "hue", the position data allows the system to separate the sky (area A1 in Fig. 6, identified using X/Y coordinates in Fig. 11) from a sky-blue shirt (area A2 in Fig. 6, identified using X/Y coordinates in Fig. 11). Appx030-031 at 10:59-11:11; Appx032 at 13:9-15. Figures 4 and 6 illustrate an example image segmentation used to associate different areas of an image with different types of potential main objects:

---

[1] Claim 5 recites an "image data analyzing module that segments the image data into a plurality of areas for analysis in terms of area units." Appx039 at 28:38-40.

Fig.4




Fig.6




Appx011 at Fig. 4; Appx013 at Fig. 6 (annotations added). Figure 11 illustrates example combinations of color (hue) values and position data used to identify different types of main objects (sky, vegetation, and people):

Fig.11

| OBJECT | HUE | POSITION | |
|---|---|---|---|
| SKY | SKY BLUE/ RED | TOP OF IMAGE AND TOUCHING EDGES OF IMAGE | AREA(x,0), (0,y), (7,y) 0≦x≦7, 0≦Y≦2 |
| VEGETATION | GREEN | BOTTOM OF IMAGE AND TOUCHING EDGES OF IMAGE | AREA(x,7), (0,y), (7,y) 0≦x≦7, 4≦Y≦7 |
| PEOPLE | FLESH TONE | MIDDLE OF IMAGE | AREA(x,y) 2≦x≦5, 2≦Y≦5 |

Appx015 at Fig. 11.

In contrast, prior systems did not consider position data when attempting to determine main objects, resulting in "determination errors." Appx031 at 11:15-38. In prior systems, "the erroneous determination of the main object can thus result in

poor picture quality" by applying adjustments to image data that does not represent the main object. Appx026 at 1:20-29. For example, using prior systems, "it is highly possible that color range areas corresponding to sky blue clothing located near the middle of the image [in area A2] will be mistakenly determined to be the sky." Appx031 at 11:15-38. By analyzing image data (e.g., color) *and* its position data, the inventive system "make[s] more accurate determinations," "reduce[s] determination errors," and "will not erroneously determine sky blue clothing to be the sky because the position conditions where the sky [is] to be located are taken into consideration." *Id.*

### B. The ’574 patent claims improved processes for more accurately adjusting data representing a human face in digital images by applying correction conditions corresponding to properties of that data.

The ’574 patent shares a specification with the ’365 patent, and the ’574 patent, too, describes and claims a specific, improved digital image processing technique: how to more accurately adjust data representing a human face by applying correction conditions corresponding to properties of that data. *See, e.g.*, Appx075 at 28:8-21 (claim 3). Like ’365 claim 32, ’574 claim 3 recites using "correction conditions corresponding to properties of the determined main object." Appx075 at 28:14-16. But unlike ’365 claim 32, ’574 claim 3 provides that "the main object includes at least a human face" and that "determining of the main object is implemented by determining whether the image includes the human

face." Appx075 at 28:8-21. The specification describes how the claimed technique—now specific to correcting digital image data for different human faces—improves digital image processing, facilitating more accurate facial rendering that stays true to particular skin tones. Appx062 at 1:38-48, 1:52-56; Appx063 at 3:50-4:2; Appx068 at 14:49-59; Appx069 at 16:13-24; Appx070 at 17:53-62, 18:49-62; Appx070-071 at 18:63-19:3; Appx073 at 23:45-24:17. '574 claim 3, like '365 claim 32, achieves the described improvements using correction conditions. Appx075 at 28:14-16.

More specifically, claim 3 corrects a human face in a digital image by determining the data in the image corresponding to a main object including a human face and adjusting one or more specific parameters of the face data—highlight, shadow, brightness, contrast, color balance, or memory color—using correction conditions. Appx075 at 28:8-21; Appx062 at 1:52-56; Appx063 at 3:50-4:2, 4:26-40; Appx068-069 at 14:49-15:36; Appx070 at 17:53-62. The correction conditions correspond to the properties of the main object that includes the face.[2] *Id.*

---

[2] The '574 patent describes acquiring properties of main object image data and associating correction conditions with those properties in the same way as the '365 patent. Appx068-069 at 14:49-15:36; Appx069 at 16:13-31.

In contrast, prior systems applied an "across the board," "standardized" adjustment that caused mistakes or poor image quality, for example, turning "pale pink" skin tones to a "bluish" color or otherwise producing "poor facial color" instead of more accurately reproducing the person's visual appearance by using correction conditions associated with properties of the face data. Appx062 at 1:38-48; Appx073 at 23:45-24:27. Providing correction conditions associated with the properties of main objects that include faces allows for more accurate correction of different skin tones, such as pale, light, and dark. Appx068 at 14:49-59; Appx070 at 17:53-62, 18:49-62; Appx070-071 at 18:63-19:3; Appx073 at 23:45-24:17.

### C. The '056 patent claims improved processes for more accurately reproducing the color of a specific subject by performing color balance correction corresponding to the specific subject in a digital image.

The '056 patent describes and claims an improved digital image processing technique: how to more accurately render a subject in a digital image, such as a human face, by precisely determining the subject, analyzing the image data corresponding to the subject, and performing color balance correction based on the data corresponding to the subject itself. *See, e.g.*, Appx092 at 16:32-57 (claim 10). The specification explains that the claimed system provides a more accurate reproduction of a subject's color compared to prior approaches that performed color balance corrections based on the image as a whole and not based on the

image data corresponding to the subject. Appx092 at 16:32-57; Appx085 at 1:37-2:3, 2:29-65; Appx086 at 3:24-34; Appx087 at 5:33-6:9; Appx088 at 8:4-18; Appx088-089 at 8:53-9:42; Appx090 at 11:42-63; Appx090-091 at 12:59-13:7.

More specifically, claim 10 recites how a computer performs an improved color balance correction process, and the specification provides examples of those operations. Appx092 at 16:37-44. The claim recites analyzing a "target area" to determine "a specific subject area." *Id.* The specification describes how the technique may include dividing image data into sections (such as a 16-by-16 grid) and analyzing the data in each section (a claimed "target area," described in the specification as the "target of processing") to determine whether the section contains a subject, such as a human face. Appx087 at 6:47-56. To make that determination, the invention evaluates the pixel values of the data in the target area, for example by determining what proportion of pixel color values correspond to a "flesh color." Appx087-088 at 6:57-7:2. The claim recites this step as "using pixel values of pixel data included in a target area for determination." Appx092 at 16:37-44.

The claimed invention also recites "using . . . a position of said target area" as part of determining the subject area. Appx092 at 16:32-57. The specification describes that process as evaluating where in the image the target area under review resides, such as in the center of the image (a common place for a subject) as

opposed to in a section including an edge (which normally would not include the image's subject). Appx088 at 7:10-30. Figures 5 and 6 illustrate an example analysis of image data in a target area to determine areas (labeled "FA," meaning "face area") corresponding to a subject (here, a face):

Fig.5




Fig.6




Appx082 at Fig. 5, Fig. 6; Appx088 at 7:3-30, 7:52-56.

After determining a "specific subject area," the claimed invention "calculates a specific subject characteristic value," which represents a characteristic of image data corresponding to the determined specific subject area. Appx092 at 16:45-49. The specification provides an example of this calculation for a human subject, using a "flesh color pixel average pixel value" as the "specific subject characteristic value." Appx087 at 6:4-9; Appx088 at 8:4-18. In the example, the invention determines "a weighted average of the pixel value of the flesh color pixel data contained in the face area FA." Appx088 at 8:4-18.

Claim 10 next "calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value." Appx092 at 16:50-53. The specification describes a "preset characteristic target value" as, for example, a "flesh color target value," which represents "a flesh color that is desirable as the flesh color of the human subject." Appx089 at 9:5-10. The specification describes calculating "flesh color reference correction values" based on differences between the "flesh color target value" and the "flesh color pixel average pixel value" calculated based on the image's subject—from the determined "face area FA." Appx089 at 9:5-42. Finally, claim 10 "executes said color balance correction on said image data using said calculated correction value." Appx092 at 16:54-56; Appx089 at 10:11-16.

The specification explains that the claimed processing device has "an effect of correcting the color balance of the overall image in a direction for which the flesh color within the face area FA approaches the desirable flesh color." Appx089 at 9:38-42. In contrast, prior systems performed color balance correction based on all the data in an image, not just the data corresponding to a subject. Appx085 at 1:11-33. Those systems did not determine the pixel data corresponding to the subject for color balance correction. *Id.* Prior processes instead attempted to adjust all color values in the image "so that the average color of the overall image becomes colorless (white or gray)." *Id.* Because those techniques did not perform

color balance correction based on subject image data, "the flesh color of the human subject which is the main subject becomes red-tinged, significantly distancing it from the desired color." *Id.*

The claimed processing device improves upon those prior processes and "avoid[s] giving an undesirable change in the flesh color of the human subject which is the main subject." Appx090 at 11:42-54. The inventive process "correct[s] the flesh color of the image in a direction that comes significantly close to the desirable flesh color" and "improve[s] the appearance of the image." Appx090-091 at 12:59-13:1.

### D. The '109 patent claims an improved image file structure and process for focusing on a person in a digital portrait, using an image file including image data, shooting scene information, and location information of the person in the image data.

The '109 patent describes and claims an improved image file structure and digital image processing technique for more accurately adjusting the sharpness of a person in an image, compared to the background, by adjusting the digital image data. *See, e.g.*, Appx110-111 at 14:63-15:5 (claim 1); Appx104 at 1:40-64; Appx105 at 3:14-21, 3:27-40; Appx105-106 at 4:62-5:10; Appx106-107 at 6:44-7:34 (describing new image file structure); Appx107 at 8:7-53 (describing new image file generation); Appx108 at 9:65-10:25 (describing interpretation of new image file for adjustments); Appx109 at 11:5-9, 12:53-67; Appx110 at 13:3-20. The patent describes and claims using a new image file structure to

accomplish the improved processing—the file includes image data and control information relating to the shooting scene setting, such as "portrait," and the location of the person in the image data. Appx110-111 at 14:63-15:5; Appx105-106 at 4:62-5:10; Appx106-107 at 6:44-7:34; Appx107 at 8:7-53; Appx108 at 9:65-10:25; Appx109 at 11:5-9, 12:53-67; Appx110 at 13:3-20. Figure 3 illustrates the new image file structure, in particular the inclusion of "control information" (such as shooting scene information and location information) in the "Makernote storage region," which, as the patent explains, did not contain that data in prior formats:

Fig. 3




Appx097 at Fig. 3; Appx105 at 3:26-40; Appx107 at 7:6-16, 8:7-53 (describing shooting scene information as "control information"). Providing shooting scene information and location information in an image file enables a system to more accurately execute sharpness adjustments on the human subject and the

background of a digital "portrait" scene—"[t]he processing is particularly effective when a portrait mode is selected as the photo mode." Appx110 at 13:3-20.

In contrast, prior image files did not include shooting scene information and location information for the subject. Appx104 at 1:19-36; Appx106-107 at 6:44-7:34. Thus, prior image files did not include this information that allows a processing system to determine the location of a "major object" in an image, based on the information in the image file. *Id.* Instead, prior image processing systems just assumed that the "major object" was in the "central region of an image" and attempted to perform image correction based on that assumption. Appx104 at 1:19-36. But "major objects" are often not located in the center of an image. *Id.* "For example, in the case where an image is shot with a row of mountains in the background, the major object may possibly be located in its side region." *Id.* The specification summarizes the problem with applying image correction that assumes the "major object" is located in the center:

> Accordingly, in the case where the major object is located in the side region of an image, conventional techniques that identify the central region of an image as an emphasis region had difficulties in achieving an image correction of the major object with high accuracy and therefore could not obtain an intended output result.

*Id.* The invention's new image file structure and its use "solve the problems noted above" and "improve the accuracy of image processing by setting and using an appropriate emphasis region for every image data." Appx104 at 1:40-43.

## II. The district court granted Google's motion to dismiss, finding all claims of the four patents directed to similar abstract ideas.

Longitude filed its complaint against Google on June 21, 2023. Appx119. The complaint asserted seven patents, including the four patents at issue here. Appx120. Longitude's complaint accused various Google instrumentalities of infringing the seven patents, including Pixel smartphones, tablets, and accompanying software, and Google's photo-related applications, including Google Photos and Snapseed. Appx120. Longitude's complaint included factual allegations about the digital image processing systems that existed at the time of the inventions, the differences between those prior systems and the inventions, and the technical benefits that the inventions delivered. Appx128-144; Appx152-156.

Google filed a Rule 12(b)(6) motion to dismiss on August 25, 2023, asking the district court to dismiss Longitude's infringement claims for the four patents at issue here pursuant to 35 U.S.C. § 101. Appx116. The district court did not hold a hearing on Google's motion. Appx117. Instead, on October 27, 2023, the district court granted Google's motion in a three-page order, finding all claims of the four patents invalid under 35 U.S.C. § 101 and dismissing Longitude's infringement claims for the four challenged patents with prejudice. Appx002-004.

At *Alice* step one, the district court determined that all four patents are directed "to an abstract idea: the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image." Appx002. The district court found, without citing evidence, that "[a]s Google points out, that basic concept is longstanding." *Id.* The district court characterized unspecified claims as "merely various abstract ideas for how to enhance an image (for example, determining the main object by identifying a human face, considering the location or background of an image to identify the main object, or correcting color balance using a formula)." *Id.*

In short, the district court found that all claims of the four patents recited only automating a "longstanding" concept using a computer. Appx002. The district court also found, without citing evidence, that all claims recite "standard steps that can be taken by a computer to enhance an image rather than a specific technological method of achieving that result." Appx003.

At *Alice* step two, the district court concluded that "[t]he claims lack any remaining inventive concept," without further citation or analysis. Appx002. As for Longitude's factual allegations of record, the district court found that it "need not credit Longitude's conclusory allegations in the complaint that the claims 'recite a specific way to improve a prior computing process' when that is not apparent from the claim language read in light of the specification." Appx003. The district court

concluded that "anyhow it's clear from the complaint's allegations and the language of the patent that no amendment would cure the issues identified in this Order." Appx004.

After the district court's order, Longitude filed an unopposed motion to dismiss, without prejudice, Longitude's infringement claims for the remaining three asserted patents and to enter final judgment. Appx005. On November 15, 2023, the district court granted the motion and entered final judgment, finding that "U.S. Patent Nos. 7,668,365; 8,355,574; 7,454,056; and 7,945,109 are invalid as directed to ineligible subject matter under 35 U.S.C. § 101." Appx001.

## SUMMARY OF THE ARGUMENT

The Court should reverse the district court's ineligibility findings under § 101 and corresponding dismissal under Rule 12(b)(6) for all four patents at issue. The intrinsic evidence for each patent justifies reversal under either step of the *Alice* analysis.

**First**, the Court should reverse under *Alice* step one based on the claim language and specification evidence. The district court erred by oversimplifying the claims, reducing all to "the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image" or "merely various abstract ideas for how to enhance an image." Appx002. The district court's order invalidated 66 claims without addressing specific limitations

of any claim, alone or in combination. Notably, it applied an identical analysis to all claims of all four patents at issue.

The district court further erred at *Alice* step one by not considering the intrinsic evidence supporting Longitude's allegations that the patents claim eligible computing improvements. The district court instead found, without evidence, that all claims recite "longstanding" concepts and only "standard steps that can be taken by a computer to enhance an image." Appx002-003. The district court did not provide any support for those factual conclusions, and it did not address the intrinsic evidence to the contrary in all four patents.

The claim language and specification evidence for all four patents demonstrate that the claims are directed to distinct computing improvements, not abstract ideas. The intrinsic record for each patent articulates the existence and deficiencies of prior computing processes that attempted to achieve the results delivered by the inventions, the differences in computing structures and operations in the claimed inventions compared to those prior systems, and the technical benefits flowing from those differences and resulting in computing systems able to produce better digital image quality. The intrinsic evidence justifies reversal of the district court's ineligibility findings under *Alice* step one.

**Second**, at *Alice* step two, the district court erred by concluding, without evidence, that "[t]he claims lack any remaining inventive concept" for all four

patents at issue without analyzing any claim's specific limitations or the descriptions of the claimed inventions in the specifications. Appx002. The intrinsic evidence demonstrating technical benefits of the claimed inventions compared to existing computing processes shows that the claims at issue recite inventive concepts under *Alice* step two, even adopting, for the sake of argument, the district court's generalization of all claims as directed to "the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image." *Id.* The imbalance of all intrinsic evidence demonstrating unconventional improvements to computing processes, compared to no evidence demonstrating conventionality, justifies reversal of the district court's ineligibility findings under step two.

**Third**, at the least, the factual issues raised by the intrinsic evidence as to unconventionality in the claimed limitations justifies vacating the district court's ineligibility findings and reversing the Rule 12(b)(6) dismissal under *Alice* step two. Further, Longitude's complaint alleges additional facts demonstrating that the claimed inventions improved upon existing computing systems with unconventional computing structures and operations. The district court erred by dismissing these allegations as conclusory. The factual allegations in Longitude's complaint, accepted as true, further justify vacating the district court's ineligibility findings and reversing the dismissal under Rule 12(b)(6).

# ARGUMENT

## I. LEGAL STANDARDS

### A. Standard of Review

"Patent eligibility under 35 U.S.C. § 101 is a question of law, based on underlying factual findings." *Uniloc USA, Inc. v. LG Elecs. USA, Inc.*, 957 F.3d 1303, 1306 (Fed. Cir. 2020) (citation omitted); *see also CosmoKey Sol'ns GmbH & Co. KG v. Duo Security LLC*, 15 F.4th 1091, 1095 (Fed. Cir. 2021) (citations omitted). The Court reviews the district court's patent eligibility conclusions *de novo*. *Id.*

The Court applies regional circuit law—here, the Ninth Circuit—when reviewing a district court's dismissal under Rule 12(b)(6). *Cooperative Entm't, Inc. v. Kollective Tech., Inc.*, 50 F.4th 127, 130 (Fed. Cir. 2022) (applying Ninth Circuit law). Under Ninth Circuit law, the Court "reviews de novo whether a complaint contains 'well-pleaded facts . . . that plausibly give rise to an entitlement to relief.'" *Id.* (quoting *Whitaker v. Tesla Motors, Inc.*, 985 F.3d 1173, 1176 (9th Cir. 2021)). A court may not dismiss patent claims under Rule 12(b)(6) as ineligible under § 101 unless undisputed facts, interpreted in the light most favorable to the patent owner, "require a holding of ineligibility under the substantive standards of the law." *Ancora Techs., Inc. v. HTC Am., Inc.*, 908 F.3d 1343, 1347 (Fed. Cir. 2018) (quotation omitted); *see also McCalden v. Cal. Library Ass'n*, 955 F.2d

1214, 1219 (9th Cir. 1992) ("For a complaint to be dismissed because the allegations give rise to an affirmative defense[,] the defense clearly must appear on the face of the pleading.").

Under Rule 12, a court also must consider plausible factual allegations in the complaint, which preclude dismissal if they raise a factual dispute as to whether the claim recites a longstanding practice or conventional activity. *Aatrix Software, Inc. v. Green Shades Software, Inc.*, 882 F.3d 1121, 1125 (Fed. Cir. 2018). The Court considers factual allegations plausible where they comport with the intrinsic evidence. *Cooperative Entm't*, 50 F.4th at 135.

### B. Patent Eligibility Under 35 U.S.C. § 101

In evaluating patent eligibility under 35 U.S.C. § 101, the Court applies the familiar *Alice* framework. *Alice Corp. v. CLS Bank Int'l*, 573 U.S. 208 (2014). Under *Alice*, the Court "ask[s] (1) whether the claim, as a whole, is 'directed to' patent-ineligible matter—here, an abstract idea—and (2) if so, whether the elements of the claim, considered individually or as an ordered combination 'transform the nature of the claim' into a patent-eligible application." *Ancora*, 908 F.3d at 1347 (quoting *Alice*, 573 U.S. at 217).

At *Alice* step one, the Court "examine[s] the patent's 'claimed advance' to determine whether the claims are directed to an abstract idea." *Id.* (quoting *Finjan, Inc. v. Blue Coat Sys., Inc.*, 879 F.3d 1299, 1303 (Fed. Cir. 2018)); *see also*

*CosmoKey*, 15 F.4th at 1097 (considering, at step one, "what the patent asserts to be the focus of the claimed advance over the prior art") (quotation omitted).

"[T]he claims are considered in their entirety to ascertain whether their character as a whole is directed to excluded subject matter." *McRO, Inc. v. Bandai Namco Games Am. Inc.*, 837 F.3d 1299, 1312 (Fed. Cir. 2016) (quotation omitted). "[C]ourts must be careful to avoid oversimplifying the claims by looking at them generally and failing to account for the specific requirements of the claims." *Id.* at 1313. At *Alice* step one (and step two), "in determining the patentability of a method, a court must look to the claims as an ordered combination, without ignoring the requirements of the individual steps." *Id.*

For claims reciting computing processes, the Court considers whether "the claims are directed to automating a longstanding or fundamental practice." *CardioNet, LLC v. InfoBionic, Inc.*, 955 F.3d 1358, 1372-73 (Fed. Cir. 2020). Determining that a practice is "longstanding" or "fundamental" requires fact finding. *Id.* at 1370-71 (characterizing the inquiry as "fact finding").

The Court has found computing claims patent-eligible under § 101 at step one where the intrinsic evidence shows that the claims recite an improvement to prior computing systems or processes. *Enfish, LLC v. Microsoft Corp.*, 822 F.3d 1327, 1335-36 (Fed. Cir. 2016) (finding claims directed to a computing improvement, and thus not an abstract idea, under *Alice* step one). The Court has

"routinely held software claims patent eligible under *Alice* step one when they are directed to improvements to the functionality of a computer or network platform itself." *Uniloc*, 957 F.3d at 1307 (reversing ineligibility finding under *Alice* step one); *see also Ancora*, 908 F.3d at 1347; *Finjan*, 879 F.3d at 1303.

At *Alice* step two, the Court performs "a search for an 'inventive concept'—i.e., an element or combination of elements that is sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the ineligible concept itself." *CosmoKey*, 15 F.4th at 1096 (quoting *Alice*, 573 U.S. at 217-18). At step two, the Court considers "both the claim as a whole and the individual claim elements." *McRO*, 837 F.3d at 1312. The Court has found claims patent-eligible under § 101 as a matter of law at *Alice* step two, like step one, where the intrinsic evidence shows that the claims recite an improvement to computing systems or processes. *CosmoKey*, 15 F.4th at 1098-99 (finding that claims recited an unconventional computing process improvement, and thus an inventive step, under *Alice* step two).

"In computer-implemented inventions, the computer must perform more than 'well-understood, routine, conventional activities previously known to the industry.'" *Id.* at 1097 (quoting *Alice*, 573 U.S. at 217). "Whether the claim elements or the claimed combination are well-understood, routine, conventional is a question of fact." *Aatrix*, 882 F.3d at 1128.

### C. The Role of Intrinsic and Extrinsic Evidence in the § 101 Analysis

At the Rule 12(b)(6) stage, the record consists of only the complaint and, here, the asserted patents. The Court considers the intrinsic evidence—the claim language and specification—at both steps of the *Alice* analysis. *See, e.g.*, *Enfish*, 822 F.3d at 1337-38 (considering specification, at step one); *CosmoKey*, 15 F.4th at 1098 (considering specification, at step two).

At *Alice* step one, the Court has found claims directed to patent-eligible computing improvements, not abstract ideas, where the intrinsic evidence demonstrates that the claimed embodiments differ from and thereby improve upon prior computing systems or processes. *Ancora*, 908 F.3d at 1348-49 (finding claims patent-eligible under step one based on the intrinsic record). Indeed, "*Alice* step one presents a legal question that can be answered based on the intrinsic evidence." *CardioNet*, 955 F.3d at 1372; *see also id.* at 1373 ("[T]he court may consult the intrinsic evidence and conclude that the claims are directed to improving the functionality of a computer or network.").

Likewise, the Court cannot find claims directed to abstract ideas at step one unless the intrinsic evidence or "overwhelming" and "indisputable" extrinsic evidence demonstrates that the claimed embodiments recite only longstanding practices or conventional activity. *See McRO*, 837 F.3d at 1314 (rejecting the defendants' assertion that the claims merely automated conventional activity where

the "[d]efendants provided no evidence that the process previously used . . . is the same as the process required by the claims"). For example, in *CardioNet*, the Court found that the district court erred in its "fact finding" under *Alice* step one that the claims recited "automating known techniques" because "the written description does not disclose that doctors performed the same techniques as the claimed device," and "nothing in the record supports the district court's fact finding (and [the defendant's] assertion) that doctors long used the claimed diagnostic processes." *CardioNet*, 955 F.3d at 1370-71.

The Court also considers the intrinsic record at *Alice* step two to determine whether the claims recite unconventional (and thus eligible) computing structures or operations. *CosmoKey*, 15 F.4th at 1098-99 (finding that claims recited unconventional computing improvements and therefore inventive concepts under step two). The Court has found as a matter of law that claims recite unconventional computing operations, and thus inventive concepts, where the intrinsic evidence demonstrates that the claimed embodiments differ from and thus improve upon prior computing operations. *Id.*

Likewise, the Court does not find that claims recite only conventional computing operations under *Alice* step two unless the record evidence compels that conclusion. *Id.* For example, in *CosmoKey*, the Court found that the district court erred at step two because "nothing in the specification or anywhere else in the

record supports the district court's suggestion that the last four claim steps . . . are conventional." *Id.* at 1098.

### D. Standards for Reversal of a District Court's Ineligibility Findings Under § 101 and Dismissal Under Rule 12(b)(6)

In reviewing a district court's dismissal under Rule 12(b)(6) for patent ineligibility under § 101, the Court should reverse the ineligibility finding and corresponding dismissal, under either *Alice* step, if the intrinsic evidence demonstrates that the claimed embodiments differ from and improve upon prior computing systems or processes. *See, e.g.*, *CardioNet*, 955 F.3d at 1370-72, 1374 (reversing under *Alice* step one); *CosmoKey*, 15 F.4th at 1098-99 (reversing under *Alice* step two). The Court must vacate the ineligibility finding and reverse the Rule 12(b)(6) dismissal if any intrinsic evidence, extrinsic evidence, or plausible complaint allegations, interpreted in the patentee's favor, indicate a dispute as to whether the claimed embodiment recites a longstanding practice or conventional structures or operations. *Aatrix*, 882 F.3d at 1127-30.

The Court may affirm the dismissal only if the intrinsic record or "overwhelming" extrinsic evidence indisputably supports the conclusion that the claimed embodiments recite only longstanding practices automated using conventional computing activities. *See, e.g.*, *Yu v. Apple, Inc.*, 1 F.4th 1040, 1043, 1044-45 (Fed. Cir. 2021) (affirming dismissal where the intrinsic record indicated that the challenged claim recited a conventional practice, not the invention that

differed over prior computing systems); *RecogniCorp, LLC v. Nintendo Co., Ltd.*, 855 F.3d 1322 (Fed. Cir. 2017) (affirming judgment on the pleadings where intrinsic record described the claimed process as a "common technique").

## II. THE '365 PATENT CLAIMS ARE DIRECTED TO PATENT-ELIGIBLE IMPROVED COMPUTING PROCESSES.

### A. *Alice* step one: Claim 32 of the '365 patent is directed to an improved computing process: it more accurately adjusts data representing an image's main object by applying correction conditions corresponding to that main object.

The '365 patent claims patent-eligible computing improvements. The '365 claim language and specification demonstrate that the invention recited in claim 32 more accurately corrects the appearance of a main object in a digital image by acquiring the properties of the image data corresponding to the main object (to determine what type of object, like a human face of a particular skin color, that data represents), acquiring a set of correction conditions corresponding to those specific properties of the main object, and adjusting the main object image data using the correction conditions tailored to that main object. Appx041 at 32:23-33; Appx026 at 1:20-40, 1:44-48, 2:16-31; Appx027 at 3:42-61, 4:17-31; Appx031 at 11:15-38; Appx032 at 13:9-15; Appx032-033 at 14:51-15:38; Appx033 at 16:15-26; Appx034 at 17:54-18:9, 18:51-64; Appx034-035 at 18:65-19:5; Appx036-037 at 22:26-24:16. This intrinsic evidence justifies reversal of the district court's finding of ineligibility at *Alice* step one. *McRO*, 837 F.3d at 1313.

The district court erred when it concluded that claim 32 and all other claims of the '365 patent are directed to "the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image" or other "various abstract ideas for how to enhance an image." Appx002. The district court did not carry out this Court's directive that it must "be careful to avoid oversimplifying the claims by looking at them generally and failing to account for the specific requirements of the claims" and "must look to the claims as an ordered combination, without ignoring the requirements of the individual steps." *McRO*, 837 F.3d at 1313; *CardioNet*, 955 F.3d at 1371.The district court did not address the claim limitations directed to particular improvements to prior computing processes, including the acquisition of "correction conditions corresponding to" the "properties of the determined main object image data" and adjusting the main object image data using those specific correction conditions:

> 32. An image processing method comprising:
>
> determining the main object image data corresponding to the main object characterizing the image;
>
> **acquiring the properties of the determined main object image data**;
>
> **acquiring correction conditions corresponding to the properties that have been acquired**; and
>
> **adjusting the picture quality of the main object image data using the acquired correction conditions**;

> wherein each of the operations of the image processing method is executed by an integrated circuit.

Appx041 at 32:23-33 (emphasis added).

Specifically, claim 32 recites "acquiring correction conditions corresponding to the properties [of the main object image data]," defining a relationship between the correction conditions, the main object image data properties, and, thus, the main object itself. Figure 15 illustrates that relationship: the main object and its image data properties correspond to the correction conditions.

Fig.15

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | CORRECTION STANDARD LEVEL |
|---|---|---|
| BRIGHT SKY | Hcsb, Scsb, Bcsb | CONTRAST b, BRIGHTNESS b, COLOR BALANCE b |
| ORDINARY SKY | Hcsn, Scsn, Bcsn | CONTRAST n, BRIGHTNESS n, COLOR BALANCE n |
| DARK SKY | Hcsd, Scsd, Bcsd | CONTRAST d, BRIGHTNESS d, COLOR BALANCE d |

Appx019 at Fig. 15. The claimed invention—the improved computing process—uses correction conditions specific to the main object (like a particular face having a particular skin tone). This invention facilitates the benefit of adjusting different parameters for different types of main objects, resulting in tailored, more accurate image processing and rendering. *See* Statement of the Case § I.A, *supra*.

The '365 specification confirms that the specific steps in claim 32 recite an improved computing process. The specification explains that inferior, prior automated image adjustment techniques existed in the art. Appx026 at 1:30-40.

Those techniques did not use particular data—the claimed correction conditions corresponding to object properties—to differentiate among main objects, for example, different faces or different colors of sky, before adjusting the image data. Appx026 at 1:30-40; Appx034 at 17:54-18:9. The prior techniques applied adjustments to main object image data without taking into account the data's particular properties and associating those properties with corresponding correction conditions. Appx026 at 1:30-40. Prior digital image processing techniques thus could not tailor adjustments to an image's main object image data, resulting in inconsistent adjustments and corresponding inferior picture quality. *Id.*

Claim 32's process improves upon those prior digital image processing techniques by obtaining the properties of the data corresponding to the image's main object and associating those properties with corresponding correction conditions. Appx027 at 3:42-61; Appx032 at 14:51-61). By associating correction conditions with specific data properties, claim 32's process can use the correction conditions to make adjustments tailored to the main object, such as different shades of sky or different faces. Appx034 at 17:54-18:9; Appx034-035 at 18:65-19:5. As a result, "it is thus possible to improve the picture quality of the main object characterizing the image." Appx027 at 3:42-61; Appx032 at 14:51-61.

As in *McRO*, the intrinsic record therefore shows that claim 32 is directed to an improved computing process, not an abstract idea. *McRO*, 837 F.3d at 1313.

Like the claimed "rules" in *McRO*, claim 32's "correction conditions corresponding to properties [of the main object image data]" provide *how* the claimed process improves upon prior automated image adjustment processes. *Id.* The process uses the correction conditions corresponding to the properties of the main object image data—and, thus, the main object type—and thus enables the benefit of tailoring quality adjustments based the main object. Also like the patent at issue in *McRO*, the '365 specification ties the image quality improvements to the association of correction conditions with main object image data properties, as claimed. *Id.*; Appx027 at 3:42-61, 4:17-31; Appx032-033 at 14:51-15:38; Appx034 at 17:54-63. "The specific, claimed features of [the challenged claims] allow for the improvement realized by the invention." *McRO*, 837 F.3d at 1313.

The district court erred by not addressing the intrinsic record evidence. *CardioNet*, 955 F.3d at 1371. That evidence shows that prior digital image processing systems and techniques did not employ "correction conditions" or the corresponding claimed operations. *See* Statement of the Case § I.A, *supra*. Thus, the intrinsic record does not support the district court's findings that claim 32 recites only a "longstanding" concept or "standard steps that can be taken by a computer to enhance an image." Appx002-003. The intrinsic record contains "no evidence that the process previously used [by humans] is the same as the process required by the claims." *McRO*, 837 F.3d at 1314; *see also CardioNet*, 955 F.3d at

1370-71 (finding error in a "fact finding" of a longstanding practice where "the written description does not disclose that [humans] performed the same techniques").

The cases relied on by the district court do not apply to the '365 patent because those cases involved either intrinsic evidence or patent owner admissions showing that the claims recited only known or conventional activities. For example, in *Yu v. Apple*, the patent owner conceded that the claim recited a practice "known by photographers for over a century" performed on "components [that] were well-known and conventional." 1 F.4th at 1043. Also, the specification in *Yu* described the invention's advance over the prior art as a more specific configuration than claimed. *Id.* at 1044-45. The patent owner's concessions and the intrinsic record thus affirmatively demonstrated that the claim was directed to an abstract idea—a longstanding practice performed on known components. No analogous concessions or evidence exist here. Thus, *Yu* does not apply.

*RecogniCorp v. Nintendo* also differs because there, the intrinsic record described the claimed practice as "a common technique for synthesizing single images of faces." 855 F.3d at 1326. *RecogniCorp* contains no indication that the intrinsic record suggested that the claimed method improved upon existing computing processes. Here, the '365 specification describes the process recited in claim 32 as different and improved compared to prior computing processes, and it

does not describe the claimed approach as "a common technique." *RecogniCorp* does not apply.

Likewise, the intrinsic record in *Voit Techs., LLC v. Del-Ton, Inc.* "demonstrate[d] that the Asserted Claims are directed to use of generic computer components performing conventional [operations]." 757 Fed. Appx. 1000, 1003 (Fed. Cir. 2019). The intrinsic record here contains no such evidence.

Because all intrinsic evidence demonstrates that claim 32 recites an improved computing process employing "correction conditions," and no evidence suggests that claim 32 recites a longstanding practice or only known operations, the Court should reverse the district court's ineligibility finding for the '365 patent. *CardioNet*, 955 F.3d at 1371-72 ("*Alice* step one presents a legal question that can be answered based on the intrinsic evidence."); *see also id.* at 1374 ("Based on our review of the intrinsic record, the '207 patent claims are not directed to a patent-ineligible abstract idea. Therefore, reversal is appropriate."). Because the district court did not differentiate among the '365 claims, the Court should reverse the district court's ineligibility finding for all '365 claims if it finds claim 32 patent-eligible.

### B. *Alice* step two: Claim 32 of the '365 patent recites an inventive concept.

Independently, the Court should reverse the district court's ineligibility finding under *Alice* step two, because the intrinsic evidence demonstrates that the

claimed steps addressing "properties" of main object image data and "correction conditions corresponding to [those] properties" recite inventive concepts. *CosmoKey*, 15 F.4th at 1098-99 (reversing, under *Alice* step two, the district court's ineligibility finding and corresponding dismissal pursuant to Rule 12(c)).

The district court erred by finding, without evidence or analysis, that "[t]he claims lack any remaining inventive concept." Appx002. That finding under *Alice* step two—a *fact* finding—requires evidentiary support. *CosmoKey*, 15 F.4th at 1098-99. As in *CosmoKey*, the record here (1) does not contain any evidence that the claimed computing operations were conventional, and (2) instead indicates that the claimed operations were not conventional and provided benefits over prior techniques. Appx026 at 1:44-48; Appx027 at 3:42-61, 4:17-31; Appx032-033 at 14:51-15:38; Appx034 17:54-63 (describing inventions and benefits)); *CosmoKey*, 15 F.4th at 1098-99 (finding eligibility and reversing, under step two, where "nothing in the specification or anywhere else in the record supports the district court's suggestion that the last four claim steps . . . are conventional," and the specification "makes clear that the claimed steps were developed by the inventors, are not admitted prior art, and yield certain advantages over the described prior art").

If the Court does not reverse under *Alice* steps one or two, under step two it should vacate the district court's ineligibility finding and reverse its dismissal for

two reasons. **First**, the intrinsic record, interpreted in the light most favorable to Longitude, indicates at least factual disputes as to whether the '365 patent claims unconventional computing operations. *BASCOM Global Internet Servs., Inc. v. AT&T Mobility LLC*, 827 F.3d 1341, 1349-50 (Fed. Cir. 2016) (vacating Rule 12(b)(6) dismissal where intrinsic evidence indicated disputes as to conventionality of the ordered combination of claim limitations).

**Second**, Longitude's complaint pleads plausible facts, accepted as true and interpreted in Longitude's favor under Rule 12(b)(6), that '365 claim 32 recites unconventional computing operations that provide technical benefits over prior computing processes. Appx129-130, 132-134; *Aatrix*, 882 F.3d at 1128-30 (vacating Rule 12(b)(6) dismissal because the complaint recited facts indicating unconventionality of claim limitations, and "nothing in the specification describe[d] [the alleged computing improvement] as conventional").

Longitude's complaint pleads that prior image adjustment computing processes "processed image data across the board, without taking into consideration subtle differences in the main object characterizing the digital image." Appx129-130. It alleges that the steps recited in claim 32, using "correction conditions" corresponding to properties of the main object, improve upon the existing processes and "process image data to more accurately enhance the picture quality of the main object and thereby reproduce an attractive, natural

visual appearance of the main object, without manual adjustment by the user." Appx129-134. The '365 specification supports all facts pleaded in Longitude's complaint, making those facts plausible and thus entitled to consideration and appropriate deference at the pleading stage. *Cooperative Entm't*, 50 F.4th at 135.

The Court need not reach the facts pleaded in Longitude's complaint, because the'365 patent provides sufficient evidence to reverse the district court's ineligibility finding under *Alice* step one or step two. However, if the Court does not reverse, it should vacate the district court's ineligibility finding and reverse dismissal for further development of the factual record. *Aatrix*, 882 F.3d at 1128-30.

### C. Other '365 claims are directed to improved computing processes distinct from claim 32.

Other '365 claims recite inventions distinct from claim 32. Although Google addressed only '365 claim 32 in its motion, the district court reached further and erred by finding all '365 claims ineligible as directed to the same abstract idea and lacking any inventive concept. Appx004.

For example, claim 5 recites a process that more accurately identifies the main object in an image by segmenting the image into a plurality of areas and analyzing those areas (e.g., identifying color values or other properties), acquiring position data for those areas, and using that analysis *and* the position data to determine the main object. Appx039 at 28:33-48; Appx026 at 1:44-48, 2:16-31;

Appx030-031 at 10:37-11:38; Appx031 at 12:21-24; Appx032 at 13:9-15. The ’365 specification explains that the limitations recited in claim 5 improve upon prior automated main object identification processes that did not consider position data corresponding to segments of the image. Appx026 at 1:20-29, 2:16-31; Appx031 at 11:15-38. Analyzing position data allows the system of claim 5 to more accurately identify a main object—such as a blue sky as compared to a blue shirt—that may have the same color values but different position data indicating different locations within the image. Appx026 at 1:20-29, 2:16-31; Appx031 11:15-38; Appx011; Appx013; Appx015.

The district court erred by not considering the limitations of claim 5 or the intrinsic evidence describing their benefits at all, at either step one or step two. *McRO*, 837 F.3d at 1313; *CosmoKey*, 15 F.4th at 1098-99. The district court also erred when it disregarded Longitude’s allegations about claim 5 as conclusory, when those allegations instead pleaded specific facts about the state of the art, the differences between claim 5’s system and the art, and the image quality benefits attributable to those differences. Appx002 (finding allegations “conclusory”); Appx129-134; *Aatrix*, 882 F.3d at 1128-29 (vacating Rule 12(b)(6) dismissal based on pleaded facts).

As another example, ’365 claim 19 recites additional detail about the “correction conditions,” including that they “are correction standard values,” and

recites how the system adjusts the main object image data "to eliminate or reduce the difference between the acquired property values and the standard correction values." Appx040 at 30:40-47. The specification again describes these specific limitations in detail as further improvements over prior processes. Appx032-033 at 14:62-15:11, 16:15-47 (describing use of "correction standard values" and benefits for adjusting different kinds of main objects). Claim 21, as another example, integrates inventive aspects from claims 5 and 32, including incorporating position data in determining a main object *and* adjusting that main object using correction conditions corresponding to the properties of the main object image data. Appx040 at 30:26-39 (claim 18), 30:55-60 (dependent claim 21).

The district court's decision to treat all of the '365 claims as identical, without addressing any of the intrinsic evidence, alone justifies reversing or vacating. Each claim is independently presumed valid, 35 U.S.C. § 282, and the defendant bears the burden of proving invalidity. *Shire LLC v. Amneal Pharms., LLC*, 802 F.3d 1301, 1306 (Fed. Cir. 2015). Further, under the Court's canons of claim construction, claims using different language are presumed to have different scope that requires consideration of the specific claim language and corresponding specification disclosures. *See Littelfuse, Inc. v. Mersen USA EP Corp.*, 29 F.4th 1376, 1380 (Fed. Cir. 2022) (addressing claim differentiation); *Phillips v. AWH Corp.*, 415 F.3d 1303, 1314-17 (Fed. Cir. 2005) (directing courts to consider the

language of each claim in view of the specification). Under these rules, absent some threshold showing of substantially identical scope—which Google did not make, and the district court did not address—a finding of ineligibility for a single claim cannot render the other patent claims invalid.[3]

Here, the intrinsic record demonstrates independent bases for eligibility among the '365 claims. At minimum, the factual statements in the intrinsic record and allegations in Longitude's complaint justify vacating the district court's ineligibility finding and reversing the district court's dismissal under Rule 12(b)(6). *Aatrix*, 882 F.3d at 1128-30.

## III. THE '574 PATENT CLAIMS ARE DIRECTED TO PATENT-ELIGIBLE IMPROVED COMPUTING PROCESSES.

### A. *Alice* step one: Claim 3 of the '574 patent is directed to an improved computing process: it more accurately adjusts data representing a human face in digital images by applying correction conditions corresponding to properties of that data.

For the same reasons that the '365 patent claims are directed to improved computing processes, so are the '574 patent claims. Like '365 claim 32, '574 claim

---

[3] Under these principles, certain district courts have adopted a framework that requires the defendant "to show that there are no legally relevant distinctions between the claim identified as representative and the remaining asserted claims." *PPS Data, LLC v. Jack Henry & Assocs., Inc.*, 404 F. Supp. 3d 1021, 1031 (E.D. Tex. 2019); *see also Nice Ltd. v. Callminer, Inc.*, No. CV 18-2024-RGA-SRF, 2020 WL 529709, at *3 (D. Del. Feb. 3, 2020) (adopting framework from *PPS Data*), *report and recommendation adopted*, No. 18-CV-2024-RGA, 2020 WL 1502290 (D. Del. Mar. 30, 2020). Google made no such showing below.

3 recites using “correction conditions corresponding to properties of the determined main object.” Appx075 at 28:14-16. If the Court finds the ’365 claims patent-eligible, then it should find the ’574 claims eligible under the same analysis.

The ’574 claim language and specification further demonstrate that the invention recited in claim 3 more accurately adjusts the appearance of a human face in a digital image by acquiring correction conditions corresponding to properties of the data corresponding to the face, and adjusting the highlight, shadow, brightness, contrast, color balance, or memory color of the main object image data by using those correction conditions. Appx075 at 28:8-21; Appx062 at 1:38-48, 1:52-56; Appx063 at 3:50-4:2, 4:26-40; Appx068-069 at 14:49-15:36; Appx069 at 16:13-24; Appx070 at 17:53-62, 18:49-62; Appx070-071 at 18:63-19:3; Appx073 at 23:45-24:17. This intrinsic evidence justifies reversal of the district court’s ineligibility finding because it shows that claim 3 is directed to a computing improvement. *McRO*, 837 F.3d at 1313.

The district court erred by oversimplifying claim 3 and finding that it is directed to only the same overbroad concept as the ’365 patent claims: “the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image.” Appx002. The district court did not address claim 3’s limitations relating to the main object including a human face

and using correction conditions to adjust specific parameters of the image data corresponding to a face:

> 3. A method of image processing, the method comprising:
>
> determining a main object in an image generated by an image generating apparatus, **wherein the main object includes at least a human face**, and wherein the **determining of the main object is implemented by determining whether the image includes the human face**; and
>
> adjusting image quality of the main object **using correction conditions corresponding to properties of the determined main object, wherein a parameter used in adjusting the image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color**, and
>
> wherein each operation of the method of image processing is executed by one of a personal computer, a printer, or a display device.

Appx075 at 28:8-21.

In contrast to claim 3's process, prior processes did not associate correction conditions with properties of data constituting a face, and instead they applied an "across the board," "standardized" adjustment that made mistakes, for example, turning "pale pink" skin tones to a "bluish" color or otherwise producing "poor facial color" instead of more accurately reproducing the subject's visual appearance. Appx062 at 1:38-48; Appx073 at 23:45-24:27. Providing correction

conditions associated with the properties of main objects, specifically faces, allows for more accurate quality adjustments reflecting different skin tones, such as pale, light, and dark. Appx070-071 at 18:65-19:1.

The district court further erred by not considering this intrinsic evidence demonstrating that claim 3 is directed to a computing improvement. *CardioNet*, 955 F.3d at 1371. That evidence shows that prior systems did not employ "correction conditions" corresponding to properties of main objects at all, as discussed above for the '365 patent, and further did not analyze properties specific to a human face in a digital image to allow for tailored adjustments to faces with different characteristics. Appx062 at 1:38-48, 1:52-56; Appx063 at 3:50-4:2; Appx068 at 14:49-59; Appx069 at 16:13-24; Appx070 at 17:53-62, 18:49-62; Appx070-071 at 18:63-19:3; Appx073 at 23:45-24:17. The intrinsic record therefore does not support the district court's findings that '574 claim 3 recites a "longstanding" concept or "standard steps that can be taken by a computer to enhance an image." Appx002-003; *see also* Statement of the Case § I.B, Argument § II.A, *supra*.

Because the intrinsic evidence demonstrates that '574 claim 3 recites a computing improvement, and no evidence suggests that it recites a longstanding practice implemented on a computer or standard computing steps, the Court should reverse, under *Alice* step one, the district court's ineligibility finding and

corresponding dismissal for the ’574 patent. *McRO*, 837 F.3d at 1316; *CardioNet*, 955 F.3d at 1371-72, 1374.

### B. *Alice* step two: Claim 3 of the ’574 patent recites an inventive concept.

Independently, the Court should reverse under *Alice* step two, because the ’574 claims recite inventive concepts. *CosmoKey*, 15 F.4th at 1098-99.

As discussed (Argument § III.A), the intrinsic record does not contain any evidence supporting the district court’s conclusion that claim 3 “lack[s] any remaining inventive concept.” Appx002. The intrinsic evidence instead indicates, to the contrary, that claim 3 recites an unconventional process that improved upon processing techniques that did not use “correction conditions corresponding to properties” of a main object “that includes a human face” and thus could not “take[] advantage of the subtle characteristics of a main object,” such as faces with “pale pink flesh, light yellow flesh, dark yellow flesh, and dark brown flesh.” Appx062 at 1:38-48, 1:52-56; Appx063 at 3:50-4:2; Appx068 at 14:49-59; Appx069 at 16:13-24; Appx070 at 17:53-62, 18:49-62; Appx070-071 at 18:63-19:3; Appx073 at 23:45-24:17.

The claimed invention, in contrast to prior techniques, adjusts particular parameters of main object (human face) image data—highlight, a shadow, brightness, contrast, color balance, or memory color—using correction conditions corresponding to the properties of the face. Appx075 at 28:8-21. This evidentiary

record demonstrates that the claims recite inventive concepts, justifying reversal under *Alice* step two, even if the Court finds that the claims implicate an abstract idea. *CosmoKey*, 15 F.4th at 1098-99.

If the Court does not reverse under *Alice* steps one or two, under step two it should vacate the district court's ineligibility finding and reverse its dismissal based on disputes as to the conventionality of claim 3's limitations, both individually and as an ordered combination. The intrinsic record evidence alone raises fact issues that require further development and therefore vacating the district court's dismissal. *Aatrix*, 882 F.3d at 1128-30.

Further, Longitude's complaint alleges additional facts describing the processing improvements that claim 3 provides compared to prior approaches. Appx135-138. The complaint pleads that "unlike prior systems that processed image data across the board, without taking into consideration subtle differences in main objects that include a human face, the '574 claimed inventions identify, analyze, and process the image data corresponding to a main object characterizing an image that includes a human face" and "the '574 claimed inventions more accurately reproduce the visual appearance of the main object." Appx135. The complaint alleges that the inventions accomplish this improvement by, unlike prior approaches, "ensuring that correction conditions used to modify [the main object]

data correspond to the properties of specific, detailed main objects that include human faces." Appx137.

The '574 specification supports these allegations and, thus, they are plausible and stand unrebutted on the current record. *Cooperative Entm't*, 50 F.4th at 135. They, too, justify vacating the district court's ineligibility finding and reversing its dismissal for further development of the factual record. *Aatrix*, 882 F.3d at 1128-30.

## IV. THE '056 PATENT CLAIMS ARE DIRECTED TO PATENT-ELIGIBLE IMPROVED COMPUTING DEVICES AND PROCESSES.

### A. *Alice s*tep one: Claim 10 of the '056 patent is directed to an improved computing device: it more accurately reproduces the color of a specific subject by performing color balance correction corresponding to the specific subject in a digital image.

The '056 patent claims an improved computing system. Specifically, claim 10 of the '056 patent recites an improved automated color balance correction process. The claimed invention more accurately reproduces the color of a subject, such as a human face, by identifying pixel data corresponding to a subject in the image, calculating a characteristic value (such as average pixel color) from those data, and performing color balance correction based on the characteristic value. Appx092 at 16:32-56; Appx085 at 1:11-33, 1:37-2:3, 2:29-65; Appx086 at 3:24-34; Appx087 at 5:33-6:9; Appx088 at 8:4-18; Appx088-089 at 8:53-9:42; Appx090 at 11:42-63; Appx090-091 at 12:59-13:7.

The district court erred in finding the ’056 claims directed to “the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image” or “various abstract ideas for how to enhance an image.” Appx002. Although it did not specifically reference claim 10, the district court appears to have characterized the claim as “correcting color balance using a formula.” *Id.* Claim 10 does not merely recite using a formula to correct color balance. It recites how to correct color balance, using particular inputs, in a way that improves upon prior color balance correction processes. It determines an image’s subject using pixel and position data, calculates a characteristic value from the identified subject data, calculates a correction value for color balance correction based on the calculated characteristic value and a preset characteristic target value, and applies color balance correction based on the calculated correction value:

> 10. An image processing device for executing color balance correction on image data of a photographed image, said image processing device comprising:
>
> an image data acquisition module that acquires said image data:
>
> a specific subject area determination module that determines a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image, and wherein said specific subject area determination module **determines**

> **said specific subject area using pixel values of pixel data included in a target area for determination, and a position of said target area in said photographed image**;
>
> a specific subject characteristic value calculation module that calculates a specific subject characteristic value, wherein **said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area**;
>
> a correction value calculation module that **calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value**; and
>
> a correction execution module that **executes said color balance correction on said image data using said calculated correction value**.

Appx092 at 16:32-56. The district court did not address these limitations. Appx002-004.

The district court also erred because it did not consider any of the intrinsic evidence demonstrating that claim 10 is directed to a computing improvement, not an abstract idea. *McRO*, 837 F.3d at 1313. The ’056 specification explains that prior color balance processes corrected color balance across an entire image, rather than tailoring correction based on particular image data corresponding to the subject. Appx085 at 1:15-33. Those processes adjusted all data in an image so that the average color value of the entire image approached white or gray. Appx085 at

1:12-19; Appx089 at 9:43-50. As a result, those processes produced “undesirable change[s] to the color tone of a specific subject,” such as a human face. Appx085 at 1:31-33; *see also* Statement of the Case § I.C, *supra*.

The invention recited in claim 10 improves both the precision with which the computer identifies an image’s subject and the accuracy with which it replicates the actual color of that subject. By using both pixel values and position information to identify the subject area, the invention “improve[s] the precision of determining the specific subject area.” Appx086 at 3:24-33. By calculating a characteristic value from the subject image data and performing color balance correction using that value—and not using only a white or gray reference value across all the data in the image—the invention “improve[s] the appearance of a subject having [a] specific color.” Appx085 at 2:34-41.

The ’056 specification describes specific benefits of the invention for images with human subjects. The invention’s improved process performs “color balance correction according to the flesh color that the human subject has, and . . . avoid[s] giving an undesirable change in the flesh color of the human subject.” Appx090 at 11:42-54. Compared to prior approaches, the claimed process “correct[s] the flesh color of the image in a direction that comes significantly close to the desirable flesh color.” Appx090-091 at 12:59-13:7.

The claimed process can "improve the appearance of the subject in an image" compared to the prior techniques. Appx085 at 1:35-41. In particular, the claimed technique can correct color balance using specific properties of the subject as a reference and thus more precisely correct color balance for a subject. Appx085 at 2:34-41. Compared to prior techniques, the technique recited in claim 10 improves the color balance for the subject and the image as a whole. Appx085 at 2:42-56; Appx086 at 3:24-33.

Because all intrinsic evidence demonstrates that '056 claim 10 is directed to an improved computing device and process, and no evidence suggests that it recites a longstanding practice implemented on a computer or standard computing steps, the Court should reverse, under *Alice* step one, the district court's finding of ineligibility and corresponding dismissal for the '056 patent. *McRO*, 837 F.3d at 1316; *CardioNet*, 955 F.3d at 1371-72, 1374.

### B. *Alice* step two: Claim 10 of the '056 patent recites an inventive concept.

Independently, the Court should reverse under *Alice* step two, because the claims recite inventive concepts. *CosmoKey*, 15 F.4th at 1098-99.

The district court erred by concluding that "[t]he claims lack any remaining inventive concept" for the '056 patent, without evidence or analysis, as it did for the other three patents at issue. Appx002. As discussed above (Argument § IV.A), the intrinsic record does not contain any evidence establishing that claim 10 recites

only conventional steps—to the contrary, it indicates that the claimed technique was unconventional at the time of the invention and provided improvements to prior automated color balance correction techniques. This evidentiary record demonstrates that the claims recite inventive concepts, justifying reversal under *Alice* step two, even if the Court finds that the claims implicate an abstract idea. *CosmoKey*, 15 F.4th at 1098-99.

If the Court does not reverse under *Alice* steps one or two, under step two it should vacate the district court's ineligibility finding and reverse its dismissal based on disputes as to the conventionality of claim 10's limitations, both individually and as an ordered combination. The intrinsic record alone indicates that claim 10 recites an unconventional device and operations that improved upon other automated color balance correction techniques at the time. Appx085 at 1:35-41, 2:42-56; Appx086 at 3:24-33. This evidence raises fact issues that require further development and therefore vacating the district court's dismissal.

Further, Longitude's complaint alleges additional facts describing the digital image processing quality improvements that the claimed operations provide compared to prior approaches. Appx140-141. The complaint pleads that prior systems corrected color balance across an entire image, and did not determine or rely on any property specific to an image's subject. Appx141. The complaint alleges that the invention recited in claim 10 "avoid[s] undesirably altering the

color of the subject's image data away from its natural color." Appx141-142. It further alleges that "the '056 inventions improve the appearance of image subjects without the image data that is not the subject negatively affecting the quality adjustment of the subject." Appx143. These allegations are supported by the '056 specification, are therefore plausible, and are not contradicted by anything in the intrinsic record. *Cooperative Entm't*, 50 F.4th at 135. They, too, justify vacating the district court's ineligibility finding and reversing its dismissal for further development of the factual record. *Aatrix*, 882 F.3d at 1128-30.

## V. THE '109 PATENT CLAIMS ARE DIRECTED TO A PATENT-ELIGIBLE IMAGE FILE AND AN IMPROVED COMPUTING PROCESS.

### A. *Alice* step one: Claim 1 of the '109 patent is directed to an improved computing process for focusing on a person in a digital portrait by using an improved image file including image data, shooting scene information, and location information of a person in the image data.

The '109 patent claims an improved image file and computing process. Specifically, claim 1 recites a processing apparatus for more accurately adjusting the sharpness of a person in a digital image, compared to the background, by using a new image file format. Appx110-111 at 14:63-15:5; Appx104 at 1:11-36, 1:40-64; Appx105 at 3:14-21, 3:27-40; Appx105-106 at 4:62-5:10; Appx106-107 at 6:44-7:34 (describing new image file structure); Appx107 at 8:7-53 (describing new image file generation); Appx108 at 9:65-10:25 (describing interpretation of

new image file for adjustments); Appx109 at 11:5-9, 12:53-67; Appx110 at 13:3-20. The new image file includes image data and control information relating to the shooting scene setting, such as "portrait," and the location of the person in the image data. Appx110-111 at 14:63-15:5. This intrinsic evidence shows that claim 1 is directed to an improved computing device and process using a new image file structure, and not to an abstract idea. The Court should reverse the district court's ineligibility finding.

The district court again erred by oversimplifying '109 claim 1 to "the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image" or "the mere idea of a file containing certain information." Appx002-003. The district court did not address claim 1's recitation of additional "shooting scene information" and "location information" in the image file and the use of that additional information to perform improved sharpness adjustments:

> 1. An image processing apparatus comprising:
>
> a CPU, the CPU executing functions including
>
> acquiring an image file, the image file including image data, **shooting scene information, and location information of a person in the image data**, and
>
> increasing sharpness of an area in which the person is located and decreasing sharpness of an area in which the person is not located **based on the**

> **acquired location information when the acquired shooting scene information indicates a portrait scene**.

Appx110-111 at 14:63-15:5.

The specification confirms that the image file containing the claimed data differs from and improves upon prior image file formats. Appx106-107 at 6:63-7:16 (noting that the claimed image file "differs from a typical image file in the Exif format"). For example, the inventive image file format modifies the prior "Exif" format by changing its "Makernote" region—a data region undefined in a typical Exif file—to include "control information," for example, the claimed "shooting scene information" and "location information." *Id.*; Appx097 at Fig. 3; Appx105 at 3:26-40; Appx107 at 7:6-16, 8:7-53 (describing shooting scene information as "control information"); *see also* Statement of the Case § I.D, *supra*.

This new data structure allows the image file to provide information for different shooting modes such as "normal mode," a "portrait mode" for images of people, or a "macro mode" for close-up shots. Appx107 at 8:25-29. Where the file specifies "portrait mode" and includes location information, for example, the system can increase sharpness for the person specified by the location data in the new image file and decrease sharpness (blur) elsewhere. Appx110 at 13:3-20.

The new '109 image file structure allows the claimed invention to improve image quality by emphasizing a human subject in a portrait scene more accurately

than prior computing processes. Appx104 at 1:40-64; Appx105 at 3:14-17, 3:27-40; Appx106 at 5:1-10; Appx107 at 8:15-29, 8:30-53; Appx108 at 10:19-25; Appx109 at 12:53-59; Appx110 at 13:3-13. Prior image file formats did not include shooting scene or location information, and therefore prior systems simply assumed the center of the digital image constituted the subject. Appx104 at 1:19-26. Because the intended subject of an image is not located in the center of many images, prior "conventional techniques . . . had difficulties in achieving an image correction of the major object with high accuracy and therefore could not obtain an intended output result." Appx104 at 1:27-36.

As in *Finjan v. Blue Coat Sys.*, the '109 claims recite "a new kind of file that enables a computer . . . to do things it could not do before." 879 F.3d at 1305. The new file in *Finjan* included new "security profile" data that "enable[d] more flexible and nuanced virus filtering." *Id.* at 1304. Here, the new shooting scene information and location information data in the '109 image file enable more nuanced adjustment of image data corresponding to a human subject in a portrait scene. Appx104 at 1:40-64; Appx105 at 3:14-17, 3:27-40; Appx106 at 5:1-10; Appx107 at 8:15-29, 8:30-53; Appx108 at 10:19-25; Appx109 at 12:53-59; Appx110 at 13:3-13.

The district court erred by not assessing the '109 intrinsic evidence. It also again erred by assuming, with no evidence, that the '109 claims recite a

"longstanding" concept and "standard steps that can be taken by a computer to enhance an image." Appx002-003. Although the district court suggested that the '109 specification raised "doubt" that the '109 claims recite a new image file structure, Appx003, it did not identify any part of the specification suggesting that the claimed image file structure was known or "longstanding" at the time of the invention—much less that the image file structure *and* the claimed technique for emphasizing the image's subject were longstanding and merely conventional. *Id.*

Because all intrinsic evidence demonstrates that '109 claim 1 is directed to an improved computing device and process, and no evidence suggests that it recites a longstanding practice or only standard computing steps, the Court should reverse the district court's erroneous finding of ineligibility and corresponding dismissal for the '109 patent. *McRO*, 837 F.3d at 1316; *CardioNet*, 955 F.3d at 1371-72, 1374.

### B. *Alice* step two: Claim 1 of the '109 patent recites an inventive concept.

Independently, the Court should reverse under *Alice* step two, because the claims recite inventive concepts. *CosmoKey*, 15 F.4th at 1098-99.

The district court erred by concluding that "[t]he claims lack any remaining inventive concept" for the '109 patent, without evidence or analysis, as it did for the other three patents at issue. Appx002. As discussed above (Argument § V.A), the intrinsic record does not contain any evidence establishing that an image file

including image data, shooting scene information, and location information was conventional. To the contrary, the specification confirms that the claimed image file structure and its use to better emphasize a person in a digital image were unconventional at the time of the invention and provided technical improvements resulting in improved image quality. This evidentiary record demonstrates that the claims recite inventive concepts, justifying reversal under *Alice* step two, even if the Court finds that the claims implicate an abstract idea. *CosmoKey*, 15 F.4th at 1098-99.

If the Court does not reverse under *Alice* steps one or two, under step two it should vacate the district court's ineligibility finding and reverse its dismissal based on disputes as to the conventionality of claim 1's limitations, both individually and as an ordered combination. The intrinsic record alone indicates that claim 1 recites an unconventional image file structure and operations that improved upon other automated image processing systems at the time. Appx104 at 1:40-64; Appx108 at 10:19-25; Appx109 at 12:53-59; Appx110 at 13:3-13. This raises fact issues that require further development and therefore vacating the district court's dismissal. *Aatrix*, 882 F.3d at 1128-30.

Further, Longitude's complaint alleges that the '109 inventions improve upon prior processes to "more accurately identify the image's subject and how to best edit the image" by employing "a particular image data structure including

image data, shooting scene information, and location information of a person in the image." Appx153-154. In contrast, prior systems "simply use[d] the image's central region as a proxy" for the subject and thus "could not process the image as intended" if the subject was not in the center. *Id.* The complaint alleges that the shooting scene information and location information in the '109 claims' new image file "facilitates new, more accurate editing" of image data. Appx154-155. These allegations are supported by the '109 specification, are therefore plausible, and are not contradicted by anything in the intrinsic record. *Cooperative Entm't*, 50 F.4th at 135. Those allegations, too, justify vacating the district court's dismissal for further development of the factual record. *Aatrix*, 882 F.3d at 1128-30.

## CONCLUSION AND RELIEF REQUESTED

The intrinsic evidence for the four patents at issue demonstrates that the claims recite computing improvements, not abstract ideas. The intrinsic evidence also does not demonstrate that any claim recites merely automating a longstanding practice or using conventional computing components or operations.

Longitude therefore requests that the Court reverse, under either step one or step two of the *Alice* framework, the district court's finding of ineligibility under 35 U.S.C. § 101 and corresponding dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6).

In the alternative, Longitude requests that the Court vacate the district court's ineligibility findings under § 101 and reverse its dismissal pursuant to Rule 12(b)(6) because the intrinsic record and plausible factual allegations in Longitude's complaint demonstrate that factual issues regarding the conventionality of the claimed limitations, individually and in combination, preclude dismissal.

Dated: January 29, 2024

Respectfully submitted,

/s/ Aaron R. Fahrenkrog

Aaron R. Fahrenkrog
Emily J. Tremblay
Samuel J. LaRoque
William Jones
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
Tel: (612) 349-8500

*Counsel for Plaintiff-Appellant Longitude Licensing Ltd.*

## STATEMENT REGARDING ORAL ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 34(a)(1), Longitude respectfully requests oral argument on its appeal. Longitude believes argument will best assist the Court's understanding of the computing improvements of the patents at issue and its determination of the issues presented in this appeal.

# ADDENDUM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONGITUDE LICENSING LIMITED,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 3:23-cv-03046-VC<br>**[~~PROPOSED~~] FINAL JUDGMENT** |

Pursuant to the Court's order dated October 27, 2023 (Dkt. 46) and its order granting Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice of Counts IV, V, and VII, the Court enters final judgment in this case as follows:

U.S. Patent Nos. 7,668,365; 8,355,574; 7,454,056; and 7,945,109 are invalid as directed to ineligible subject matter under 35 U.S.C. § 101. Judgment is entered in favor of Defendant and against Plaintiff.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 15, 2023

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGITUDE LICENSING LIMITED,<br>Plaintiff,<br>v.<br>GOOGLE, LLC,<br>Defendant. | Case No. 23-cv-03046-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 32 |

The motion to dismiss is granted because the claims in the ’365, ’574, ’056, and ’109 patents are directed to ineligible subject matter. 35 U.S.C. § 101. This ruling assumes that the reader is familiar with the facts, the applicable legal standards, and the arguments made by the parties.

These patents are drawn to an abstract idea: the idea of improving image quality by adjusting various aspects of an image based on features of the main object in the image. “The category of abstract ideas includes “fundamental, long prevalent practices.” *Bluebonnet Internet Media Services, LLC v. Pandora Media, LLC*, No. 21-cv-08294-VC, 2022 WL 4093168, *1 (N.D. Cal. Sept. 7, 2022) (citing *BSG Tech LLC v. BuySeasons, Inc.*, 899 F.3d 1281, 1286 (Fed. Cir. 2018)). As Google points out, that basic concept is longstanding. The variations among the patent claims are merely various abstract ideas for how to enhance an image (for example, determining the main object by identifying a human face, considering the location or background of an image to identify the main object, or correcting color balance using a formula). Adding that the abstract idea be executed by a computer “cannot impart patent eligibility.” *Alice Corp. Pty. Ltd. v. CLS Bank Intern.*, 573 U.S. 208 (2014). The claims lack any remaining inventive concept.

This case is unlike *McRO* and its ilk. *McRO, Inc. v. Bandai Namco Games Am. Inc.*, 837 F.3d 1299 (Fed. Cir. 2016). The claim language in all four patents is functional and ends-oriented—it describes standard steps that can be taken by a computer to enhance an image rather than a specific technological method of achieving that result. *See Yu v. Apple Inc.*, 1 F.4th 1040, 1043 (Fed. Cir. 2021) ("Given the claim language and the specification, we conclude that claim 1 is "directed to a result or effect that itself is the abstract idea and merely invokes generic processes and machinery" rather than "a specific means or method that improves the relevant technology." (quoting *Smart Sys. Innovations, LLC v. Chi. Transit Authority*, 873 F.3d 1364, 1371 (Fed. Cir. 2017)). The level of technological detail about the method is more similar to the claims at issue *RecogniCorp, LLC v. Nintendo Co., Ltd.*, 855 F.3d 1322 (Fed. Cir. 2017). The Court need not credit Longitude's conclusory allegations in the complaint that the claims "recite a specific way to improve a prior computing process" when that is not apparent from the claim language read in light of the specification. Dkt. No. 36 at 9.[1] Longitude "has to do more than simply restate the claim limitations and assert that the claims are directed to a technological improvement without an explanation of the nature of that improvement." *Voit Technologies, LLC v. Del-Ton, Inc.*, 775 Fed.Appx 1000, 1004 (Fed Cir. 2019).

Longitude's other arguments are similarly unsuccessful. First, the Court is unconvinced by Longitude's unexplained assertions that claim construction is needed because phrases like "image data," "pixel values," "pixel data," and "image data of a photographed image" have a technical meaning beyond the apparent one. *See, e.g.*, Dkt. No. 36 at 16. Moreover, Longitude

---

[1] The closest Longitude comes to describing an improvement to technology is with the '109 claims, which Longitude argues describes "an improved image file structure." Dkt. No. 17 at 20. But neither the complaint nor the opposition brief describes how this particular file structure "improves the relevant technology." *Yu*, at 1 F.4th 1043. Even if that file structure was not known in the prior art, which the patent itself gives reason to doubt, the mere idea of a file containing certain information is not itself patent eligible. *See Voit Technologies, LLC v. Del-Ton, Inc.*, 775 Fed.Appx 1000, 1003 (Fed Cir. 2019) ("Voit fails to explain how employing different formats, as claimed, improves compression techniques or the functioning of the computer."); *see also Digitech Image Technologies, LLC v. Electronics for Imaging, Inc.*, 758 F.3d 1344, 1351 (Fed. Cir. 2014) (denying patent eligibility to a claim reciting a process for "taking existing information . . . and organizing this information into a new form").

has not provided any alternative construction that could render the subject matter patentable. Second, as Google notes, the fact "that the patent's claims might not preempt the entire field does not make them any less abstract." *FairWarning IP, LLC v. Iatric Sys., Inc.* 839 F.3d 1089, 1098 (Fed. Cir. 2016) (internal quotations omitted). Finally, the additional claims that Longitude discusses in its opposition brief are plagued by the same problems as the ones Google discusses as representative in the motion to dismiss.

Dismissal is with prejudice—Longitude does not request leave to amend, and anyhow it's clear from the complaint's allegations and the language of the patent that no amendment would cure the issues identified in this Order.

**IT IS SO ORDERED.**

Dated: October 27, 2023

VINCE CHHABRIA
United States District Judge

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONGITUDE LICENSING LIMITED,<br>Plaintiff,<br>v.<br>GOOGLE LLC,<br>Defendant. | Case No. 3:23-cv-03046-VC<br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND ENTRY OF JUDGMENT** |

IT IS HEREBY ORDERED that Plaintiff's unopposed motion for voluntary dismissal without prejudice and entry of judgment is GRANTED.

The Court dismisses without prejudice Counts IV, V, and VII of Plaintiff's complaint and orders entry of judgment reflecting the Court's prior dismissal with prejudice of Counts I, II, III, and VI. Dkt. 46.

Dated: November 15, 2023

UNITED STATES DISTRICT JUDGE

US007668365B2

(12) **United States Patent**
**Imai**

(10) **Patent No.: US 7,668,365 B2**
(45) **Date of Patent: Feb. 23, 2010**

(54) **DETERMINATION OF MAIN OBJECT ON IMAGE AND IMPROVEMENT OF IMAGE QUALITY ACCORDING TO MAIN OBJECT**

(75) Inventor: **Toshie Imai**, Nagano-ken (JP)

(73) Assignee: **Seiko Epson Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 861 days.

(21) Appl. No.: **11/075,380**

(22) Filed: **Mar. 7, 2005**

(65) **Prior Publication Data**

US 2005/0244072 A1 Nov. 3, 2005

(30) **Foreign Application Priority Data**

Mar. 8, 2004 (JP) ............................. 2004-063630
Mar. 8, 2004 (JP) ............................. 2004-063637
Jun. 21, 2004 (JP) ............................. 2004-182016
Feb. 15, 2005 (JP) ............................. 2005-038009

(51) **Int. Cl.**
***G06K 9/00*** (2006.01)

(52) **U.S. Cl.** ....................... **382/162**; 382/164; 382/165; 382/291

(58) **Field of Classification Search** ................. 382/162, 382/164, 165, 167, 168, 170, 274, 286, 291
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,021,221 A * 2/2000 Takaha ....................... 382/199
6,947,078 B1 9/2005 Kuwata et al.
6,975,437 B2 12/2005 Takemoto
6,989,914 B2 1/2006 Iwaki
7,016,075 B1 3/2006 Tsukada
7,016,077 B2 3/2006 Semba et al.
7,269,292 B2 * 9/2007 Steinberg .................... 382/243
2002/0150291 A1 10/2002 Naf et al.
2003/0108250 A1 6/2003 Luo et al.

FOREIGN PATENT DOCUMENTS

JP 2000-270222 9/2000

(Continued)

OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 2001-092956, Pub. Date: Apr. 6, 2001, Patent Abstracts of Japan.

(Continued)

*Primary Examiner*—Phuoc Tran
(74) *Attorney, Agent, or Firm*—Martine Penilla & Gencarella, LLP

(57) **ABSTRACT**

A CPU **411** splits selected image data GD into a plurality of areas (pixel data groups), analyzing the image data GD in terms of area units, and determining the color range of the areas of the image data GD. The CPU **411** determines color range areas by associating adjacent areas of the same color range when determining the color range for the areas of the image data GD. The CPU **411** acquires position data for the color range areas that have been determined. The CPU **411** acquires position conditions (main object conditions) from ROM/HDD **413**, and narrows the main object candidates to "sky, green, or people." The CPU **411** finally determines the main object by comparing the position data of the color range color areas and the position conditions corresponding to the narrowed main object.

**33 Claims, 18 Drawing Sheets**



FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2000-278524 | 10/2000 |
| JP | 2001-092956 | 4/2001 |
| JP | 2001-169135 | 6/2001 |
| JP | 2001-218047 | 8/2001 |
| JP | 2001-358961 | 12/2001 |
| JP | 2002-016818 | 1/2002 |
| JP | 2002-279416 | 9/2002 |
| JP | 2003-198850 | 7/2003 |

OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 2000-270222, Pub. Date: Sep. 29, 2000, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-218047, Pub. Date: Aug. 10, 2001, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2000-278524, Pub. Date: Oct. 6, 2000, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-358961, Pub. Date: Dec. 26, 2001, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2002-016818, Pub. Date: Jan. 18, 2002, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-092956, Pub. Date: Apr. 6, 2001, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-169135, Pub. Date: Jun. 22, 2001, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2002-279416, Pub. Date: Sep. 27, 2002, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2003-198850, Pub. Date: Jul. 11, 2003, Patent Abstracts of Japan.

* cited by examiner

Fig.1



Fig.2


40
I/O OPERATING COMPONENT
42
44
45
MC
CONTROL CIRCUIT
41
DATA I/O COMPONENT
ROM/HDD
CPU
RAM
412
413
411
PRINTED IMAGE OUTPUT COMPONENT
43

Fig.3


IMAGE DATA
IMAGE DATA ACQUIRING MODULE
M1
IMAGE DATA ANALYZING MODULE (COLOR RANGE DETERMINING MODULE)
M2
POSITION CONDITION ACQUIRING MODULE
M5
COLOR RANGE AREA DEFINING MODULE
M3
POSITION DATA ACQUIRING MODULE
M4
M6
MAIN OBJECT DETERMINING MODULE
MAIN OBJECT DETERMINATION CONDITION ACQUIRING MODULE
M61
MAIN OBJECT IDENTIFYING MODULE
M62
M7
PICTURE QUALITY ADJUSTING MODULE
M8
IMAGE OUTPUT MODULE
OUTPUT IMAGE
40

Fig.4


TOP OF IMAGE
IMAGE EDGES
MIDDLE OF IMAGE
IMAGE EDGES
BOTTOM OF IMAGE

Fig.5


START
S100
ACQUIRE IMAGE DATA
S110
SEGMENT IMAGE DATA INTO PLURALITY OF AREAS
S120
ANALYZE IMAGE DATA IN TERMS OF AREA UNITS
S130
DETERMINE COLOR RANGE OF AREAS
S140
ASSOCIATE AREAS WITH SAME COLOR RANGE AND DETERMINE COLOR RANGE AREAS
S150
ACQUIRE POSITION DATA OF COLOR RANGE AREAS
S160
ACQUIRE POSITION CONDITIONS (OBJECT-DETERMINING CONDITIONS)
S170
SPECIFY MAIN OBJECT
END

Fig.6


X
Y
A1
A3
A2
GD
S1 (0,0)
S1 (7,0)
S1 (0,2)
S1 (7,2)
F1 (3,3)
F1 (4,3)
F1 (3,4)
F1 (4,4)
S2 (3,5)
S2 (4,5)
S2 (3,6)
S2 (4,6)
R1
0 (0,7)
0 (7,7)

Fig.7


Rfl
Rgr
Rsk
Rrd
FREQUENCY
0
90
180
270
360
HUE H

Fig.8


X
Y
A4
A5
A6
A7
GD
S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
0 0 0 0 0 0 0 S1 (7,2)
S2 (0,3) S2 S2 S2 S2 S2 S2 S2 (7,3)
0 0 0 F1 F1 0 0 0
0 0 S3 S3 S3 R1 0 0
0 R1 0 S3 S3 0 0 0
0 0 0 0 0 0 0 0

Fig.9


X
Y
A4
A6
A7
GD
S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
0 0 0 0 0 0 0 S1 (7,2)
S1 (0,3) S1 S1 S1 S1 S1 S1 S1 (7,3)
0 0 0 F1 F1 0 0 0
0 0 S3 S3 S3 R1 0 0
0 R1 0 S3 S3 0 0 0
0 0 0 0 0 0 0 0

Fig. 10

| HUE | DETERMINATION REFERENCE VALUE |
|---|---|
| SKY BLUE | Huref_sk |
| GREEN | Huref_gr |
| FLESH TONE | Huref_fl |
| RED | Huref_rd |

Fig. 11

| OBJECT | HUE | POSITION | |
|---|---|---|---|
| SKY | SKY BLUE/ RED | TOP OF IMAGE AND TOUCHING EDGES OF IMAGE | AREA(x,0), (0,y), (7,y) $0 \leqq x \leqq 7$, $0 \leqq Y \leqq 2$ |
| VEGETATION | GREEN | BOTTOM OF IMAGE AND TOUCHING EDGES OF IMAGE | AREA(x,7), (0,y), (7,y) $0 \leqq x \leqq 7$, $4 \leqq Y \leqq 7$ |
| PEOPLE | FLESH TONE | MIDDLE OF IMAGE | AREA(x,y) $2 \leqq x \leqq 5$, $2 \leqq Y \leqq 5$ |

Fig. 12


START
S100A
ACQUIRE IMAGE DATA AND Exif DATA
S110
SEGMENT IMAGE DATA INTO PLURALITY OF AREAS
S120
ANALYZE IMAGE DATA IN TERMS OF AREA UNITS
S130
DETERMINE COLOR RANGE OF AREAS
S140
ASSOCIATE AREAS WITH SAME COLOR RANGE AND DETERMINE COLOR RANGE AREAS
S150
ACQUIRE POSITION DATA OF COLOR RANGE AREAS
S160A
ACQUIRE POSITION CONDITIONS (OBJECT-DETERMINING CONDITIONS) TAKING Exif DATA INTO ACCOUNT
S170A
SPECIFY MAIN OBJECT TAKING Exif DATA INTO ACCOUNT
END

Fig.13


IMAGE DATA
M11
IMAGE DATA ACQUIRING MODULE
M12
MAIN OBJECT DETERMINING MODULE
M13
PROPERTY ACQUIRING MODULE (COLOR VALUE ACQUIRING MODULE)
M16
M14
MAIN OBJECT CLASSIFICATION MODULE
CORRECTION CONDITION ACQUIRING MODULE
M17
STANDARD COLOR VALUE ACQUIRING MODULE
M15
PICTURE QUALITY ADJUSTING MODULE
M151
CORRECTION LEVEL DETERMINING MODULE
M152
PICTURE QUALITY CORRECTING MODULE
M18
IMAGE OUTPUT MODULE
OUTPUT IMAGE
40

Fig.14


START
S200
ACQUIRE IMAGE DATA
S210
ACQUIRE COLOR VALUE OF MAIN OBJECT IMAGE DATA
S220
CLASSIFY MAIN OBJECT BASED ON COLOR VALUE OF MAIN OBJECT IMAGE DATA
S230
ACQUIRE CORRECTION STANDARD LEVEL CORRESPONDING TO CLASSIFIED MAIN OBJECT
S240
ANALYZE MAIN OBJECT IMAGE DATA AND OBTAIN PROPERTY VALUES (STATISTICAL VALUES)
S250
CALCULATE CORRECTION LEVEL BASED ON PROPERTY VALUES OF MAIN OBJECT IMAGE DATA AND CORRECTION STANDARD LEVEL
S260
ADJUST PICTURE QUALITY OF MAIN OBJECT IMAGE DATA WITH CORRECTION LEVEL
S270
PROCESS COMPLET ON ALL MAIN OBJECTS?
No
Yes
S280
PRODUCE PRINTING IMAGE DATA
END

Fig.15

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | CORRECTION STANDARD LEVEL |
|---|---|---|
| BRIGHT SKY | Hcsb, Scsb, Bcsb | CONTRAST b, BRIGHTNESS b, COLOR BALANCE b |
| ORDINARY SKY | Hcsn, Scsn, Bcsn | CONTRAST n, BRIGHTNESS n, COLOR BALANCE n |
| DARK SKY | Hcsd, Scsd, Bcsd | CONTRAST d, BRIGHTNESS d, COLOR BALANCE d |

Fig.16

| CLASSIFIED MAIN OBJECT | STANDARD COLOR VALUE |
|---|---|
| BRIGHT SKY | Hrefsb, Srefsb, Brefsb |
| ORDINARY SKY | Hrefsn, Srefsn, Brefsn |
| DARK SKY | Hrefsd, Srefsd, Brefsd |

Case: 24-1202 Document: 9 Page: 99 Filed: 01/29/2024



Fig.17

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | STANDARD COLOR VALUE | COEFFICIENTS | | |
|---|---|---|---|---|---|
| | | | HUE | SATURATION | BRIGHTNESS |
| BRIGHT SKY | (Hcsb, Scsb, Vcsb) | (Hrefsb, Srefsb, Vrefsb) | (0,1) | (0,1) | (0,0) |
| MEDIUM SKY | (Hcsn, Scsn, Vcsn) | (Hrefsn, Srefsn, Vrefsn) | (1,1) | (1,1) | (0,0) |
| DARK SKY | (Hcsd, Scsd, Vcsd) | (Hrefsd, Srefsd, Vrefsd) | (2,0) | (2,0) | (0,0) |
| LIGHT GREEN | (Hcgb, Scgb, Vcgb) | (Hrefgb, Srefgb, Vrefgb) | (1,2) | (1,0) | (0,0) |
| MEDIUM GREEN | (Hcgn, Scgn, Vcgn) | (Hrefgn, Srefgn, Vrefgn) | (1,1) | (1,1) | (0,0) |
| DARK GREEN | (Hcgd, Scgd, Vcgd) | (Hrefgd, Srefgd, Vrefgd) | (4,1) | (4,0) | (0,0) |
| PALE PINK FLESH | (Hcfp, Scfp, Vcfp) | (Hreffp, Sreffp, Vreffp) | (0,1) | (0,1) | (1,0) |
| PALE YELLOW FLESH | (Hcfl, Scfl, Vcfl) | (Hreffl, Sreffl, Vreffl) | (1,1) | (1,1) | (1,0) |
| DARK YELLOW FLESH | (Hcfd, Scfd, Vcfd) | (Hreffd, Sreffd, Vreffd) | (1,1) | (1,0) | (1,0) |
| DARK BROWN FLESH | (Hcfb, Scfb, Vcfb) | (Hreffb, Sreffb, Vreffb) | (1,1) | (1,0) | (1,1) |

Fig.18


HISTOGRAM OF MAIN OBJECT IMAGE DATA
NUMBER OF PIXELS
Smin
Smax
0
50
80
100
SATURATION S

Fig.19(a)




Fig.19(b)



Fig.20


SATURATION CORRECTION LEVEL y
enhS × 10
enhS
enhS × 10
0
D
Smin
Smax
100
SATURATON Sh
LOW CORRECTION TARGET DATA B
MAIN OBJECT MAGE DATA
LOW CORRECTION TARGET DATA A
CORRECTION TARGET RANGE

Fig.21




Fig.22

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 |
| S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 |
| S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 |
| O | O1 | S1 | F1 | F1 | S1 | O2 | O3 |
| O | O | O | F1 | F1 | S1 | O | O |
| O | O | O | S2 | S2 | O | O | O |
| O | R1 | O | S2 | S2 | O | O | O |
| O | O | O | O | O | O | O | O |

GD

Fig.23


SATURATION CORRECTION LEVEL y
enhS × 10
enhS × 10
enhS
SATURATON Sh
0
100
Smin,50
Smax,80
LOW CORRECTION TARGET DATA B
MAIN OBJECT IMAGE DATA
LOW CORRECTION TARGET DATA A
CORRECTION TARGET RANGE

Fig.24


S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
O O S1 F1 F1 S1 O O
O O O F1 F1 S1 O O
O O O S2 S2 O O O
O R1 O S2 S2 O O O
O O O O O O O O
GD

# DETERMINATION OF MAIN OBJECT ON IMAGE AND IMPROVEMENT OF IMAGE QUALITY ACCORDING TO MAIN OBJECT

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a technique that determines the main object characterizing an image, as well as a technique that adjusts the picture quality of the image data.

2. Description of the Related Art

The picture quality of digital image data produced by digital still cameras and the like can be adjusted as desired after photographs have been taken. Users can adjust picture quality using retouching software, for example. Meanwhile, because accurate adjustment of picture quality requires experience and familiarity, various techniques have been proposed for automatically adjusting picture quality using standard values without the need for user input.

However, in automatic picture quality adjusting techniques, picture quality is adjusted on the assumption that the main object characterizing the image has been correctly determined, and the erroneous determination of the main object can thus result in poor picture quality. It is therefore important to properly analyze the characteristics of the image data, such as determining what the main object characterizing the image is, in techniques for automatically adjusting picture quality of image data, and there is a need for a technique to accurately determine the main object.

Furthermore, in automatic picture quality adjusting techniques, such determinations are made across the board, without taking into consideration subtle differences in the main object characterizing the image, and a standardized picture quality adjusting process is carried out on the main object that has been determined. It is therefore inherently impossible to carry out a picture quality adjusting process that takes advantage of the subtle characteristics of the main object, and it is not always possible to output a more attractive main object. There is thus a need for a picture quality adjusting technique that is more responsive to variations in main objects.

## SUMMARY OF THE INVENTION

In order to address the above problems, an object of the present invention is to properly identify the main object characterizing an image. It is also an object of the invention to improve the picture quality of the main object characterizing an image.

A first aspect of the invention for addressing at least some of the above problems provides a image processing device that determines the main object which characterizes an image. The image processing device in the first aspect of the invention comprises: image data acquiring module that acquires image data which is data of the target image and which is composed of a plurality of pixel data; color range determining module segmenting that segments the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, analyzing the image data in terms of pixel data units, and determining the color range exhibited by the pixel data groups; color range area defining module that defines color range areas by associating pixel data groups that exhibit the same color range and that are adjacent to each other among pixel data groups exhibiting specific color range; position data acquiring module that acquires position data for the color range areas; position condition acquiring module that acquires position conditions stipulating the position where an object that corresponds to



the specific color range to be present; and main object determining module that determines the main object corresponding to the color range areas using the color range and position data of the color range areas as well as the position conditions.

The image processing device in the first aspect of the invention determines color range exhibited by the pixel data groups, forms color range areas by associating adjacent pixel data groups exhibiting the same color range among the pixel data groups exhibiting specific color range, and determines the main object corresponding to the color range areas using the color range and position data of the color range areas as well as the position conditions stipulating the position where an object that corresponds to the specific color range to be present. It is thus possible to properly identify the main object characterizing the image.

A second aspect of the invention provides an image processing device that determines the main object which characterizes an image. The image processing device in the second aspect of the invention comprises: image data acquiring module that acquires image data which is data of the target image; image data analyzing module that segments the image data into a plurality of areas for analysis in terms of area units; position data acquiring module that acquires position data of the areas of the image data; and determining module that determines the main object using the acquired position data and the results of analysis.

The image processing device in the second aspect of the invention determines the main object using the results of analysis and the position data of the areas of the acquired image data, thus allowing the main object characterizing the image to be properly identified.

A third aspect of the invention provides an image processing device that determines the main object which characterizes an image. The image processing device in the third aspect of the invention comprises: image data acquiring module that acquires image data which is data of the target image and which is composed of a plurality of pixel data; image data analyzing module that segments the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, and analyzing the image data in terms of pixel data units; position data acquiring module that acquires position data for the pixel data groups; and main object determining module that determines the main object using the acquired position data and results of analysis.

The image processing device in the third aspect of the invention determines the main object using the results of analysis and the position data of the acquired pixel data groups, thus allowing the main object characterizing the image to be properly identified.

A fourth aspect of the invention provides a method that determines the main object which characterizes an image. The method in the fourth aspect of the invention comprises the steps of acquiring image data which is data of the target image and which is composed of a plurality of pixel data; segmenting the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, analyzing the image data in terms of pixel data units to obtain the color range exhibited by the pixel data groups; defining color range areas by associating pixel data groups that exhibit the same color range among pixel data groups exhibiting specific color range; acquiring position data for the color range areas; acquiring position conditions stipulating the position where an object that corresponds to the specific color range to be present; and determining the main object that characterizes the image using the color range and position data of the acquired color range areas as well as the position conditions.

The method in the fourth aspect of the invention can provide the same action and effects as the image processing device in the first aspect of the invention, and the method in the fourth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the first aspect of the invention.

A fifth aspect of the invention provides a method that determines the main object which characterizes an image. The method in the fifth aspect of the invention comprises the steps of acquiring image data which is data of the target image; segmenting the image data into a plurality of areas for analysis in terms of area units; acquiring position data of the areas of the image data; and determining the main object using the acquired position data and the results of analysis.

The method in the fifth aspect of the invention can provide the same action and effects as the image processing device in the second aspect of the invention, and the method in the fifth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the second aspect of the invention.

A sixth aspect of the invention provides a method that determines the main object which characterizes an image. The method in the sixth aspect of the invention comprises the steps of: acquiring image data which is data of the target image and which is composed of a plurality of pixel data; segmenting the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, and analyzing the image data in terms of pixel data units; acquiring position data for the pixel data groups; and determining the main object using the acquired position data and results of analysis.

The method in the sixth aspect of the invention can provide the same action and effects as the image processing device in the third aspect of the invention, and the method in the sixth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the third aspect of the invention.

The methods in the fourth through sixth aspects of the invention can also be realized in the form of programs, and computer-readable recording media on which such programs have been recorded.

A seventh aspect of the invention provides an image processing device. The image processing device in the seventh aspect of the invention comprises: main object image data determining module that determines the main object image data corresponding to the main object characterizing the image; property acquiring module that acquires the properties of the determined main object image data; correction condition acquiring module that acquires correction conditions corresponding to the properties that have been acquired; and picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired correction conditions.

The image processing device in the seventh aspect of the invention can determine the main object image data corresponding to the main object characterizing the image, access correction conditions corresponding to the properties of the determined main object image data, and adjust the picture quality of the main object image data using the acquired correction conditions. It is thus possible to improve the picture quality of the main object characterizing the image.

An eighth aspect of the invention provides an image processing device for improving the picture quality of the main object characterizing an image. The image processing device in the eighth aspect of the invention comprises: main object image data specifying module that specifies the main object image data corresponding to the main object; color value acquiring module that acquires the color value of the specified main object image data; main object classifying module that classifies the main object using the acquired color values; standard color value acquiring module that acquires standard color values corresponding to the classified main object; and picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired color values and standard color values.

The image processing device in the eighth aspect of the invention can classify the main object using the color values of the specified main object image data, access standard color values corresponding to the classified main object, is adjust the picture quality of the main object image data using the acquired color values and standard color values. It is thus possible to improve the picture quality of the main object characterizing the image.

A ninth aspect of the invention provides an image processing method. The image processing method in the ninth aspect of the invention comprises the steps of determining the main object image data corresponding to the main object characterizing the image; acquiring the properties of the determined main object image data; acquiring correction conditions corresponding to the properties that have been acquired; and adjusting the picture quality of the main object image data using the acquired correction conditions.

The image processing method in the ninth aspect of the invention can provide the same action and effects as the image processing device in the seventh aspect of the invention, and the method in the ninth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the seventh aspect of the invention.

A tenth aspect of the invention provides an image processing method for improving the picture quality of the main object characterizing an image. The image processing method in the tenth aspect of the invention comprises the steps of: specifying the main object image data corresponding to the main object; acquiring the color value of the specified main object image data; classifying the main object using the acquired color values; acquiring standard color values corresponding to the classified main object; and adjusting the picture quality of the main object image data using the acquired color values and standard color values.

The image processing method in the tenth aspect of the invention can provide the same action and effects as the image processing device in the eighth aspect of the invention, and the method in the tenth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the eighth aspect of the invention.

The methods in the ninth and tenth aspects of the invention may also be realized in the form of programs, and computer-readable recording media on which such programs have been recorded.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates the general structure of an image processing system including the image processing device used in the embodiments.

FIG. **2** illustrates the general structure of the image processing device used in the embodiments.

FIG. **3** is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in the first embodiment.

FIG. **4** schematically illustrates an example of a targeted image.

FIG. **5** is a flow chart of the process routine in a process that determines the main object which is carried out by the color printer in the first embodiment.

FIG. **6** schematically illustrates the course of the process that determines the main object which is carried out by the color printer.

FIG. **7** illustrates an example of the results of analysis of image data areas (pixel data groups).

FIG. **8** schematically illustrates another course of the process that determines the main object which is carried out by the color printer.

FIG. **9** schematically illustrates the course of the process that determines the main object following FIG. **8**.

FIG. **10** schematically illustrates an example of a table storing determination threshold values used to determine the hue of pixel data groups.

FIG. **11** illustrates an example of object determining conditions used to determine objects corresponding to pixel data groups (color range areas).

FIG. **12** is a flow chart of the process routine in the process that determines the main object which is carried out by the color printer in another embodiment.

FIG. **13** is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in a second embodiment.

FIG. **14** is a flow chart of the process routine in the process that adjusts the picture quality of the main object which is carried out by the image processing device in the second embodiment.

FIG. **15** illustrates an example of a table storing correction standard values and classification color values which are used in the picture quality adjusting process on the main object.

FIG. **16** illustrates an example of a table storing standard color values which are used in the picture quality adjusting process on the main object.

FIG. **17** illustrates a table storing various values which are used when carrying out the picture quality adjusting process on main objects which have been classified in greater detail.

FIG. **18** is a histogram of saturation in the main object image data.

FIG. **19** illustrates low correction target data.

FIG. **20** illustrates the minimum level D for low correction target data B.

FIG. **21** illustrates the low correction level suitable for the limited low correction target data.

FIG. **22** illustrates the correction target range for the image data GD.

FIG. **23** illustrates an example in which all of the low correction target data is included in the main object image data.

FIG. **24** illustrates the correction target range when all of the low correction target data is included in the main object image data.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The image processing devices and image processing methods of the invention are illustrated in the following embodiments with reference to the drawings.

Shared Structure:

An image processing system comprising the image processing device used in common in the following embodiments is described below with reference to FIGS. **1** and **2**. FIG. **1** illustrates the general structure of an image processing system including the image processing device used in the embodiments. FIG. **2** illustrates the general structure of the image processing device used in the embodiments.



The image processing system comprises a digital still camera **10** as an image data generating device, a display device **20** as the image processing device for implementing the image process on the image data GD, a personal computer **30**, and color printer **40**.

The digital still camera **10** is a camera that obtains (generates) digital image data by focusing light data on a digital device (photoelectric transducers known as CCD or photoelectric multipliers). The digital still camera **10** comprises, for example, a CCD in which R, G, and B filters are disposed according to specific rules for each structural pixel, and generates digital image data corresponding to the object. More specifically, R component pixel data is directly obtained in pixels with R filters, while G and B component pixel data is generated by interpolation based on the surrounding pixel data. The generated image data is stored in a memory card MC serving as a storage device. Examples of formats for storing image data in digital still cameras **10** include the JPEG data format as an irreversible compression storage format, and the TIFF data format as a reversible compression storage format, but other storage formats which can be used include the RAW data format, GIF data format, and BMP data format. Photographic devices such as scanners may also be used as the image data generating device.

The display device **20** functions as an electronic photograph frame, for example, having a display **21** for displaying images, and displays output images by stand-alone processing of the color image data by the same image processing as the image processing in the color printer **40** described below. The display device **20** obtains image data from a digital still camera **10** or server on a network (not shown) through cables, for example, or through wireless communications such as IR communications or radio wave communications, and recording media. The display **21** is, for example, a liquid crystal display or organic EL display, and has the property of independent image output on each display panel.

The personal computer **30** is, for example, a general purpose type of computer, comprising a CPU, RAM, and hard disk, and executes image processes similar to the image processes in the color printer **40** described below. The personal computer **30** also comprises a memory card slot for the installation of a memory card MC, and I/O terminals to connect cables from the digital still camera **10** or the like.

The color printer **40** is capable of outputting color images. In this embodiment, it stands alone and outputs images by running an image process on image data. As illustrated in FIG. **2**, the color printer **40** comprises a control circuit **41**, I/O operating component **42**, printed image output component **43**, memory card slot **44**, and data I/O component **45**.

The control circuit **41** comprises a central processing unit (CPU) **411** for running various computing processes such as image processing and analytical processes on image data, a random access memory (RAM) **412** for temporarily storing various types of data such as image data which has undergone an image process and computer results, and a read-only memory (ROM)/hard disk drive (HDD) **413** for storing tables that show various parameters of the object determination conditions that identifies the main object, which is the object characterizing the image, and programs that are run by the CPU **111**.

The I/O operating component **42** is an interface which receives external input, and can be realized in the form of, for example, a key operator, scroll operator, touch panel type operator.

The printed image output component **43** is an ink jet type of printed image output component that forms images by defining dot patterns by spraying four colors of ink comprising cyan (C), magenta (M), yellow (Y), and black (K), for example, onto print media based on the print image data output from the control circuit **41**. Alternatively, it is an electrophotographic type of printed image output device that forms images by transferring and fixing color toner on print media. In addition to the four colors noted above, the colored ink may include light cyan (LC), light magenta (LM), blue, and red.

The memory card slot **44** is a component for the installation of various memory cards. Reading and writing to the memory card installed in the memory card slot **14** are controlled by the control circuit **41**.

The data I/O component **45** has terminals for connecting cable CV and the like, and a signal conversion process function, and is used for the exchange of image data with external devices.

First Embodiment

A color printer **40** is used as the image processing device in the first embodiment. An outline of the modules realized by the control circuit **41** of the color printer **40** used in the first embodiment is given below with reference to FIG. **3**. FIG. **3** is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in the first embodiment. The modules illustrated in FIG. **3** can be realized in terms of the CPU **411** alone or the control circuit **41**, and can be realized by either hardware or software.

The image data is acquired by the control circuit **41** by means of the image data access module M**1**, and is sent to the image data analysis module (color range acquiring module) M**2**.

The image data analysis module M**2** splits the image data into a plurality of areas (plurality of pixel data groups), and determines the color range of the split areas. The image areas are composed of 1 or more pixels, and the plurality of areas of the image data assigned to each area (plurality of pixel data groups) are composed of one or more pixel data. The color range area defining module M**3** forms color range areas by associating adjacent image data areas exhibiting the same color range using the determined color range data. The position data acquiring module M**4** acquires position data that forms the edges of the image present in the upper part of the image for color range areas formed using the results of the analysis of the image data. The position condition acquiring module M**5** acquires position conditions stipulating where objects exhibiting specific color range to be present.

The main object determining module M**6** determines the main object corresponding to the color range areas using the color range and position data of the color range areas as well as the position conditions. The main object determining module M**6** can be realized in the form of an object determination condition acquiring module M**61** and a main object identification module M**62**. In such cases, the main object can be determined without providing the color range area defining module M**3** and the position condition acquiring module M**5**. The main object determination condition acquiring module M**61** acquires object determination conditions that identifies objects by means of color range and location, and determines the main object using the color range and position data of the pixel data groups (areas) and the object determination conditions.

The picture quality adjusting module M**7** adjusts the picture quality of the main object determined for the area (or pixel data group) corresponding to the main object of the image data using the data of the main object determined by the main object determining module M**6**. The image output module M**8** outputs an image using the image data in which the picture quality has been adjusted.

A process of identifying the main object which is carried out by the color printer **40** as the image processing device in the first embodiment is described below with reference to FIGS. **4** through **11**. FIG. **4** schematically illustrates an example of a targeted image. FIG. **5** is a flow chart of the process routine in the process that determines the main object which is carried out by the color printer in the first embodiment. FIG. **6** schematically illustrates the course of the process that determines the main object which is carried out by the color printer. FIG. **7** illustrates an example of the results of analysis of image data areas (pixel data groups). FIG. **8** schematically illustrates another course of the process that determines the main object which is carried out by the color printer. FIG. **9** schematically illustrates the course of the process that determines the main object following FIG. **8**. FIG. **10** schematically illustrates an example of a table storing determination threshold values used to determine the hue of pixel data groups. FIG. **11** illustrates an example of object determining conditions used to determine objects corresponding to pixel data groups (color range areas).

The image data GD targeted for this process routine is image data GD corresponding to the image illustrated in FIG. **4**. The top, middle, bottom, and sides indicate sites and areas shown in FIG. **4**.

The process routine in FIG. **5** starts, for example, when a memory card MC is inserted into the memory slot **44** of the color printer **40** or when a digital still camera **10** is connected to the color printer **40** by a cable CV.

When the image process is started, the control circuit **41** (CPU **411**) acquires the selected image data GD and temporarily stores it in RAM **412** (Step S**100**). Since the image data GD generated in the digital still camera **10** is generally YCbCr data, the CPU **411** converts the YCbCr data to RGB data when the selected image data GD is opened. The image data GD may be selected, for example, on a digital still camera **10** connected with or without a line to the color printer **40**, or it may be selected on the color printer **40** from the image data GD stored on the memory card MC. It may also be selected from a plurality of color image data GD stored on a server via a network.

The CPU **411** splits the selected image data GD into a plurality of areas, such as 64 areas (pixel data groups), as illustrated in FIG. **6** (Step S**110**). To facilitate a better understanding, FIG. **6** schematically illustrates a virtual state in which image data GD has been developed on memory. Specifically, the image data GD is composed of a plurality of pixel data, and position data represented by x-y coordinates, for example, are assigned to the pixel data. Virtual split areas of the image data GD and split areas of the image as illustrated in FIG. **6** can be associated by using the location data to associate the plurality of areas into which the image has been split and the pixel data groups corresponding to the areas. In the present Specification, the split units of the image data GD that has been split in conjunction with the split areas of the image are referred to as pixel data groups or image data GD areas. The flow chart in FIG. **5** shows the steps when the image data areas or pixel data groups are composed of a plurality of pixel data. When the image data areas or pixel data groups are composed of one pixel datum, Step S**110** is omitted, and the "area unit" in Step S**120** is changed to "pixel (pixel datum)," "each area" in S**130** is changed to "each pixel

(each pixel datum)," and "areas with the same color range" in S**140** is changed to "pixels (pixel data) with the same color range."

The CPU **411** analyzes the image data GD in area units (Step S**120**), and determines the color range (color value) of each area of the image data GD (Step S**130**). For the sake of simplicity, the hue is used as the color range parameter in the following description. Specifically, the CPU **411** converts the RGB image data GD, for example, to HSV image data, and produces a histogram such as that illustrated in FIG. **7**, for the hues in terms of the area units of the color image data. In this case, the HSV color space represents the color image data GD by means of hue H, saturation S, and brightness V. The hue H of the color image data GD can otherwise be obtained by converting the image data GD to HSL color space. The following Equations (1) through (3) are used for the image data with RGB color components in the conversion of the RGB image data GD to HSV image data.

$$R = V\max \quad H = \frac{\pi}{3}\left(\frac{G-B}{V\max - V\min}\right) \qquad \text{Equation (1)}$$

$$G = V\max \quad H = \frac{\pi}{3}\left(2 + \frac{B-R}{V\max - V\min}\right) \qquad \text{Equation (2)}$$

$$B = V\max \quad H = \frac{\pi}{3}\left(4 + \frac{R-G}{V\max - V\min}\right) \qquad \text{Equation (3)}$$

Here, V max=max {R, G, B}, and V min=min {R, G, B}. When V max=V min, the hue is indefinite (achromatic). When the hue H<0, 2π is added to the calculated hue H. As a result, the value range of the hue H is 0 to 2π, but in this embodiment, the hue H is expressed with a value range of 0 to 360 degrees.

In the histogram illustrated in FIG. **7**, the hue range corresponding to flesh tones is Rfl, the hue range corresponding to green is Rgr, the hue range corresponding to sky blue is Rsk, and the hue range corresponding to red is R rd. In the histogram illustrated in FIG. **7**, the hue for sky blue is represented with high frequency, and it can be assumed that the image data GD targeted for analysis corresponds to a photograph based on the sky.

The CPU **411** determines the proportion of the number of pixel data representing a specific hue relative to the total number of pixel data defining the areas in the image data GD, and determines the proportion of the specific color range exhibiting the highest proportion among them as the maximum proportion Humax. Specifically, since the pixel data represents specific hues by means of R, G, and B components, the numbers of pixel data exhibiting each hue are respectively calculated for specific hues, and the following Equation (4) is used to calculate the proportion of hues Hurate in the areas of the image data GD.

$$\text{Hurate} = \frac{\text{number of pixel data of specific hue}}{\text{number of total pixel data in areas}} \qquad \text{Equation (4)}$$

The CPU **411** determines the hue of the areas of the image data GD using hue determining reference values (Huref_sk, Huref_gr, Huref_fl, Huref_rd) (see FIG. **10**) that determines the proportions Hurate of each hue and the hues of the areas in the image data GD (hues representing the areas, and hues exhibited by the areas). In this case, the hue determining reference values are different for each hue. When a plurality of hues meets the hue determining reference value, the hue corresponding to the lower (smaller) hue determining reference value, for example, to be used as the hue of the area in the image data GD.

When the CPU **411** determines the hues for the areas in the image data GD, adjacent areas of the same color range are associated to determine color range areas (Step S**140**). Specifically, the following process is carried out. As illustrated in FIG. **6**, areas are scanned, from the top left area (**0**,**0**), in the direction indicated by the arrow X, to determine the color range of the areas, and the same symbol is assigned to areas of the same color range. In the embodiment in FIG. **6**, Sn is assigned to areas exhibiting a sky blue hue, Fn is assigned to areas exhibiting a flesh toned hue, and Rn is assigned to areas exhibiting a red hue (n is a number distinguishing color range areas of the same hue). When the CPU **411** reaches the upper right area (**7**,**0**), scanning moves down one step in the direction indicated by arrow Y, and the areas are similarly scanned in the direction of the arrow X to determine the color range of the areas, until the lower right area (**7**,**7**) is eventually reached. In the embodiment in FIG. **6**, there are two color range areas (A**1**, A**2**) exhibiting sky blue color rangecolor range, and one color range area (A**3**) exhibiting a flesh toned color range.

Another embodiment of the process that determines color range areas is described with reference to FIGS. **8** and **9**. In the other embodiment, as shown in FIG. **8**, initially there are three color range areas exhibiting a sky blue color range (A**4**, A**5**, A**6**), and one color range area exhibiting a flesh toned color range (A**7**). This is because no area exhibiting sky blue is present in the adjacent area (**0**,**3**). However, the sky blue color range area A**5** starting from area (**0**,**3**) is adjacent to area (**7**,**2**) of the sky blue color range A**4** at area (**7**,**3**). The CPU **411** determines the sky blue color range area A**4** and the sky blue color range area A**5** to be the same color range area A**4**, as illustrated in FIG. **9**, and re-assigns the symbol S**1** to the areas of color range area A**5**, determining a new color range area A**4**.

When the CPU **411** determines color range areas, position data is obtained for the color range areas, such as A**1** through A**3** in FIG. **6** (Step S**150**). Because, as noted above, position data is pre-assigned to the pixel data defining the areas, the position data is used, for example, to specify the boundaries between the color range areas to obtain position data on the color range areas.

The CPU **411** obtains position conditions (object-determining conditions) from the ROM/HDD **413** (Step S**160**). The position conditions (object-determining conditions) are conditions used to determine whether or not the color range areas correspond to a certain object by means of the color range and position data of the color range areas. These are stored in the form of a table such as the one in FIG. **11**, for example, in the ROM/HDD **413**.

Based on the hue of the color range areas, the CPU **411** first narrows the object candidates corresponding to the color range areas to either "sky, green, or persons." In the embodiment in FIG. **6**, because color range areas A**1** and A**2** exhibit sky blue, the "sky" is a main object candidate, and since color range area A**3** exhibits a flesh tone, "person (face)" is a main object candidate.

The CPU **411** then compares the position data of color range areas A**1** and A**2** with the position data corresponding to the sky to determine the main object (Step S**170**), and the process routine is complete. The position data stipulates that the sky is in the upper part of the image and touches the edges, that green is in the lower part of the image and touches the edges, and that flesh tones are in the middle of the image. In other words, the position conditions stipulate that the sky is any of area (x,**0**): **0**<x≦**7**, area (**0**,y): **0**≦y≦**2**, or area (**7**,y):

**0**≦**5**. Green is stipulated as being any of area (x,**7**): **0**≦x≦**7**, area (**0**,y): **4**≦y≦**7**, or area (**7**,y): **4**≦**7**. People are stipulated as being (x,y): **2**≦x≦**5** and **2**≦y≦**5**.

When these conditions are taken into consideration, the corresponding main object can be determined to be the sky because the color range area A**1** includes an area, such as area (**0**,**0**), which meets the position conditions. The color range area A**2**, meanwhile, does not include areas meeting the position conditions, and the corresponding main object can thus be determined not to be the sky. The color range area A**2** corresponds to sky blue clothing, for example.

The color range area A**3** includes an area, such as area (**3**,**4**), which meets position conditions, and the corresponding main object can thus be determined to be a "person (face)."

As described above, when the main object characterizing an image is identified (determined) by the color printer **40** as the image processing device in this embodiment, the image data GD is split (divided) into a plurality of areas, color range areas are determined by associating adjacent areas exhibiting the same color range, and main objects to which the color range areas correspond are determined using the color range exhibited by the color range areas and the position data of the color range areas. That is, when the main object corresponding to the color range areas is determined, the determination is made using position conditions where the specified main object to be present in addition to the color range data which the specific main object should have. It is thus possible to make more accurate determinations, that is, to reduce determination errors, compared to when the main object is determined using just color range data. Specifically, as noted above, just the color range data is used, it is highly possible that color range areas corresponding to sky blue clothing located near the middle of the image will be mistakenly determined to be the sky, whereas the image processing device and method in this embodiment will not erroneously determine sky blue clothing to be the sky because the position conditions where the sky to be located are taken into consideration.

Variant of First Embodiment:

1) A variant of the process that determines the main object in the first embodiment will be described with reference to FIG. **12**. FIG. **12** is a flow chart of the process routine in the process that determines the main object which is carried out by the color printer in the variant of the first embodiment. Steps in FIG. **12** which are similar to the steps in FIG. **5** will be described only briefly.

The process routine in FIG. **12** starts, for example, when a memory card MC is inserted into the memory slot **44** of the color printer **40** or when a digital still camera **10** is connected to the color printer **40** by a cable CV.

When the image process is started, the control circuit **41** (CPU **411**) acquires the selected image data GD, and acquires Exif data associated with the image data GD, temporarily storing it in RAM **412** (Step S**100**A). The Exif data shows the conditions at the time the photograph was taken, which are recorded along with the image data in Exif files based on Exif (exchangeable image file format), a unified standard of file format including image data produced by digital still cameras **10**. The Exif standards have been adopted by the Japan Electronics and Information Technology Industries Association (JEITA). Exif data can include, for example, exposure time, light source, object area, type of photographed scene, photograph time (the date and time when the original image data is produced or the date and time when digital data is produced), and gyro data (angle of rotation from normal position). Exif data is stored in a format which includes offset data and actual data in the file header, and can be acquired in the necessary data based on the offset data stipulated for the data. The image data GD (graphic file) is selected as described above.

As noted above, the CPU **411** splits the selected image data GD into a plurality of areas, such as 64 areas (pixel data groups), as illustrated in FIG. **6** (Step S**110**). The CPU **411** analyzes the image data GD in terms of area units (Step S**120**), and determines the color range (hues) of the areas in the image data GD (Step S**130**). When the hues of the areas of the image data GD have been determined, the CPU **411** determines the color range areas by associating adjacent areas of the same color range (Step S**140**). When the CPU **411** determines the color range areas, position data for the color range areas such as A**1** to A**3** in FIG. **6** is obtained (Step S**150**). The specific process in Steps S**120** through S**150** has already been described using FIG. **5**.

The CPU **411** obtains position conditions (object-determining conditions) from the ROM/HDD **413**, and first determines the position conditions (object-determining conditions) taking the Exif data into consideration (Step S**160**A). The position conditions (object-determining conditions) are conditions used to determine whether or not the color range areas correspond to a certain object by means of the color range and position data of the color range areas. These are stored in the form of a table such as the one in FIG. **11**, for example, in ROM/HDD **413**. In this embodiment, the position conditions obtained from the table in FIG. **11** are revised in consideration of the gyro data, for example, to determine the final position conditions (object-determining conditions).

That is, in the position conditions in FIG. **11**, it is stipulated that the sky is in the upper part of the image and touches the edges, that green is in the lower part of the image and touches the edges, and that flesh tones are in the middle of the image. However, when a photographer takes a photograph with the digital still camera **10** turned upside down, for example, the sky will be inverted and will thus be in the lower part of the image and touch the edges of the image, while green images will be in the upper part of the image and touch the sides of the image. As a result, the position conditions in FIG. **11** cannot be used, since they assume that the photograph was taken with the digital still camera **10** in the normal position.

In this embodiment, the position conditions are corrected by taking into consideration the gyro data showing the angle of rotation relative to the normal position, and the final position conditions are then determined. In the above embodiment, the gyro data shows a value of about 180 degrees. The position conditions in FIG. **11** are thus corrected so that the sky is in the lower part of the image and touches the edges of the image, and green images are in the upper part of the image and touch the edges of the image. When the digital still camera **10** is used while rotated about 90 degrees to the left relative to the normal position, the conditions are corrected so that the sky is on the side of the image (such as the right side) and touches the edges of the image, and green objects are on the side of the image (such as the left side) and touch the edges of the image. The gyro data is displayed in values of 0 to 359 degrees rotated to either the left or right.

The CPU **411** determines the main object (Step S**170**A) by comparing the Exif data, position conditions, and the position data of the color range areas, and the process routine is complete. When the position conditions are taken into consideration, The color range area A**1** in FIG. **6** includes an area such as area (**0**,**0**) meeting the position conditions, allowing the corresponding main object to be determined as the sky. The main object corresponding to the color range area A**1** can be determined to be the sky when, upon consideration of the time data included in the Exif data, the hue of the color range area

A**1** is sky blue in the afternoon, is red at evening, or is black at night. Alternatively, the main object corresponding to the color range area A**1** can be determined to be the sky when, upon consideration of the type of photograph scene included in the Exif data, the hue of the color range area A**1** is sky blue when the type of photograph scene is a landscape, is red when the type of scene is evening, or is black when the type of scene is a night time scene.

Even though the color range area A**2** in FIG. **6** exhibits a sky blue hue, the corresponding main object can be determined not to be the sky in cases where the type of photograph scene is of people (portrait), since the main object is a person in addition to the lack of any areas meeting the position conditions. The color range area A**2** corresponds to sky blue clothing, for example.

When the type of photograph scene is of a person (portrait), the color range area A**3** in FIG. **6** includes an area such as area (**3**,**4**) meeting position conditions, and the main object is a "person," making it possible to more accurately determined that the corresponding main object is a "person (face)."

In the above embodiment using the Exif data, it is possible to more accurately determine what the main object is by referring to the photograph conditions.

2) In the above embodiment, the position data of areas defining the color range areas was used as the position data of the color range areas, but the position data of pixel data defining the color range areas may also be used. In such cases, more specifically, comparisons can be made with the position conditions, and the position of the color range areas can be determined even more accurately.

3) In the above embodiment, color range areas in which adjacent areas having the same color range had been associated were used to determine the main object, but the main object may also be determined in terms of area units or pixel data units without the use of color range areas. When the main object is determined in terms of area units, main objects corresponding to the areas are first determined, and all areas corresponding to the same main object are then put together, making it possible to form areas of the image data GD corresponding to the main object. More specifically, position data and color range of areas which are met by areas corresponding to a certain main object are stipulated as position conditions (object-determining conditions), and the position data and color range of the areas are compared.

Alternatively, when the main object is determined in terms of pixel data units, the main objects corresponding to the pixel data are first determined, and all the pixel data corresponding to the same main object are then put together to form image data GD areas (pixel data groups) corresponding to the main object. More specifically, position data and color range of areas which are met by pixel data corresponding to a certain main object are stipulated as position conditions (object-determining conditions), and the position data and color range of the areas are compared. In such cases, the main object can be determined more accurately from the standpoint of both the color range and positions.

4) The use of hue H as a color range parameter in the image data GD areas (pixel data groups) was described in the above embodiments, but in addition to the hue H, at least either saturation S or brightness (luminance) V may be used as a parameter for a more comprehensive determination. The color range of the image data GD areas (pixel data groups) may also be specified in terms of RGB color space or YCbCr color space instead of HSV color space.



5) In the above embodiments, a color printer **40** was used as the image processing device, but a display device **20** and personal computer **30** may also be used. In such cases, the same effects as in the above embodiments can be obtained.

6) In the above embodiments, the image process was carried out with software, that is, in the form of a computer program, but it may also be carried out using image processing hardware circuitry comprising a logic circuit for implementing the above processes (steps). In such cases, the load on the CPU **411** can be alleviated, allowing the process to be implemented more rapidly. The image process hardware circuit can be implemented as a circuit for the display device **20** and color printer **40**, for example, and as an add-on card for the personal computer **30**.

Second Embodiment

A second embodiment of the image processing device and image processing method is described below. Specific image processing details in the second invention differ from the image process in the first invention, and the structure of the modules of the image processing device (color printer) in the second invention differs from the structure of the modules of the image processing device (color printer) in the first embodiments. However, as the basic structure of the color printer in the second embodiment and the color printer **40** in the first embodiment are the same, the same symbols will be used without further elaboration in the following description of the color printer **40**.

An outline of the modules realized by the control circuit **41** of the color printer **40** in the second embodiment will be described with reference to FIG. **13**. FIG. **13** is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in the second embodiment. The modules illustrated in FIG. **13** can be realized in terms of the CPU **411** alone or the control circuit **41**, and can be realized by either hardware or software.

The image data is acquired by the control circuit **41** by means of the image data access module M**11**, and is sent to the main object image data determination module M**12**. The main object image data determination module M**12** splits the image data into a plurality of areas (plurality of pixel data groups), and determines the color range of the split areas, and obtains color range data and position data for the split areas. The main object image data determination module M**12** determines the image data areas corresponding to the man object characterizing the image, that is, the main object image data, using the acquired color range data and position data of the split areas. The main object(s) can be one or more main objects that are the same or different among the image.

When the main object and the image data areas corresponding to the main object are determined, the property acquiring module M**13** acquires the properties of the main object image data (such as statistical values and color values). The correction condition acquiring module M**14** acquires correction conditions corresponding to the acquired properties (such as statistical values and color values) of the main object image data. A plurality of correction conditions are prepared for each type of main object, permitting more suitable adjusting of the picture quality according to the properties of the main object.

The picture quality adjusting module M**15** prepares the acquired correction conditions to carry out a process that adjusts the picture quality of the main object image data. When there is a plurality of main objects, the picture quality adjusting module M**15** carries out a picture quality adjusting process on the image data areas corresponding to each of the

main objects. The picture quality adjusting module M**15** may access correction standard values as the correction conditions, determine the correction level so as to eliminate or reduce differences between the correction standard values and the property values of the main object image data, and adjust the picture quality of the main object image data by applying the correction level that has been determined. The correction level may be determined in a standardized way or according to image process control data indicating the image process conditions for the image data associated with the image data.

A main object classification module M**16** and a standard color value acquiring module M**17** may be provided instead of the correction condition acquiring module M**14**. The main object classification module M**16** uses the acquired data corresponding to the main object to classify the main object in greater detail, such as clear sky, ordinary sky, and dark sky. The standard color value acquiring module M**17** acquires standard color values corresponding to the classified main object. That is, the ideal color values of the classified main object, such as the ideal color values for bright sky, ordinary sky, and dark sky, are acquired.

The correction level determining module M**151** determines the correction level so as to eliminate or reduce color range differences between the acquired standard color values and the main object image data. The correction level may be determined in a standardized way or according to image process control data indicating the image process conditions for the image data associated with the image data.

The picture quality correcting module M**152** applies the determined correction level to the main object image data to adjust the picture quality of the main object image data. When there is a plurality of main objects, the picture quality adjusting process is carried out on the image data areas corresponding to each of the main objects.

The image output module M**18** outputs the output image using the image data in which the picture quality has been adjusted.

The main object identifying process implemented by the color printer **40** as the image processing device in the second invention is the same as the main object identifying process implemented by the color printer as the image processing device in the first embodiment, and will therefore not be further elaborated.

Adjustment of Picture Quality According to Main Object:

An image process for image data corresponding to the identified main object will be described with reference to FIGS. **14** and **15**. FIG. **14** is a flow chart of the process routine in the process that adjusts the picture quality of the main object which is carried out by the image processing device in the second embodiment. FIG. **15** illustrates an example of a table storing correction standard values and classification color values which are used in the picture quality adjusting process on the main object.

The CPU **411** acquires image data GD for which the main object image data determination process has been completed (Step S**200**), and color values for the specified main object image data (color range areas and areas corresponding to the main object of the image data) (Step S**210**). The color values of the main object image data are obtained when the main object image data is determined, and are stored in RAM **412**.

The CPU **411** classifies the main object based on the color values of the main object image data (Step S**220**). That is, the same type of main objects are classified into more detailed main objects to implement better picture quality adjustment of the main object image data. The example in FIG. **15** shows classification color values for more detailed classification of the sky into clear sky (few clouds), ordinary sky, and dim sky (overcast summer sky). The classification color values can be values statistically determined for a plurality of images, for example. Specifically, the CPU **411** uses the following Equation (5) to determine the difference C (interval) between the color values (H, S, B) of the main object image data and the classification color values (H cs, S cs, B cs) in FIG. **13**, and the main object corresponding to the classification color values with the lowest difference C (interval) becomes the detailed main object to which the main object image data corresponds. Here, ΔH=H cs−H, ΔS=S cs−S, and ΔB=B cs·H.

$$C=\sqrt{(\Delta H)^2+(\Delta S)^2+(\Delta B)^2} \qquad \text{Equation (5)}$$

The CPU **411** acquires the correction standard values corresponding to the classified main object (detailed main object) (Step S**230**). The correction standard values are established, as shown in FIG. **15**, for example, for each type of picture quality parameter for each classified detailed main object, so that detailed main objects could be output at their most attractive. That is, the correction standard values stipulate the ideal values of the various parameters in relation to detailed main objects. Here, the picture quality parameters are parameters related to the picture quality of the image data, and include, for example, shadow, highlight, brightness, contrast, color balance, and memory color correction parameters.

The CPU **411** carries out various processes on the image data GD of the RGB data. The CPU **411** analyzes the main object image data to obtain the property values (statistical values) of the main object image data (Step S**240**). The property values (statistical values) include, for example, maximum and minimum luminance, and histograms of R, G, and B components in the main object image data.

The CPU **411** uses the property values of the main object image data and the acquired correction standard values to calculate the correction level so as to reduce or eliminate the difference between the two. The extent to which the difference between the property values of the main object image data and the acquired correction standard values is reduced, that is, the level of correction, may be determined in a standardized way or, when image process control data has been associated with the image data GD, determined according to the correction level stipulated by the image process control data. Here, the image process control data is data stipulating the image processing conditions for the associated image data, and includes, for example, the values of one or more picture quality-related parameters.

The CPU **411** applies the calculated correction level to adjust the picture quality of the main object image data (Step S**250**). The picture quality adjusting process is carried out on picture quality parameters such as shadow, highlight, brightness, contrast, color balance, and memory color correction, using a tone curve (S curve) correlating the input and output levels of the RGB components of the photograph image data GD. IN picture quality adjusting processes involving the use of a tone curve, the correction levels for the various picture quality adjusting parameters are used to modify the tone curves for the RGB components or individual R, G, B components.

Specifically, points at which a level of correction is applied to picture quality parameters are established by experiment on the tone curves, and correction levels are applied, so that the points through which the tone curve passes is modified at the points, and the input-output properties are modified. Accordingly, when modified R, B, and B tone curves are applied to main object image data, the input and output of the

RGB components of the main object image data are modified, resulting in main object image data in which the picture quality has been modified.

Picture quality adjusting processes involving the use of correction levels for picture quality parameters (automatic picture quality adjusting processes) can be carried out specifically in the following manner, for example. Standard value means correction standard value.

The levels of correction for contrast, shadow, and highlight are determined based on standard levels by retrieving shadow points and highlight points from the main object image data, and the correction levels that have been determined are used to stretch the histograms. The correction levels are also determined based on the luminance standard deviation, and tone curves are modified using the correction levels that have been determined.

It is determined whether or not the image is dark (insufficient exposure) or bright (overexposure) based on the luminance value calculated from the areas of the main object image data, correction levels for brightness are obtained based on the standard values, and the correction levels that have been obtained are used to correct the tone curves.

Color balance bias is analyzes based on histograms of the R, G, and B components of the main object image data, correction levels for color balance are obtained based on the standard values for the RGB components from the tone curves of the R, G, and B components, and the correction levels that have been obtained are used to correct the color balance.

The saturation distribution of the main object image data is analyzed, the correction levels for saturation are determined based on the standard levels, and the correction levels that have been determined are used to enhance the saturation.

For sharpness, the main object image data frequency and edge intensity distribution are analyzed, the un-sharp mask level (correction level) is determined based on the standard values, and the picture quality is adjusted by un-sharp masking at the correction level. The standard values are determined based on the frequency distribution. The higher the frequency image data (landscape, vegetation, etc.), the lower the standard value. The lower the frequency image data (persons, sky, etc.), the greater the standard value. The level of the un-sharp mask depends on the edge intensity distribution; its application level is greater the more blurry the properties of the image data.

The CPU **411** first determines whether or not the picture quality adjusting process has been completed on all of the identified main objects (Step S**270**). When main objects which should undergo the process still remain (Step S**270**: No), Steps S**210** through S**260** are repeated. When the CPU **411** determines that no main objects which should undergo the process still remain (Step S**270**: Yes), printing image data is generated (Step S**280**), and the process routine is complete.

As described above, in the color printer **40** used as the image processing device in this embodiment, a picture quality adjusting process can be carried out on each main object image data corresponding to the identified main object, not all of the image data. It is thus possible carry out a picture quality adjusting process that makes the main objects in an image look more attractive. The picture quality of the output image as a whole can be improved by making the main object characterizing the image look more attractive (improve the picture quality).

The identified main object can also be classified in further detail, allowing the optimal picture quality adjusting process to be carried out on the classified main object. That is, the specified main object can be further characterized to improve the accuracy of the picture quality adjusting process on the main object image data. When, for example, the sky is the main object, there would be different standards with more attractive, higher picture quality for bright sky, ordinary sky, dark sky, brilliant sky, overcast sky, clear sky, and red sky, respectively. The main object can thus be made to look more attractive by specifying sky in greater detail in terms of what kind of sky it is, and carrying out the optimal picture quality adjusting process on the specified sky.

Variants of Second Embodiment:

1) In the above embodiment, a process that adjusts the picture quality of main object image data was carried out on main object image data having RGB data, that is, in terms of RGB color space, but the process may also be carried out on main object image data having HSV image data, that is, in terms of HSV color space. In such cases, the CPU **411** uses the color values of the main object image data and the standard color values to calculate the correction level so as to reduce or eliminate the difference between the two. The standard color values are color values for the attractive output of detailed main object images. As illustrated in FIG. **16**, for example, the hue H, saturation S, and brightness (luminance) V are stipulated for detailed main object images which have been classified. FIG. **16** illustrates an example of a table storing standard color values which are used in the picture quality adjusting process on main objects.

The process that determines the correction level using color values is carried out so as to reduce or eliminate differences between the color values. The extent to which the difference between the two color values is reduced, that is, the level of correction, may be determined in a standardized way or, when image process control data has been associated with the image data GD, determined according to the correction level stipulated by the image process control data.

When color values are used, the picture quality adjusting process is carried out with HSV color space, allowing a more faithful picture quality adjusting process to be carried out. That is, the accuracy of the picture quality adjusting process can be improved.

When the picture quality adjusting process is carried out in HSB color space, the correction level may be determined using classification color values instead of standard color values. That is, the classification color values and standard color values need not necessarily be separate color values. When the ideal, target color values of the detailed main object are used as classification color values, they may also be used as the standard color values. In such cases, the process for classifying the main object image and the process that determines the correction level can be carried out simultaneously.

2) When different types of main object image data are included in the image data in the above embodiment, the correction level applied to the main object image data may be determined by taking into consideration the presence of the different types of main object image data. In such cases, it is possible to prevent the adjustment of the picture quality from making the main object image data more conspicuous (stand out), so that the image as a whole is more harmonious. Specifically, for example, the correction level can be reduced at the borders between main object image data, or standard color values and correction standard values, which are weighted according to the distance between main objects, can be used as standard color values and correction standard values serving as correction indicators.

3) "Sky" was used as an example of the main object in the above embodiments, but the same effects can otherwise be obtained for "people (faces)," "vegetation," and the like. In

the case of “people (face),” for example, the object can be further classified into pale pink flesh, light yellow flesh, dark yellow flesh, and dark brown flesh. “Vegetation” can be classified into light green (verdant), dark green (greenery), and intermediate greens.

4) In the above embodiments, position data of areas defining the color range areas was used as the position data of the color range areas, but position data of pixel data defining the color range areas may also be used. In such cases, more specifically, the data can be compared with position conditions, further improving the accuracy in determining the position of the color range areas.

In the above embodiments, color range in which adjacent areas with the same color range have been associated are used to determine the main object, but the main object may be determined in terms of area units or pixel data units instead of using color range areas. When the main object is determined in terms of area units, the main object corresponding to the areas is first determined, and all areas corresponding to the same main object are then put together, permitting the formation of areas of image data GD corresponding to the main object. More specifically, position data and color range of areas which to be met by areas corresponding to certain main objects are stipulated as position conditions (object-determining conditions), and are compared with the position data and color range of the areas.

Alternatively, when the main object is determined in terms of pixel data units, the main object corresponding to the pixel data is determined first, and all the pixel data corresponding to the same main object are then put together, permitting the formation of areas of image data GD (pixel data groups) corresponding to the main object. More specifically, position data and color range of areas which to be met by pixel data corresponding to certain main objects are stipulated as position conditions (object-determining conditions), and are compared with the position data and color range of the pixel data. In such cases, the main object can be specified more accurately from the standpoint of both color range and position.

5) In the above embodiments, only the hue H was used as the parameter of the color range of areas (pixel data groups) in the image data GD, but in addition to the hue H, at least either saturation S or brightness (luminance) V may be used as a parameter for a more comprehensive determination. The color range of the image data GD areas (pixel data groups) may also be specified in terms of RGB color space or YCbCr color space instead of HSV color space.

6) In the above embodiments, a color printer **40** was used as the image processing device, but a display device **20** and personal computer **30** may also be used. In such cases, the same effects as in the above embodiments can be obtained.

7) In the above embodiments, the image process was carried out with software, that is, in the form of a computer program, but it may also be carried out using image processing hardware circuitry comprising a logic circuit for implementing the above processes (steps). In such cases, the load on the CPU **411** can be alleviated, allowing the process to be implemented more rapidly. The image process hardware circuit can be implemented as a circuit for the display device **20** and color printer **40**, for example, and as an add-on card for the personal computer **30**.

8) an example of the above variant 1) is described in further detail below. The example is a description of a method in which low correction target data is provided in order to prevent the main object image data from standing out from the other image data. FIG. **17** illustrates a table storing various values which are used when carrying out the picture quality adjusting process on main objects which have been classified in greater detail. Main object which have been classified in greater detail are referred to as classified main objects. The various values that are stored are “classification color values,” “standard color values,” and “coefficients.” “Coefficients” are described below. Correction levels and low correction target data are calculated using these values. The types of classified main objects in FIG. **17** are described in Section **3**).

To calculate the correction levels, the main object is classified based on the classification color values and the color values of the main object image data (Step S**220** in FIG. **14**), and the difference is determined between the standard color values and the color values of the main object image data. The color values of the main object image data referred to here are the average color values of each pixel in the main object image data. The average is given below as (AveH, AveS, AveV).

The saturation- and brightness-related color values and standard color values are expressed as numerical values between 0 and 100. The greater the color values and standard color values, the higher the saturation and brightness. The hue-related color values and standard color values are expressed as numerical values between 0 and 360. In the hue circle, the red hue value is 0, with the value increasing from red to yellow, to green to cyan to blue to magenta to red as the hue circle is rotated. When the cycle of the hue circle returns to red, the red hue is expressed as 360. In other words, the red hue is expressed as 0 or 360.

When the main object is identified as “bright sky,” the difference between the standard color values and the color values of the main object image data (difH, difS, difV) can be determined according to Equations (6a) through (6c) with reference to the table in FIG. **17**.

$$difH=Hrefsb-AveH \quad \text{Equation (6a)}$$

$$difS=Srefsb-AneS \quad \text{Equation (6b)}$$

$$difV=Vrefsb-AveV \quad \text{Equation (6c)}$$

The direction of the correction is determined by whether the difference is positive or negative. That is, when the difference in saturation, brightness, or the like is positive, the saturation, brightness, or the like is corrected in the increasing direction, whereas when the difference in saturation, brightness, or the like is negative, the saturation, brightness, or the like is corrected in the decreasing direction. When the difference in hue is positive, the hue is corrected in the direction increasing the hue value, whereas when the difference in hue is negative, the hue is corrected in the direction decreasing the hue value. The direction in which the hue value increases is the direction from yellow to cyan, the direction from cyan to magenta, or the direction from magenta to yellow in the hue circle. The direction in which the hue-related color value decreases is the direction from cyan to yellow, the direction from magenta to cyan, or the direction from yellow to magenta in the hue circle.

Preliminary correction levels are then determined by adding the “coefficient” to the determined difference. As shown in FIG. **17**, there are two types of “coefficients” for the “hue,” “saturation,” and “brightness.” When the difference (difH, difS, difV) is positive, the coefficient on the left in the parentheses is used, and when it is negative, the coefficient on the right is used. That is, the coefficient is determined according to the direction of the correction in FIG. **17**. The preliminary correction level (traH, traS, traV) for “bright sky” can be determined according to Equations (7a1) to (7c2) with reference to the first line in the table in FIG. **17**.

(if $difH \geqq 0$) $traH = difH \times 0$ Equation (7a1)

(if $difH < 0$) $traH = |difH| \times 1$ Equation (7a2)

(if $difS \geqq 0$) $traS = difS \times 0$ Equation (7b1)

(if $difH < 0$) $traS = |difH| \times 1$ Equation (7b2)

(if $difV \geqq 0$) $traV = difV \times 0$ Equation (7c1)

(if $difV < 0$) $traV = |difV| \times 1$ Equation (7c2)

The correction level (enhH, enhS, enhV) is the square root of the preliminary correction level. This is so that the correction level is gradually modified. That is, the correction level can be determined by the following Equations (8a) through (8c).

$enhH = \text{sign}(difH) \times (traH)^{1/2}$ Equation (8a)

$enhS = \text{sign}(difS) \times (traS)^{1/2}$ Equation (8b)

$enhV = \text{sign}(difV) \times (traV)^{1/2}$ Equation (8c)

Here, the sign (x) is a function indicating a symbol of any number x. When x>0, the sign (x) is +1. When x<0, the sign (x) is −1. When x=0, the sign (x) is 0. Here, the correction level (enhH, enhS, enhV) is the square root of the preliminary correction level, but is not limited thereto. The preliminary correction level may also be used without modification as the correction level (enhH, enhS, enhV).

The correction level (enhH, enhS, enhV) can be expressed by Equations (9a) through (9c).

$enhH = \text{sign}(difH) \times (|difH| \times A\mathbf{1})^{1/2}$ Equation (9a)

$enhS = \text{sign}(difS) \times (|difS| \times A\mathbf{2})^{1/2}$ Equation (9b)

$enhV = \text{sign}(difV) \times (|difV| \times A\mathbf{3})^{1/2}$ Equation (9c)

Here, A**1** is the hue coefficient, A**2** is the saturation coefficient, and A**3** is the brightness coefficient.

In the above method for calculating the correction level, the proper values can be established for coefficients A**1** through A**3** according to the type of classified main object and correction direction (whether the color value difference (difh, difs, difV) is positive or negative), so that the correction level can be calculated according to the type of classified main object and the direction of the correction. Here, the correction level is calculated according to the type of classified main object and correction direction, but the correction level may also be calculated according to either the type of classified main object and correction direction. When the correction level is calculated according to just the direction of correction, the main object does not have to be classified in detail, and the main object may be classified as at lest "sky," "green," or the like.

The method for calculating the correction level to either the type of classified main object and correction direction is not limited to methods using coefficients A**1** through A**3** as described above. In general, the correction levels may also be calculated according to computing equations which are modified according to either the type of classified main object or correction direction.

In Equations (9a) through (9c), the correction level (enhH, enhS, enhV) is determined so as to reduce or eliminate the difference (difH, difS, difV) between the standard color values and the color values of the main object image data. It will be evident that the extent to which the difference in color values is reduced can be adjusted by modifying the values of coefficients A**1** through A**3** (collectively referred to below as coefficients A). Coefficients A indicate the extent to which the actual color values of the main object image data are modified, and are established according to the type of classified main object and correction direction so that the main object image data will not look strange in the image as a whole.

In this embodiment, the correction level can be calculates by establishing any of 0, 1, 2, or 4 as the coefficients A. When A=0, for example, it means that there is no correction. A=1 indicates an ordinary level of correction. A=2 indicates somewhat stronger correction, and A=4 indicates strong correction.

When, based on Equation (9a), A>|difH|, the absolute correction level |enhH| is significantly greater than the absolute difference |difH| between the standard color value and the color value of the main object image data. Thus, in the resulting correction, the color value of the main object image data is over as much as the standard color value. When the color value of the main object image data is modified too much, the main object image data in the image can look strange. It is therefore generally better to set the coefficients A too high. Here, the maximum level of the coefficients A is set at 4. The same is true of the saturation S and brightness V.

There are several reasons for setting the values for the coefficients A as in FIG. **17**.

1. When the Main Object is a "Sky"

1.1 Hue

When the difH is positive, it means that the hue to be adjusted in the direction from cyan to magenta. However, when the classified main object is "bright sky," if the correction is too far in the direction from cyan to magenta, the parts where the hue is near magenta in the entire sky (such as clouds) will take on an undesirable reddish cast. Thus, when the classified main object is "bright sky," no correction is made in the direction from cyan to magenta, and the coefficients A are set at 0.

When the difh is negative, it means that the hue to be adjusted in the direction from magenta to cyan. However, when the classified main object is "bright sky," the magenta complexion is preferably left as it is. Thus, no correction is made in the direction from magenta to cyan, and the coefficients A are set at 0.

1.2 Saturation

When the difs is positive, it means that the correction to be made in the direction increasing the saturation. However, when the classified main object is "bright sky," because bright skies are relatively pale and the original saturation is high, it is possible that the saturation will be increased too much, and the saturation of the sky will be increased too much, making it look strange in the image as a whole. The saturation is therefore not increased, and the coefficients A are set at 0. When the classified main object is "bright sky," on the other hand, the original saturation is low, and the coefficients A are set to 2 in order to increase the saturation and enhance the sky.

When the difs is negative, it means that the saturation to be corrected in the decreasing direction. However, when the classified main object is "bright sky," increasing the saturation too much will result in a relatively pale sky, potentially making the image look strange and unattractive. The saturation is therefore not excessively reduced, and the coefficients A are set as 1. When the classified main object is a "dark sky," because the original saturation is low, lowering the saturation will make it deeper, potentially causing the image to look unattractive. The saturation is therefore not lowered, and the coefficients A are set at 0.

Since correction of a "bright sky" tends to make it look strange in the image as a whole, the correction level is pref-

erably low overall, and the coefficients A are set lower. Since even significant correction levels are not likely to make a "dark sky" look strange in the image as a whole, the coefficients a may be set to higher levels.

2. When the Main Object is "Green"

2.1 Hue

When the difH is positive, it means that the hue to be adjusted in the direction from yellow to cyan. However, when the classified main object is "light green" such as a verdant green, since verdant green looks close to yellow green, an ordinary level of correction is used, and the coefficients A are set at 1. When the classified object is a "dark green" such as ordinary greenery, it tends to look close to blue green. Stronger correction is therefore used, and the coefficients A are set to 4.

2.2 Saturation

When the difs is positive, it means that the saturation to be corrected in the increasing direction. However, when the classified main object is "light green," since the original saturation of light green is high, increasing the saturation too much can result in saturation that is too high, making the object look strange in the image as a whole. The saturation is therefore not increased too much, and the coefficients A are set to 1. When, on the other hand, the classified main object is "dark green," because the original saturation is low, the coefficients A are set to 4 to increase the saturation and emphasize the green.

When the difS is negative, it means that the saturation to be adjusted in the decreasing direction. However, when the classified main object is "light green," lowering the saturation can cause the "light green" to become dark, making the image look strange and unattractive. The saturation is thus not lowered, and the coefficients A are set to 0. When the classified main object is "dark green," because the original saturation is low, lowering the saturation will potentially make it darker, causing the image to look strange. The saturation is therefore not lowered, and the coefficients A are set to 0.

As correction tends to make "light green" look strange in the image as a whole, the correction level is preferably lower overall, and the coefficients A are set lower. "Dark green" does not tend to look strange in the image as a whole even with greater correction levels, and the coefficients A may therefore be set higher.

3. When the Main Object is "Flesh"

3.1 Hue

When the difH is positive, it means that the hue to be correction in the direction from magenta to yellow. However, when the classified main object is "pale pink flesh," correction in the yellow direction can make it look bluish. No correction is therefore made, and the coefficients A are set to 0.

3.2 Saturation

When the difs is positive, it means that the saturation to be corrected in the increasing direction. However, when the classified main object is "pale pink flesh," because the original saturation is high, increasing the saturation too much can result in saturation that is too high, creating an unnatural impression by making the object stand out from the image as a whole. The saturation is therefore not increased, and the coefficients A are set to 0.

When the difs is negative, it means that the saturation to be corrected in the decreasing direction. However, when the classified main object is "dark yellow skin," because the original saturation is high, lowering the saturation too much can result in poor facial color. The saturation is therefore not lowered, and the coefficients A are set to 0. When the classified main object is "dark brown flesh," because the original saturation is low, lowering the saturation too much will result in poor facial color. The saturation is therefore not lowered, and the coefficients A are set to 0.



3.3 Brightness

When the difV is positive, it means that the brightness to be correction in the increasing direction. Because users prefer flesh to be brighter, and ordinary level of correction is used, and the coefficients A are set to 1.

When the difV is negative, it means that the brightness to be corrected in the decreasing direction. However, when the classified main object is "dark brown flesh," an ordinary level of correction is used and the coefficients A are set to 1, as this is effective for whiteout and the like.

Because correction tends to make "pale pink flesh" look strange in the image as a whole, lower correction levels overall are preferred, and the coefficients A are set lower.

The main object image data is corrected with correction levels (enhH, enhS, enhV). Low correction target data is then determined from the correction levels (enhH, enhS, enhV). Here, "low correction target data" is target data for correction at low correction levels at or under correction levels (enhH, enhS, enhV) among the image data GD. To determine low correction target data, the maximum saturation Smax and minimum saturation 5 min are first determined in the main object image data. The example of saturation is used here, but brightness or hue may be processed in the same manner.

FIG. **18** is a histogram of saturation in the main object image data. Saturation is set to values of 0 to 100. In the main object image data in this embodiment, the maximum saturation Smax is 80, and the minimum is 50.

FIG. **19** illustrates low correction target data. The horizontal axis is the saturation, and the vertical axis is the saturation correction level. In FIG. **17**, the range from 50 to 80 corresponds to the saturation of the main object image data, and shows that the main object image data would be corrected with correction level enhS. The saturation in the vicinity of the main object image data saturation is thus the low correction target data.

In FIG. **19**(*a*), low correction target data A and low correction target data B are shown as low correction target data. The correction target range combining the main object image data, low correction target data A, and low correction target data B is the range data indicated by diagonal lines in FIG. **19**(*a*).

The low correction target data A is data by which the saturation Sh is worked out with the following Inequalities (10a) and (10b) among the image data GD.

$$Smax < Sh \leqq Smax + enhS \times 10 \qquad \text{Equation (10a)}$$

$$Sh \leqq 100 \qquad \text{Equation (10b)}$$

The low correction target data B, on the other hand, is data by which the saturation Sh is worked out with the following Inequalities (10c) and (10d).

$$Smin - enhS \times 10 \leqq Sh < Smin \qquad \text{Equation (10c)}$$

$$0 \leqq Sh \qquad \text{Equation (10d)}$$

Inequalities (10b) and (10d) are established because the saturation is a value between 0 and 100. Inequalities (10a) and (10b) show that low correction target data is determined based on the maximum saturation Smax, minimum saturation 5 min, and correction level enhS of the main object image data. The enhS×10 used in Inequalities (10a) and (10c) is an experimental value. Other values can also be used.

The saturation of the low correction target data is corrected with a correction level lower than correction level enhS for the

main object image data (referred to below as low correction level). Specifically, as shown in FIG. **19**(*a*), the low correction level for low correction target data A is established so that the correction level enhS is lowered in linear fashion as the saturation increases, and so that the low correction level is 0 for data in which the saturation is Smax+enhS×10. That is, Equation (11) shows the low correction level y1 for the saturation of the low correction target data A.

$$y1=-Sh/10+enhS+S\max/10 \quad \text{Equation (11)}$$

Meanwhile, the low correction level for the low correction target data B, as shown by the bold line B in FIG. **19**(*a*), is established so that the correction level enhS is lowered in linear fashion as the saturation decreases, and so that the low correction level is 0 for data in which the saturation is 5 min−enhS×10. That is, Equation (12) shows the low correction level y2 for the saturation of the low correction target data B.

$$y2=-Sh/10+enhS-S\min/10 \quad \text{Equation (12)}$$

The corrected value z1 of the saturation of the low correction target data A is the value obtained by adding the low correction level y1 to the uncorrected saturation Sh, that is, Sh+y1, which can be expressed by Equation (13).

$$z1=9Sh/10+enhS+S\max/10 \quad \text{Equation (13)}$$

The corrected saturation z to be no more than 100, which is the maximum obtainable saturation. FIG. **19**(*b*) illustrates an example in which the low correction target data range is adjusted so that the correction saturation is between 0 and 100. The low correction target data A is data by which the saturation Sh is worked out with the following Inequality (14).

$$Sh \leqq (100-enhS-S\max/10)\times 10/9 \quad \text{Inequality (14)}$$

The saturation d1 in FIG. **19**(*b*) has the value (100−enhS−Smax/10) ×10/9 in Inequality (14).

Similarly, the corrected saturation z2 for the low correction target data is B is Sh+y2, and can thus be expressed by Equation (15).

$$z2=11Sh/10+enhS-S\min/10 \quad \text{Equation (15)}$$

To produce a range in which the correction value z2 is at least 0, the saturation Sh of the low correction target data B to be data with a range worked out with the following Inequality (16).

$$Sh \geqq (-enhS+S\min/10)\times 10/11 \quad \text{Inequality (16)}$$

The saturation d2 in FIG. **19**(*b*) is the value of (−enhS+Smikn/10)×10 in Inequality (16). In this embodiment, because d2 is lower than (Smin−enhS×10), the low correction target data B determined from Inequalities (10c), (10d), and (16) results in the data with the range shown in FIG. **19**(*b*).

However, correction for increasing the saturation of image data having low saturation among the graphic GD can result in excessively high saturation in nearly achromatic data in the image data GD. The image data with low saturation should therefore be excluded from the low correction target data B to facilitate the connection with achromatic colors. A minimum low saturation level D may thus be established in the correction target data range.

FIG. **20** illustrates the minimum level D for the low correction target data B. The minimum level D may be 25, for example, or another value. The low correction target data B is limited to the range where the saturation Sh is worked out with the following Inequality (17).

$$D \leqq Sh \quad \text{Inequality (17)}$$

The low correction target data B determined from Inequalities (10c) and (17) is data with the range shown in FIG. **20**. The minimum level d to be established only when enhS>0, that is, when the correction increases the saturation.

The low correction level may be determined so as to be applicable to limited low correction target data after the low correction target data range has been limited by means of Inequalities (10b) and (10d) or Inequality (17). FIG. **21** illustrates a low correction level suitable for limited low correction target data. When limited by Inequality (10b), the low correction level of the low correction target data A is set so that the low correction level for data with a saturation of 100 will be 0, as illustrated by the bold line A in FIG. **21**. When limited by Inequality (17), the low correction level of the low correction target data B is set so that the low correction level for data with a saturation D is 0, as illustrated by the bold line B in FIG. **21**.

Low correction target data and low correction levels are determined, and correction target ranges are determined, in the same way for hue and brightness. A minimum level D for brightness may also be set in the same was as for saturation. This will prevent corrected parts of an image from looking strange as a result of excessively increased brightness in shadow areas hen determining the low correction target data B. Here, the image data which is to serve as the low correction target data is the low correction target data targeted for correction for saturation, hue, and brightness. However, the image data which is low correction target data with any of saturation, hue, or brightness may also be used as the low correction target data targeted for correction.

FIG. **22** illustrates the correction target range in the image data GD. In the image data GD of FIG. **22**, the area S**1** corresponds to the main object image data. When low correction target data is included in area **01**, area **02**, and area **03**, the correction target range is the low correction target data in areas S**1** and areas **01**, **02**, and **03**. In FIG. **20**, the correction target range is in the frame indicated by the bold line. The picture quality of the image data GD is adjusted by applying the determined correction levels (enhH, enhS, enhV) to the main object image data and applying the low correction levels to the low correction target data.

Thus, in this embodiment, the low correction target data other than the main object image data is corrected with low correction levels, thereby preventing the main object image data from standing out from the other image data while also enhancing the image as a whole.

The low correction level may also be lower than the correction level enhS for the main object image data. The correction level enhS may also be lowered in stages, without being limited to the linear reduction described above.

The low correction target data is not limited to being present in areas adjacent to the main object image data, as illustrated in FIG. **22**, and can also be present in areas apart from the main object image data, such as area S**2**.

In the above embodiment, the low correction target data was data other than the main object image data, but is not limited thereto. Low correction target data may also be included in at least part of the main object image data. That is, the correction level may be reduced for some of the main object image data to prevent the main object image data from standing out from the other image data.

FIG. **23** illustrates an example in which all of the low correction target data is included in the main object image data. Data with a saturation Sh worked out by the following Inequality (18a) among the main object image data is low

correction target data A, and data with saturation Sh worked out by the following Inequality (18b) is low correction target data B.

$$S\max - enhS\times 10 < Sh \leqq S\max \quad \text{Inequality (18a)}$$

$$S\min \leqq Sh < S\min + enhS\times 10 \quad \text{Inequality (18b)}$$

In this case, the low correction target data A and B are included in the main object image data, and the correction target range is consistent with the main object image data.

FIG. **24** illustrates the correction target range when all of the low correction target data is included in the main object image data. The frame indicated by the bold line is the correction target range. In area S**1** which corresponds to the main object image data, the area indicated by diagonal lines in the figure is an area including the low correction target data which is to be corrected with a low correction level.

The correction process in which low correction target data has been established, as described with reference to FIGS. **18** through **24** above, is applicable when the main object has not been classified in detail, that is, for main objects other than classified main objects.

The correction process described in the other embodiment 8) to be carried out after correction such as the tone curve correction described above. The above correction processes may also be carried out in color space other than HSV color space, such as RGB color space.

9) In the above embodiments, the main object image data was determined by analysis of the image, but in cases where data indicating the main object image data (such as position data) is included in auxiliary data of the image data, the main object image data may be determined on the basis of such auxiliary data.

Image processing devices, image processing methods, and image processing programs of the invention have been described based on the above embodiments, but these embodiments of the invention were intended to facilitate an understanding of the invention and do not limit the invention. The invention can be modified and improved without departing from the spirit and scope of the invention, and such equivalents are included in the invention.

The following Japanese patent applications serving as the basis of the priority right claimed in this application are incorporated hereby by reference.

(1) Japanese Patent Application 2004-63630 (filed on Mar. 8, 2004)

(2) Japanese Patent Application 2004-63637 (filed on Mar. 8, 2004)

(3) Japanese Patent Application 2004-182016 (filed on Jun. 21, 2004)

(4) Japanese Patent Application 2005-38009 (filed on Feb. 15, 2005)

What is claimed is:

**1**. An image processing device that determines the main object which characterizes an image, the image processing device comprising:

image data acquiring module that acquires image data that is data of the target image and that is composed of a plurality of pixel data;

color range determining module segmenting that segments the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, analyzes the image data in terms of pixel data units, and determines the color range exhibited by the pixel data groups;

color range area defining module that defines color range areas by associating pixel data groups that exhibit the same color range and that are adjacent to each other among pixel data groups exhibiting specific color range;

position data acquiring module that acquires position data for the color range areas; position condition acquiring module that acquires position conditions stipulating the position where an object that corresponds to the specific color range to be present; and

main object determining module that determines the main object corresponding to the color range areas using the color range and the position data of the color range areas as well as the position conditions;

wherein each of the modules of the image processing device is executed by an integrated circuit.

**2**. An image processing device according to claim **1**, wherein

the main object determining module determines that the main object is the sky when the color range area exhibits a sky blue color range, and the location of the color range area is an upper area in the image.

**3**. An image processing device according to claim **1**, wherein

the main object determining module determines that the main object is vegetation when the color range area exhibits a green color range, and the location of the color range area is a lower area in the image.

**4**. An image processing device according to claim **1**, wherein

the main object determining module determines that the main object is a person when the color range area exhibits a flesh tone color range, and the location of the color range area includes the central area of the image.

**5**. An image processing device that determines the main object which characterizes an image, the image processing device comprising:

image data acquiring module that acquires image data which is data of the target image;

image data analyzing module that segments the image data into a plurality of areas for analysis in terms of area units;

position data acquiring module that acquires position data of the areas of the image data; and

main object determining module that determines the main object using the acquired position data and the results of analysis;

wherein each of the modules of the image processing device is executed by an integrated circuit.

**6**. An image processing device according to claim **5**, wherein

the results of analysis include information on the color range of the areas of the image data, and

the main object is determined with the use of object determining conditions stipulating the object by means of color range and location, and the position data of the areas of the image data and the color range data.

**7**. An image processing device according to claim **1**, wherein

the areas are composed of one pixel, and the plurality of pixel data groups corresponding to the areas are composed of one pixel datum.

**8**. An image processing device according to claim **1**, wherein

the areas are composed of a plurality of pixels, and the plurality of pixel data groups corresponding to the areas are composed of a plurality of pixel data.

**9**. An image processing device according to claim **1**, wherein

the color range comprise at least hue as a parameter.

**10**. An image processing device that determines the main object which characterizes an image, the image processing device comprising:

image data acquiring module that acquires image data which is data of the target image and which is composed of a plurality of pixel data;

image data analyzing module that segments the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, and analyzes the image data in terms of pixel data units;

position data acquiring module that acquires position data for the pixel data groups; and

main object determining module that determines the main object using the acquired position data and results of analysis;

wherein each of the modules of the image processing device is executed by an integrated circuit.

**11**. An image processing device according to claim **10**, wherein

the results of analysis include color range data exhibited by the pixel data groups, and

the main object determining module comprises

object identification condition acquiring module that acquires the object determination conditions that identifies objects by means of color range and location; and

main object identifying module that identifies the main object using the position data and color range of the pixel data groups, and the acquired object identification conditions.

**12**. An image processing device according to claim **10**, wherein

the areas are composed of one pixel, and the plurality of pixel data groups corresponding to the areas are composed of one pixel datum.

**13**. An image processing device according to claim **10**, wherein

the areas are composed of a plurality of pixels, and the plurality of pixel data groups corresponding to the areas are composed of a plurality of pixel data.

**14**. An image processing device according to claim **10**, wherein

the color range includes at least the hue as a parameter.

**15**. A method that determines the main object which characterizes an image, the method comprising:

acquiring image data which is data of the target image and which is composed of a plurality of pixel data;

segmenting the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, analyzing the image data in terms of pixel data units to obtain the color range exhibited by the pixel data groups;

defining color range areas by associating pixel data groups that exhibit the same color range among pixel data groups exhibiting specific color range;

acquiring position data for the color range areas;

acquiring position conditions stipulating the position where an object that corresponds to the specific color range to be present; and

determining the main object that characterizes the image using the color range and position data of the acquired color range areas as well as the position conditions;

wherein each of the operations of the method is executed by an integrated circuit.



**16**. An image processing method that determines the main object which characterizes an image, the image processing method comprising:

acquiring image data which is data of the target image;

segmenting the image data into a plurality of areas for analysis in terms of area units;

acquiring position data of the areas of the image data; and

determining the main object using the acquired position data and the results of analysis;

wherein each of the operations of the image processing method is executed by an integrated circuit.

**17**. An image processing method that determines the main object which characterizes an image, the image processing method comprising:

acquiring image data which is data of the target image and which is composed of a plurality of pixel data;

segmenting the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, and analyzing the image data in terms of pixel data units;

acquiring position data for the pixel data groups; and

determining the main object using the acquired position data and results of analysis;

wherein each of the operations of the image processing method is executed by an integrated circuit.

**18**. An image processing device comprising:

main object image data determining module that determines the main object image data corresponding to the main object characterizing the image;

property acquiring module that acquires the properties of the determined main object image data;

correction condition acquiring module that acquires correction conditions corresponding to the properties that have been acquired; and

picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired correction conditions;

wherein each of the modules of the image processing device is executed by an integrated circuit.

**19**. An image processing device according to claim **18**, wherein

the correction conditions are correction standard values corresponding to the acquired properties, and

the picture quality adjusting module adjusts the picture quality of the main object image data so as to eliminate or reduce the difference between the acquired property values and the correction standard values.

**20**. An image processing device according to claim **19**, wherein

the main object image data is classified into a plurality of main object image data by different color range for the same main object, and

a plurality of correction standard values are prepared for each classified main object image data.

**21**. An image processing device according to claim **18**, wherein

the main object image data is determined by segmenting the image data into a plurality of image data areas and by using the color range data and position data of the image data areas.

**22**. An image processing device according to claim **18**, wherein

the color range has hue, saturation, and brightness parameters.

**23**. An image processing device for improving the picture quality of the main object characterizing an image, the image processing device comprising:

main object image data specifying module that specifies the main object image data corresponding to the main object;

color value acquiring module that acquires the color value of the specified main object image data;

main object classifying module that classifies the main object using the acquired color values;

standard color value acquiring module that acquires standard color values corresponding to the classified main object; and

picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired color values and standard color values;

wherein each of the modules of the image processing device is executed by an integrated circuit.

**24**. An image processing device according to claim **23**, wherein

the picture quality adjusting module comprises:

correction level determining module that determines the level of correction so that the difference between the color value and standard color value is eliminated or reduced; and

picture quality correcting module for applying the correction level that has been determined to the color value in order to correct the picture quality of the image data in the main object area.

**25**. An image processing device according to claim **24**, wherein

the correction level determining module determines the correction level by a formula that is modified according to the symbols of the difference.

**26**. An image processing device according to claim **24**, further comprising

low correction image data for using the color value as reference to determine low correction target data, among the image data, which is targeted for correction with low correction levels at ore below the correction level; and

low correcting module that corrects the low correction target image data by applying the low correction level to the color value.

**27**. An image processing device according to claim **26**, wherein

the low correction target data is data other than the main object image data among the image data.

**28**. An image processing device according to claim **23**, wherein

the main object is classified into a plurality of main objects by different color range for the same main object, and

a plurality of standard color values are prepared for each classified main object.



**29**. An image processing device according to claim **28**, wherein

the picture quality adjusting module comprises

correction level determining module that determines the level of correction, by a formula that is modified according to the type of classified main object, so that the difference between the color value and standard color value is eliminated or reduced; and

picture quality correcting module that correct the picture quality of the image data in the main object area by applying the correction level that determined to the color value.

**30**. An image processing device according to claim **23**, wherein

the main object image data is specified by segmenting the image data into a plurality of image data areas and by using the color range data and position data of the image data areas.

**31**. An image processing device according to claim **23**, wherein

the color range has hue, saturation, and brightness parameters.

**32**. An image processing method comprising:

determining the main object image data corresponding to the main object characterizing the image;

acquiring the properties of the determined main object image data;

acquiring correction conditions corresponding to the properties that have been acquired; and

adjusting the picture quality of the main object image data using the acquired correction conditions;

wherein each of the operations of the image processing method is executed by an integrated circuit.

**33**. An image processing method for improving the picture quality of the main object characterizing an image, the image processing method comprising:

specifying the main object image data corresponding to the main object;

acquiring the color value of the specified main object image data;

classifying the main object using the acquired color values;

acquiring standard color values corresponding to the classified main object; and

adjusting the picture quality of the main object image data using the acquired color values and standard color values;

wherein each of the operations of the image processing method is executed by an integrated circuit.

* * * * *

US008355574B2

(12) **United States Patent**
**Imai**

(10) **Patent No.: US 8,355,574 B2**
(45) **Date of Patent: *Jan. 15, 2013**

(54) **DETERMINATION OF MAIN OBJECT ON IMAGE AND IMPROVEMENT OF IMAGE QUALITY ACCORDING TO MAIN OBJECT**

(75) Inventor: **Toshie Imai**, Nagano-ken (JP)

(73) Assignee: **Seiko Epson Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 74 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/590,586**

(22) Filed: **Nov. 10, 2009**

(65) **Prior Publication Data**

US 2010/0061627 A1 Mar. 11, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/075,380, filed on Mar. 7, 2005, now Pat. No. 7,668,365.

(30) **Foreign Application Priority Data**

Mar. 8, 2004 (JP) .................................. 2004-63630
Mar. 8, 2004 (JP) .................................. 2004-63637
Jun. 21, 2004 (JP) ................................ 2004-182016
Feb. 15, 2005 (JP) .................................. 2005-38009

(51) **Int. Cl.**
***G06K 9/00*** (2006.01)

(52) **U.S. Cl.** ......................... **382/167**; 382/274; 382/291

(58) **Field of Classification Search** .................. 382/118, 382/165, 167, 274, 286, 291
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,021,221 A 2/2000 Takaha
(Continued)

FOREIGN PATENT DOCUMENTS

JP 11-167634 6/1999
(Continued)

OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 2003-248825, Pub. Date: Sep. 5, 2003, Patent Abstracts of Japan.

(Continued)

*Primary Examiner* — Phuoc Tran
(74) *Attorney, Agent, or Firm* — Martine Penilla Group, LLP

(57) **ABSTRACT**

A CPU **411** splits selected image data GD into a plurality of areas (pixel data groups), analyzing the image data GD in terms of area units, and determining the color range of the areas of the image data GD. The CPU **411** determines color range areas by associating adjacent areas of the same color range when determining the color range for the areas of the image data GD. The CPU **411** acquires position data for the color range areas that have been determined. The CPU **411** acquires position conditions (main object conditions) from ROM/HDD **413**, and narrows the main object candidates to "sky, green, or people." The CPU **411** finally determines the main object by comparing the position data of the color range color areas and the position conditions corresponding to the narrowed main object.

**12 Claims, 18 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,301,440 | B1 * | 10/2001 | Bolle et al. | 396/128 |
| 6,564,851 | B1 | 5/2003 | Liao | |
| 6,947,078 | B1 | 9/2005 | Kuwata et al. | |
| 6,975,437 | B2 | 12/2005 | Takemoto | |
| 6,989,914 | B2 | 1/2006 | Iwaki | |
| 7,016,075 | B1 | 3/2006 | Tsukada | |
| 7,016,077 | B2 | 3/2006 | Semba et al. | |
| 7,269,292 | B2 | 9/2007 | Steinberg | |
| 2002/0150291 | A1 | 10/2002 | Naf et al. | |
| 2003/0108250 | A1 | 6/2003 | Luo et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2002-016818 | 1/2000 |
| JP | 2000-270222 | 9/2000 |
| JP | 2000-278524 | 10/2000 |
| JP | 2001-092956 | 4/2001 |
| JP | 2001-160057 | 6/2001 |
| JP | 2001-169135 | 6/2001 |
| JP | 2001-218047 | 8/2001 |
| JP | 2001-358961 | 1/2002 |
| JP | 2002-279416 | 9/2002 |
| JP | 2003-087815 | 3/2003 |
| JP | 2003-198850 | 7/2003 |
| JP | 2003-248825 | 9/2003 |

OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 2000-270222, Pub. Date: Sep. 29, 2000, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2000-278524, Pub. Date: Oct. 6, 2000, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-092956, Pub. Date: Sep. 27, 2002, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-169135, Pub. Date: Jun. 22, 2001, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-218047, Pub. Date: Aug. 10, 2001, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2001-016818, Pub. Date: Jan. 18, 2002, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2002-016818, Pub. Date: Jan. 18, 2002, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2002-279416, Pub. Date: Sep. 27, 2002, Patent Abstracts of Japan.

Abstract of Japanese Patent Publication No. 2003-2198850, Pub. Date: Jul. 11, 2003, Patent Abstracts of Japan.

* cited by examiner

Fig.1



Fig.2



40
I/O OPERATING COMPONENT
42
44
45
MC
CONTROL CIRCUIT
41
DATA I/O COMPONENT
ROM/HDD
CPU
RAM
412
413
411
PRINTED IMAGE OUTPUT COMPONENT
43

Fig.3



IMAGE DATA
M1
IMAGE DATA ACQUIRING MODULE
M2
IMAGE DATA ANALYZING MODULE (COLOR RANGE DETERMINING MODULE)
M5
M3
M4
POSITION CONDITION ACQUIRING MODULE
COLOR RANGE AREA DEFINING MODULE
POSITION DATA ACQUIRING MODULE
M6
MAIN OBJECT DETERMINING MODULE
M61
MAIN OBJECT DETERMINATION CONDITION ACQUIRING MODULE
M62
MAIN OBJECT IDENTIFYING MODULE
M7
PICTURE QUALITY ADJUSTING MODULE
M8
IMAGE OUTPUT MODULE
OUTPUT IMAGE
40

Fig.4


TOP OF IMAGE
IMAGE EDGES
MIDDLE OF IMAGE
IMAGE EDGES
BOTTOM OF IMAGE

Fig.5


START
S100
ACQUIRE IMAGE DATA
S110
SEGMENT IMAGE DATA INTO PLURALITY OF AREAS
S120
ANALYZE IMAGE DATA IN TERMS OF AREA UNITS
S130
DETERMINE COLOR RANGE OF AREAS
S140
ASSOCIATE AREAS WITH SAME COLOR RANGE AND DETERMINE COLOR RANGE AREAS
S150
ACQUIRE POSITION DATA OF COLOR RANGE AREAS
S160
ACQUIRE POSITION CONDITIONS (OBJECT-DETERMINING CONDITIONS)
S170
SPECIFY MAIN OBJECT
END

Fig.6


X
Y
A1
A2
A3
GD
S1 (0,0)
S1 (7,0)
S1 (0,2)
S1 (7,2)
F1 (3,3)
F1 (4,3)
F1 (3,4)
F1 (4,4)
S2 (3,5)
S2 (4,5)
S2 (3,6)
S2 (4,6)
R1
0 (0,7)
0 (7,7)

Fig.7


Rfl
Rgr
Rsk
Rrd
FREQUENCY
0
90
180
270
360
HUE H

Fig.8


X
Y
A4
A5
A6
A7
GD
S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
0 0 0 0 0 0 0 S1 (7,2)
S2 (0,3) S2 S2 S2 S2 S2 S2 S2 (7,3)
0 0 0 F1 F1 0 0 0
0 0 S3 S3 S3 R1 0 0
0 R1 0 S3 S3 0 0 0
0 0 0 0 0 0 0 0

Fig.9


X
Y
A4
A6
A7
GD
S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
0 0 0 0 0 0 0 S1 (7,2)
S1 (0,3) S1 S1 S1 S1 S1 S1 S1 (7,3)
0 0 0 F1 F1 0 0 0
0 0 S3 S3 S3 R1 0 0
0 R1 0 S3 S3 0 0 0
0 0 0 0 0 0 0 0

Fig.10

| HUE | DETERMINATION REFERENCE VALUE |
|---|---|
| SKY BLUE | Huref_sk |
| GREEN | Huref_gr |
| FLESH TONE | Huref_fl |
| RED | Huref_rd |

Fig.11

| OBJECT | HUE | POSITION | |
|---|---|---|---|
| SKY | SKY BLUE/ RED | TOP OF IMAGE AND TOUCHING EDGES OF IMAGE | AREA(x,0), (0,y), (7,y) $0 \leqq x \leqq 7$, $0 \leqq Y \leqq 2$ |
| VEGETATION | GREEN | BOTTOM OF IMAGE AND TOUCHING EDGES OF IMAGE | AREA(x,7), (0,y), (7,y) $0 \leqq x \leqq 7$, $4 \leqq Y \leqq 7$ |
| PEOPLE | FLESH TONE | MIDDLE OF IMAGE | AREA(x,y) $2 \leqq x \leqq 5$, $2 \leqq Y \leqq 5$ |

Fig.12


START
S100A
ACQUIRE IMAGE DATA AND Exif DATA
S110
SEGMENT IMAGE DATA INTO PLURALITY OF AREAS
S120
ANALYZE IMAGE DATA IN TERMS OF AREA UNITS
S130
DETERMINE COLOR RANGE OF AREAS
S140
ASSOCIATE AREAS WITH SAME COLOR RANGE AND DETERMINE COLOR RANGE AREAS
S150
ACQUIRE POSITION DATA OF COLOR RANGE AREAS
S160A
ACQUIRE POSITION CONDITIONS (OBJECT-DETERMINING CONDITIONS) TAKING Exif DATA INTO ACCOUNT
S170A
SPECIFY MAIN OBJECT TAKING Exif DATA INTO ACCOUNT
END

Fig.13


IMAGE DATA
IMAGE DATA ACQUIRING MODULE
M11
MAIN OBJECT DETERMINING MODULE
M12
PROPERTY ACQUIRING MODULE (COLOR VALUE ACQUIRING MODULE)
M13
M16
M14
MAIN OBJECT CLASSIFICATION MODULE
CORRECTION CONDITION ACQUIRING MODULE
M17
STANDARD COLOR VALUE ACQUIRING MODULE
M15
PICTURE QUALITY ADJUSTING MODULE
M151
CORRECTION LEVEL DETERMINING MODULE
M152
PICTURE QUALITY CORRECTING MODULE
M18
IMAGE OUTPUT MODULE
OUTPUT IMAGE
40

Fig.14


START
S200
ACQUIRE IMAGE DATA
S210
ACQUIRE COLOR VALUE OF MAIN OBJECT IMAGE DATA
S220
CLASSIFY MAIN OBJECT BASED ON COLOR VALUE OF MAIN OBJECT IMAGE DATA
S230
ACQUIRE CORRECTION STANDARD LEVEL CORRESPONDING TO CLASSIFIED MAIN OBJECT
S240
ANALYZE MAIN OBJECT IMAGE DATA AND OBTAIN PROPERTY VALUES (STATISTICAL VALUES)
S250
CALCULATE CORRECTION LEVEL BASED ON PROPERTY VALUES OF MAIN OBJECT IMAGE DATA AND CORRECTION STANDARD LEVEL
S260
ADJUST PICTURE QUALITY OF MAIN OBJECT IMAGE DATA WITH CORRECTION LEVEL
S270
No
PROCESS COMPLET ON ALL MAIN OBJECTS?
Yes
S280
PRODUCE PRINTING IMAGE DATA
END

Fig.15

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | CORRECTION STANDARD LEVEL |
|---|---|---|
| BRIGHT SKY | Hcsb, Scsb, Bcsb | CONTRAST b, BRIGHTNESS b, COLOR BALANCE b |
| ORDINARY SKY | Hcsn, Scsn, Bcsn | CONTRAST n, BRIGHTNESS n, COLOR BALANCE n |
| DARK SKY | Hcsd, Scsd, Bcsd | CONTRAST d, BRIGHTNESS d, COLOR BALANCE d |

Fig.16

| CLASSIFIED MAIN OBJECT | STANDARD COLOR VALUE |
|---|---|
| BRIGHT SKY | Hrefsb, Srefsb, Brefsb |
| ORDINARY SKY | Hrefsn, Srefsn, Brefsn |
| DARK SKY | Hrefsd, Srefsd, Brefsd |

Fig.17

| CLASSIFIED MAIN OBJECT | CLASSIFICATION COLOR VALUE | STANDARD COLOR VALUE | COEFFICIENTS | | |
|---|---|---|---|---|---|
| | | | HUE | SATURATION | BRIGHTNESS |
| BRIGHT SKY | (Hcsb, Scsb, Vcsb) | (Hrefsb, Srefsb, Vrefsb) | (0,1) | (0,1) | (0,0) |
| MEDIUM SKY | (Hcsn, Scsn, Vcsn) | (Hrefsn, Srefsn, Vrefsn) | (1,1) | (1,1) | (0,0) |
| DARK SKY | (Hcsd, Scsd, Vcsd) | (Hrefsd, Srefsd, Vrefsd) | (2,0) | (2,0) | (0,0) |
| LIGHT GREEN | (Hcgb, Scgb, Vcgb) | (Hrefgb, Srefgb, Vrefgb) | (1,2) | (1,0) | (0,0) |
| MEDIUM GREEN | (Hcgn, Scgn, Vcgn) | (Hrefgn, Srefgn, Vrefgn) | (1,1) | (1,1) | (0,0) |
| DARK GREEN | (Hcgd, Scgd, Vcgd) | (Hrefgd, Srefgd, Vrefgd) | (4,1) | (4,0) | (0,0) |
| PALE PINK FLESH | (Hcfp, Scfp, Vcfp) | (Hreffp, Sreffp, Vreffp) | (0,1) | (0,1) | (1,0) |
| PALE YELLOW FLESH | (Hcfl, Scfl, Vcfl) | (Hreffl, Sreffl, Vreffl) | (1,1) | (1,1) | (1,0) |
| DARK YELLOW FLESH | (Hcfd, Scfd, Vcfd) | (Hreffd, Sreffd, Vreffd) | (1,1) | (1,0) | (1,0) |
| DARK BROWN FLESH | (Hcfb, Scfb, Vcfb) | (Hreffb, Sreffb, Vreffb) | (1,1) | (1,0) | (1,1) |

Fig.18


HISTOGRAM OF MAIN OBJECT IMAGE DATA
NUMBER OF PIXELS
Smin
Smax
0
50
80
100
SATURATION S

Fig.19(a)




Fig.19(b)



Fig.20



SATURATION CORRECTION LEVEL y
enhS × 10
enhS
enhS × 10
0
D
Smin
Smax
100
SATURATON Sh
LOW CORRECTION TARGET DATA B
MAIN OBJECT MAGE DATA
LOW CORRECTION TARGET DATA A
CORRECTION TARGET RANGE

Fig.21




Fig.22

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 |
| S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 |
| S1 | S1 | S1 | S1 | S1 | S1 | S1 | S1 |
| O | O1 | S1 | F1 | F1 | S1 | O2 | O3 |
| O | O | O | F1 | F1 | S1 | O | O |
| O | O | O | S2 | S2 | O | O | O |
| O | R1 | O | S2 | S2 | O | O | O |
| O | O | O | O | O | O | O | O |

GD

Fig.23


SATURATION CORRECTION LEVEL y
enhS × 10
enhS × 10
enhS
SATURATON Sh
0
100
Smin,50
Smax,80
LOW CORRECTION TARGET DATA B
MAIN OBJECT IMAGE DATA
LOW CORRECTION TARGET DATA A
CORRECTION TARGET RANGE

Fig.24


S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
S1 S1 S1 S1 S1 S1 S1 S1
O O S1 F1 F1 S1 O O
O O O F1 F1 S1 O O
O O O S2 S2 O O O
O R1 O S2 S2 O O O
O O O O O O O O
GD

# DETERMINATION OF MAIN OBJECT ON IMAGE AND IMPROVEMENT OF IMAGE QUALITY ACCORDING TO MAIN OBJECT

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/075,380, filed on Mar. 7, 2005, now U.S. Pat. No. 7,668,365 B2, the disclosure of which is hereby incorporated by reference in its entirety for all purposes.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a technique that determines the main object characterizing an image, as well as a technique that adjusts the picture quality of the image data.

2. Description of the Related Art

The picture quality of digital image data produced by digital still cameras and the like can be adjusted as desired after photographs have been taken. Users can adjust picture quality using retouching software, for example. Meanwhile, because accurate adjustment of picture quality requires experience and familiarity, various techniques have been proposed for automatically adjusting picture quality using standard values without the need for user input.

However, in automatic picture quality adjusting techniques, picture quality is adjusted on the assumption that the main object characterizing the image has been correctly determined, and the erroneous determination of the main object can thus result in poor picture quality. It is therefore important to properly analyze the characteristics of the image data, such as determining what the main object characterizing the image is, in techniques for automatically adjusting picture quality of image data, and there is a need for a technique to accurately determine the main object.

Furthermore, in automatic picture quality adjusting techniques, such determinations are made across the board, without taking into consideration subtle differences in the main object characterizing the image, and a standardized picture quality adjusting process is carried out on the main object that has been determined. It is therefore inherently impossible to carry out a picture quality adjusting process that takes advantage of the subtle characteristics of the main object, and it is not always possible to output a more attractive main object. There is thus a need for a picture quality adjusting technique that is more responsive to variations in main objects.

## SUMMARY OF THE INVENTION

In order to address the above problems, an object of the present invention is to properly identify the main object characterizing an image. It is also an object of the invention to improve the picture quality of the main object characterizing an image.

A first aspect of the invention for addressing at least some of the above problems provides an image processing device that determines the main object which characterizes an image. The image processing device in the first aspect of the invention comprises: image data acquiring module that acquires image data which is data of the target image and which is composed of a plurality of pixel data; color range determining module segmenting that segments the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, analyzing the image data in terms of pixel data units, and determining the color range exhibited by the pixel data groups; color range area defining module that defines color range areas by associating pixel data groups that exhibit the same color range and that are adjacent to each other among pixel data groups exhibiting specific color range; position data acquiring module that acquires position data for the color range areas; position condition acquiring module that acquires position conditions stipulating the position where an object that corresponds to the specific color range to be present; and main object determining module that determines the main object corresponding to the color range areas using the color range and position data of the color range areas as well as the position conditions.

The image processing device in the first aspect of the invention determines color range exhibited by the pixel data groups, forms color range areas by associating adjacent pixel data groups exhibiting the same color range among the pixel data groups exhibiting specific color range, and determines the main object corresponding to the color range areas using the color range and position data of the color range areas as well as the position conditions stipulating the position where an object that corresponds to the specific color range to be present. It is thus possible to properly identify the main object characterizing the image.

A second aspect of the invention provides an image processing device that determines the main object which characterizes an image. The image processing device in the second aspect of the invention comprises: image data acquiring module that acquires image data which is data of the target image; image data analyzing module that segments the image data into a plurality of areas for analysis in terms of area units; position data acquiring module that acquires position data of the areas of the image data; and determining module that determines the main object using the acquired position data and the results of analysis.

The image processing device in the second aspect of the invention determines the main object using the results of analysis and the position data of the areas of the acquired image data, thus allowing the main object characterizing the image to be properly identified.

A third aspect of the invention provides an image processing device that determines the main object which characterizes an image. The image processing device in the third aspect of the invention comprises: image data acquiring module that acquires image data which is data of the target image and which is composed of a plurality of pixel data; image data analyzing module that segments the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, and analyzing the image data in terms of pixel data units; position data acquiring module that acquires position data for the pixel data groups; and main object determining module that determines the main object using the acquired position data and results of analysis.

The image processing device in the third aspect of the invention determines the main object using the results of analysis and the position data of the acquired pixel data groups, thus allowing the main object characterizing the image to be properly identified.

A fourth aspect of the invention provides a method that determines the main object which characterizes an image. The method in the fourth aspect of the invention comprises the steps of acquiring image data which is data of the target image and which is composed of a plurality of pixel data; segmenting the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, analyzing the image data in terms of pixel data units to obtain the color range exhibited by the pixel data groups; defining color range areas by associating pixel data

groups that exhibit the same color range among pixel data groups exhibiting specific color range; acquiring position data for the color range areas; acquiring position conditions stipulating the position where an object that corresponds to the specific color range to be present; and determining the main object that characterizes the image using the color range and position data of the acquired color range areas as well as the position conditions.

The method in the fourth aspect of the invention can provide the same to action and effects as the image processing device in the first aspect of the invention, and the method in the fourth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the first aspect of the invention.

A fifth aspect of the invention provides a method that determines the main object which characterizes an image. The method in the fifth aspect of the invention comprises the steps of acquiring image data which is data of the target image; segmenting the image data into a plurality of areas for analysis in terms of area units; acquiring position data of the areas of the image data; and determining the main object using the acquired position data and the results of analysis.

The method in the fifth aspect of the invention can provide the same action and effects as the image processing device in the second aspect of the invention, and the method in the fifth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the second aspect of the invention.

A sixth aspect of the invention provides a method that determines the main object which characterizes an image. The method in the sixth aspect of the invention comprises the steps of acquiring image data which is data of the target image and which is composed of a plurality of pixel data; segmenting the image data into a plurality of pixel data groups according to the plurality of areas into which the image is split, and analyzing the image data in terms of pixel data units; acquiring position data for the pixel data groups; and determining the main object using the acquired position data and results of analysis.

The method in the sixth aspect of the invention can provide the same action and effects as the image processing device in the third aspect of the to invention, and the method in the sixth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the third aspect of the invention.

The methods in the fourth through sixth aspects of the invention can also be realized in the form of programs, and computer-readable recording media on which such programs have been recorded.

A seventh aspect of the invention provides an image processing device. The image processing device in the seventh aspect of the invention comprises: main object image data determining module that determines the main object image data corresponding to the main object characterizing the image; property acquiring module that acquires the properties of the determined main object image data; correction condition acquiring module that acquires correction conditions corresponding to the properties that have been acquired; and picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired correction conditions.

The image processing device in the seventh aspect of the invention can determine the main object image data corresponding to the main object characterizing the image, access correction conditions corresponding to the properties of the determined main object image data, and adjust the picture quality of the main object image data using the acquired correction conditions. It is thus possible to improve the picture quality of the main object characterizing the image.

An eighth aspect of the invention provides an image processing device for improving the picture quality of the main object characterizing an image. The image processing device in the eighth aspect of the invention comprises: main object image data specifying module that specifies the main object image data corresponding to the main object; color value acquiring module that acquires the color value of the specified main object image data; main object classifying module that classifies the main object using the acquired color values; standard color value acquiring module that acquires standard color values corresponding to the classified main object; and picture quality adjusting module that adjusts the picture quality of the main object image data using the acquired color values and standard color values.

The image processing device in the eighth aspect of the invention can classify the main object using the color values of the specified main object image data, access standard color values corresponding to the classified main object, adjust the picture quality of the main object image data using the acquired color values and standard color values. It is thus possible to improve the picture quality of the main object characterizing the image.

A ninth aspect of the invention provides an image processing method. The image processing method in the ninth aspect of the invention comprises the steps of: determining the main object image data corresponding to the main object characterizing the image; acquiring the properties of the determined main object image data; acquiring correction conditions corresponding to the properties that have been acquired; and adjusting the picture quality of the main object image data using the acquired correction conditions.

The image processing method in the ninth aspect of the invention can provide the same action and effects as the image processing device in the seventh aspect of the invention, and the method in the ninth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the seventh aspect of the invention.

A tenth aspect of the invention provides an image processing method for improving the picture quality of the main object characterizing an image. The image processing method in the tenth aspect of the invention comprises the steps of; specifying the main object image data corresponding to the main object; acquiring the color value of the specified main object image data; classifying the main object using the acquired color values; acquiring standard color values corresponding to the classified main object; and adjusting the picture quality of the main object image data using the acquired color values and standard color values.

The image processing method in the tenth aspect of the invention can provide the same action and effects as the image processing device in the eighth aspect of the invention, and the method in the tenth aspect of the invention can also be realized in a variety of ways in the same manner as the image processing device in the eighth aspect of the invention.

The methods in the ninth and tenth aspects of the invention may also be realized in the form of programs, and computer-readable recording media on which such programs have been recorded.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates the general structure of an image processing system including the image processing device used in the embodiments.

FIG. 2 illustrates the general structure of the image processing device used in the embodiments.

FIG. 3 is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in the first embodiment.

FIG. 4 schematically illustrates an example of a targeted image.

FIG. 5 is a flow chart of the process routine in a process that determines the main object which is carried out by the color printer in the first embodiment.

FIG. 6 schematically illustrates the course of the process that determines the main object which is carried out by the color printer.

FIG. 7 illustrates an example of the results of analysis of image data areas (pixel data groups).

FIG. 8 schematically illustrates another course of the process that determines the main object which is carried out by the color printer.

FIG. 9 schematically illustrates the course of the process that determines the main object following FIG. **8**.

FIG. 10 schematically illustrates an example of a table storing determination threshold values used to determine the hue of pixel data groups.

FIG. 11 illustrates an example of object determining conditions used to determine objects corresponding to pixel data groups (color range areas).

FIG. 12 is a flow chart of the process routine in the process that determines the main object which is carried out by the color printer in another embodiment.

FIG. 13 is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in a second embodiment.

FIG. 14 is a flow chart of the process routine in the process that adjusts the picture quality of the main object which is carried out by the image processing device in the second embodiment.

FIG. 15 illustrates an example of a table storing correction standard values and classification color values which are used in the picture quality adjusting process on the main object.

FIG. 16 illustrates an example of a table storing standard color values which are used in the picture quality adjusting process on the main object.

FIG. 17 illustrates a table storing various values which are used when carrying out the picture quality adjusting process on main objects which have been classified in greater detail.

FIG. 18 is a histogram of saturation in the main object image data.

FIG. 19 illustrates low correction target data.

FIG. 20 illustrates the minimum level D for low correction target data B.

FIG. 21 illustrates the low correction level suitable for the limited low correction target data.

FIG. 22 illustrates the correction target range for the image data GD.

FIG. 23 illustrates an example in which all of the low correction target data is included in the main object image data.

FIG. 24 illustrates the correction target range when all of the low correction target data is included in the main object image data.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The image processing devices and image processing methods of the invention are illustrated in the following embodiments with reference to the drawings.

Shared Structure:

An image processing system comprising the image processing device used in common in the following embodiments is described below with reference to FIGS. **1** and **2**. FIG. **1** illustrates the general structure of an image processing system including the image processing device used in the embodiments. FIG. **2** illustrates the general structure of the image processing device used in the embodiments.

The image processing system comprises a digital still camera **10** as an image data generating device, a display device **20** as the image processing device for implementing the image process on the image data GD, a personal computer **30**, and color printer **40**.

The digital still camera **10** is a camera that obtains (generates) digital image data by focusing light data on a digital device (photoelectric transducers known as CCD or photoelectric multipliers). The digital still camera **10** comprises, for example, a CCD in which R, G, and B filters are disposed according to specific rules for each structural pixel, and generates digital image data corresponding to the object. More specifically, R component pixel data is directly obtained in pixels with R filters, while G and B component pixel data is generated by interpolation based on the surrounding pixel data. The generated image data is stored in a memory card MC serving as a storage device. Examples of formats for storing image data in digital still cameras **10** include the JPEG data format as an irreversible compression storage format, and the TIFF data format as a reversible compression storage format, but other storage formats which can be used include the RAW data format, GIF data format, and BMP data format. Photographic devices such as scanners may also be used as the image data generating device.

The display device **20** functions as an electronic photograph frame, for example, having a display **21** for displaying images, and displays output images by stand-alone processing of the color image data by the same image processing as the image processing in the color printer **40** described below. The display to device **20** obtains image data from a digital still camera **10** or server on a network (not shown) through cables, for example, or through wireless communications such as IR communications or radio wave communications, and recording media. The display **21** is, for example, a liquid crystal display or organic EL display, and has the property of independent image output on each display panel.

The personal computer **30** is, for example, a general purpose type of computer, comprising a CPU, RAM, and hard disk, and executes image processes similar to the image processes in the color printer **40** described below. The personal computer **30** also comprises a memory card slot for the installation of a memory card MC, and I/O terminals to connect cables from the digital still camera **10** or the like.

The color printer **40** is capable of outputting color images. In this embodiment, it stands alone and outputs images by running an image process on image data. As illustrated in FIG. **2**, the color printer **40** comprises a control circuit **41**, I/O operating component **42**, printed image output component **43**, memory card slot **44**, and data I/O component **45**.

The control circuit **41** comprises a central processing unit (CPU) **411** for running various computing processes such as image processing and analytical processes on image data, a random access memory (RAM) **412** for temporarily storing various types of data such as image data which has undergone an image process and computer results, and a read-only memory (ROM)/hard disk drive (HDD) **413** for storing tables that show various parameters of the object determination

conditions that identifies the main object, which is the object characterizing the image, and programs that are run by the CPU **111**.

The I/O operating component **42** is an interface which receives external input, and can be realized in the form of, for example, a key operator, scroll operator, touch panel type operator.

The printed image output component **43** is an ink jet type of printed image output component that forms images by defining dot patterns by spraying four colors of ink comprising cyan (C), magenta (M), yellow (Y), and black (K), for example, onto print media based on the print image data output from the control circuit **41**. Alternatively, it is an electrophotographic type of printed image output device that forms images by transferring and fixing color toner on print media. In addition to the four colors noted above, the colored ink may include light cyan (LC), light magenta (LM), blue, and red.

The memory card slot **44** is a component for the installation of various memory cards. Reading and writing to the memory card installed in the memory card slot **14** are controlled by the control circuit **41**.

The data I/O component **45** has terminals for connecting cable CV and the like, and a signal conversion process function, and is used for the exchange of image data with external devices.

First Embodiment:

A color printer **40** is used as the image processing device in the first embodiment. An outline of the modules realized by the control circuit **41** of the color printer **40** used in the first embodiment is given below with reference to FIG. **3**. FIG. **3** is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in the first embodiment. The modules illustrated in FIG. **3** can be realized in terms of the CPU **411** alone or the control circuit **41**, and can be realized by either hardware or software.

The image data is acquired by the control circuit **41** by means of the image data access module M**1**, and is sent to the image data analysis module to (color range acquiring module) M**2**.

The image data analysis module M**2** splits the image data into a plurality of areas (plurality of pixel data groups), and determines the color range of the split areas. The image areas are composed of 1 or more pixels, and the plurality of areas of the image data assigned to each area (plurality of pixel data groups) are composed of one or more pixel data. The color range area defining module M**3** forms color range areas by associating adjacent image data areas exhibiting the same color range using the determined color range data. The position data acquiring module M**4** acquires position data that forms the edges of the image present in the upper part of the image for color range areas formed using the results of the analysis of the image data. The position condition acquiring module M**5** acquires position conditions stipulating where objects exhibiting specific color range to be present.

The main object determining module M**6** determines the main object corresponding to the color range areas using the color range and position data of the color range areas as well as the position conditions. The main object determining module M**6** can be realized in the form of an object determination condition acquiring module M**61** and a main object identification module M**62**. In such cases, the main object can be determined without providing the color range area defining module M**3** and the position condition acquiring module M**5**. The main object determination condition acquiring module M**61** acquires object determination conditions that identifies objects by means of color range and location, and determines the main object using the color range and position data of the pixel data groups (areas) and the object determination conditions.

The picture quality adjusting module M**7** adjusts the picture quality of the main object determined for the area (or pixel data group) corresponding to the main object of the image data using the data of the main object determined by the main object determining module M**6**. The image output module M**8** outputs an image using the image data in which the picture quality has been adjusted.

A process of identifying the main object which is carried out by the color printer **40** as the image processing device in the first embodiment is described below with reference to FIGS. **4** through **11**. FIG. **4** schematically illustrates an example of a targeted image. FIG. **5** is a flow chart of the process routine in the process that determines the main object which is carried out by the color printer in the first embodiment. FIG. **6** schematically illustrates the course of the process that determines the main object which is carried out by the color printer. FIG. **7** illustrates an example of the results of analysis of image data areas (pixel data groups). FIG. **8** schematically illustrates another course of the process that determines the main object which is carried out by the color printer. FIG. **9** schematically illustrates the course of the process that determines the main object following FIG. **8**. FIG. **10** schematically illustrates an example of a table storing determination threshold values used to determine the hue of pixel data groups. FIG. **11** illustrates an example of object determining conditions used to determine objects corresponding to pixel data groups (color range areas).

The image data GD targeted for this process routine is image data GD corresponding to the image illustrated in FIG. **4**. The top, middle, bottom, and sides indicate sites and areas shown in FIG. **4**.

The process routine in FIG. **5** starts, for example, when a memory card MC is inserted into the memory slot **44** of the color printer **40** or when a digital still camera **10** is connected to the color printer **40** by a cable CV.

When the image process is started, the control circuit **41** (CPU **411**) acquires the selected image data GD and temporarily stores it in RAM **412** (Step S**100**). Since the image data GD generated in the digital still camera **10** is generally YCbCr data, the CPU **411** converts the YCbCr data to RGB data when the selected image data GD is opened. The image data GD may be selected, for example, on a digital still camera **10** connected with or without a line to the color printer **40**, or it may be selected on the color printer **40** from the image data GD stored on the memory card MC. It may also be selected from a plurality of color image data GD stored on a server via a network.

The CPU **411** splits the selected image data GD into a plurality of areas, such as 64 areas (pixel data groups), as illustrated in FIG. **6** (Step S**110**). To facilitate a better understanding, FIG. **6** schematically illustrates a virtual state in which image data GD has been developed on memory. Specifically, the image data GD is composed of a plurality of pixel data, and position data represented by x-y coordinates, for example, are assigned to the pixel data. Virtual split areas of the image data GD and split areas of the image as illustrated in FIG. **6** can be associated by using the location data to associate the plurality of areas into which the image has been split and the pixel data groups corresponding to the areas. In the present Specification, the split units of the image data GD that has been split in conjunction with the split areas of the image are referred to as pixel data groups or image data GD areas. The flow chart in FIG. **5** shows the steps when the image data areas or pixel data groups are composed of a

plurality of pixel data. When the image data areas or pixel data groups are composed of one pixel datum, Step S**110** is omitted, and the "area unit" in Step S**120** is changed to "pixel (pixel datum)," "each area" in S**130** is changed to "each pixel (each pixel datum)," and "areas with the same color range" in S**140** is changed to "pixels (pixel data) with the same color range."

The CPU **411** analyzes the image data GD in area units (Step S**120**), and determines the color range (color value) of each area of the image data GD (Step S**130**). For the sake of simplicity, the hue is used as the color range parameter in the following description. Specifically, the CPU **411** converts the RGB image data GD, for example, to HSV image data, and produces a histogram such as that illustrated in FIG. **7**, for the hues in terms of the area units of the color image data. In this case, the HSV color space represents the color image data GD by means of hue H, saturation S, and brightness V. The hue H of the color image data GD can otherwise be obtained by converting the image data GD to HSL color space. The following Equations (1) through (3) are used for the image data with RGB color components in the conversion of the RGB image data GD to HSV image data.

$$R = V_{max}\quad H = \frac{\pi}{3}\left(\frac{G-B}{V_{max}-V_{min}}\right) \qquad \text{Equation (1)}$$

$$G = V_{max}\quad H = \frac{\pi}{3}\left(2+\frac{B-R}{V_{max}-V_{min}}\right) \qquad \text{Equation (2)}$$

$$B = V_{max}\quad H = \frac{\pi}{3}\left(4+\frac{R-G}{V_{max}-V_{min}}\right) \qquad \text{Equation (3)}$$

Here, V max=max {R, G, B}, and V min=min {R, G, B}. When V max=V min, the hue is indefinite (achromatic). When the hue H<0, 2π is added to the calculated hue H. As a result, the value range of the hue H is 0 to 2π, but in this embodiment, the hue H is expressed with a value range of 0 to 360 degrees.

In the histogram illustrated in FIG. **7**, the hue range corresponding to flesh tones is Rfl, the hue range corresponding to green is Rgr, the hue range corresponding to sky blue is Rsk, and the hue range corresponding to red is R rd. In the histogram illustrated in FIG. **7**, the hue for sky blue is represented with high frequency, and it can be assumed that the image data GD targeted for analysis corresponds to a photograph based on the sky.

The CPU **411** determines the proportion of the number of pixel data representing a specific hue relative to the total number of pixel data defining the areas in the image data GD, and determines the proportion of the specific color range exhibiting the highest proportion among them as the maximum proportion Humax. Specifically, since the pixel data represents specific hues by means of R, G, and B components, the numbers of pixel data exhibiting each hue are respectively calculated for specific hues, and the following Equation (4) is used to calculate the proportion of hues Hurate in the areas of the image data GD.

$$Hurate = \frac{\text{number of pixel data of specific hue}}{\text{number of total pixel data in areas}} \qquad \text{Equation (4)}$$

The CPU **411** determines the hue of the areas of the image data GD using hue determining reference values (Huref_sk, Huref_gr, Huref_fl, Huref_rd) (see FIG. **10**) that determines the proportions Hurate of each hue and the hues of the areas in the image data GD (hues representing the areas, and hues exhibited by the areas). In this case, the hue determining reference values are different for each hue. When a plurality of hues meets the hue determining reference value, the hue corresponding to the lower (smaller) hue determining reference value, for example, to be used as the hue of the area in the image data GD.

When the CPU **411** determines the hues for the areas in the image data GD, adjacent areas of the same color range are associated to determine color range areas (Step S**140**). Specifically, the following process is carried out. As illustrated in FIG. **6**, areas are scanned, from the top left area (0,0), in the direction indicated by the arrow X, to determine the color range of the areas, and the same symbol is assigned to areas of the same color range. In the embodiment in FIG. **6**, Sn is assigned to areas exhibiting a sky blue hue, Fn is assigned to areas exhibiting a flesh toned hue, and Rn is assigned to areas exhibiting a red hue (n is a number distinguishing color range areas of the same hue). When the CPU **411** reaches the upper right area (7,0), scanning moves down one step in the direction indicated by arrow Y, and the areas are similarly scanned in the direction of the arrow X to determine the color range of the areas, until the lower right area (7,7) is eventually reached. In the embodiment in FIG. **6**, there are two color range areas (A**1**, A**2**) exhibiting sky blue color rangecolor range, and one color range area (A**3**) exhibiting a flesh toned color range.

Another embodiment of the process that determines color range areas is described with reference to FIGS. **8** and **9**. In the other embodiment, as shown in FIG. **8**, initially there are three color range areas exhibiting a sky blue color range (A**4**, A**5**, A**6**), and one color range area exhibiting a flesh toned color range (A**7**). This is because no area exhibiting sky blue is present in the adjacent area (0,3). However, the sky blue color range area A**5** starting from area (0,3) is adjacent to area (7,2) of the sky blue color range A**4** at area (7,3). The CPU **411** determines the sky blue color range area A**4** and the sky blue color range area A**5** to be the same color range area A**4**, as illustrated in FIG. **9**, and re-assigns the symbol S**1** to the areas of color range area A**5**, determining a new color range area A**4**.

When the CPU **411** determines color range areas, position data is obtained for the color range areas, such as A**1** through A**3** in FIG. **6** (Step S**150**). Because, as noted above, position data is pre-assigned to the pixel data defining the areas, the position data is used, for example, to specify the boundaries between the color range areas to obtain position data on the color range areas.

The CPU **411** obtains position conditions (object-determining conditions) from the ROM/HDD **413** (Step S**160**). The position conditions (object-determining conditions) are conditions used to determine whether or not the color range areas correspond to a certain object by means of the color range and position data of the color range areas. These are stored in the form of a table such as the one in FIG. **11**, for example, in the ROM/HDD **413**.

Based on the hue of the color range areas, the CPU **411** first narrows the object candidates corresponding to the color range areas to either "sky, green, or persons." In the embodiment in FIG. **6**, because color range areas A**1** and A**2** exhibit sky blue, the "sky" is a main object candidate, and since color range area A**3** exhibits a flesh tone, "person (face)" is a main object candidate.

The CPU **411** then compares the position data of color range areas A**1** and A**2** with the position data corresponding to the sky to determine the main object (Step S**170**), and the process routine is complete. The position data stipulates that the sky is in the upper part of the image and touches the edges,

that green is in the lower part of the image and touches the edges, and that flesh tones are in the middle of the image. In other words, the position conditions stipulate that the sky is any of area (x,0): 0≦x≦7, area (0,y): 0≦y≦2, or area (7,y): 0≦5. Green is stipulated as being any of area (x,7): 0≦x≦7, area (0,y): 4≦y≦7, or area (7,y): 4≦7. People are stipulated as being (x,y): 2≦x≦5 and 2≦y≦5.

When these conditions are taken into consideration, the corresponding main object can be determined to be the sky because the color range area **A1** includes an area, such as area (0,0), which meets the position conditions. The color range area **A2**, meanwhile, does not include areas meeting the position conditions, and the corresponding main object can thus be determined not to be the sky. The color range area **A2** corresponds to sky blue clothing, for example.

The color range area **A3** includes an area, such as area (3,4), which to meets position conditions, and the corresponding main object can thus be determined to be a "person (face)."

As described above, when the main object characterizing an image is identified (determined) by the color printer **40** as the image processing device in this embodiment, the image data GD is split (divided) into a plurality of areas, color range areas are determined by associating adjacent areas exhibiting the same color range, and main objects to which the color range areas correspond are determined using the color range exhibited by the color range areas and the position data of the color range areas. That is, when the main object corresponding to the color range areas is determined, the determination is made using position conditions where the specified main object to be present in addition to the color range data which the specific main object should have. It is thus possible to make more accurate determinations, that is, to reduce determination errors, compared to when the main object is determined using just color range data. Specifically, as noted above, just the color range data is used, it is highly possible that color range areas corresponding to sky blue clothing located near the middle of the image will be mistakenly determined to be the sky, whereas the image processing device and method in this embodiment will not erroneously determine sky blue clothing to be the sky because the position conditions where the sky to be located are taken into consideration.

Variant of First Embodiment:

1) A variant of the process that determines the main object in the first embodiment will be described with reference to FIG. **12**. FIG. **12** is a flow chart of the process routine in the process that determines the main object which is carried out by the color printer in the variant of the first embodiment. Steps in FIG. **12** which are similar to the steps in FIG. **5** will be described only briefly.

The process routine in FIG. **12** starts, for example, when a memory card MC is inserted into the memory slot **44** of the color printer **40** or when a digital still camera **10** is connected to the color printer **40** by a cable CV.

When the image process is started, the control circuit **41** (CPU **411**) acquires the selected image data GD, and acquires Exif data associated with the image data GD, temporarily storing it in RAM **412** (Step S**100**A). The Exif data shows the conditions at the time the photograph was taken, which are recorded along with the image data in Exif files based on Exif (exchangeable image file format), a unified standard of file format including image data produced by digital still cameras **10**. The Exif standards have been adopted by the Japan Electronics and Information Technology Industries Association (JEITA). Exif data can include, for example, exposure time, light source, object area, type of photographed scene, photograph time (the date and time when the original image data is



produced or the date and time when digital data is produced), and gyro data (angle of rotation from normal position). Exif data is stored in a format which includes offset data and actual data in the file header, and can be acquired in the necessary data based on the offset data stipulated for the data. The image data GD (graphic file) is selected as described above.

As noted above, the CPU **411** splits the selected image data GD into a plurality of areas, such as 64 areas (pixel data groups), as illustrated in FIG. **6** (Step S**110**). The CPU **411** analyzes the image data GD in terms of area units (Step S**120**), and determines the color range (hues) of the areas in the image data GD (Step S**130**). When the hues of the areas of the image data GD have been determined, the CPU **411** determines the color range areas by associating adjacent areas of the same color range (Step S**140**). When the CPU **411** determines the color range areas, position data for the color range areas such as A**1** to A**3** in FIG. **6** is obtained (Step S**150**). The specific process in Steps **5120** through **5150** has already been described using FIG. **5**.

The CPU **411** obtains position conditions (object-determining conditions) from the ROM/HDD **413**, and first determines the position conditions (object-determining conditions) taking the Exif data into consideration (Step S**160**A). The position conditions (object-determining conditions) are conditions used to determine whether or not the color range areas correspond to a certain object by means of the color range and position data of the color range areas. These are stored in the form of a table such as the one in FIG. **11**, for example, in ROM/HDD **413**. In this embodiment, the position conditions obtained from the table in FIG. **11** are revised in consideration of the gyro data, for example, to determine the final position conditions (object-determining conditions).

That is, in the position conditions in FIG. **11**, it is stipulated that the sky is in the upper part of the image and touches the edges, that green is in the lower part of the image and touches the edges, and that flesh tones are in the middle of the image. However, when a photographer takes a photograph with the digital still camera **10** turned upside down, for example, the sky will be inverted and will thus be in the lower part of the image and touch the edges of the image, while green images will be in the upper part of the image and touch the sides of the image. As a result, the position conditions in FIG. **11** cannot be used, since they assume that the photograph was taken with the digital still camera **10** in the normal position.

In this embodiment, the position conditions are corrected by taking into consideration the gyro data showing the angle of rotation relative to the normal position, and the final position conditions are then determined. In the above embodiment, the gyro data shows a value of about 180 degrees. The position conditions in FIG. **11** are thus corrected so that the sky is in the lower part of the image and touches the edges of the image, and green images are in the upper part of the image and touch the edges of the image. When the digital still camera **10** is used while rotated about 90 degrees to the left relative to the normal position, the conditions are corrected so that the sky is on the side of the image (such as the right side) and touches the edges of the image, and green objects are on the side of the image (such as the left side) and touch the edges of the image. The gyro data is displayed in values of 0 to 359 degrees rotated to either the left or right.

The CPU **411** determines the main object (Step S**170**A) by comparing the Exif data, position conditions, and the position data of the color range areas, and the process routine is complete. When the position conditions are taken into consideration, The color range area **A1** in FIG. **6** includes an area such as area (0,0) meeting the position conditions, allowing the corresponding main object to be determined as the sky. The

main object corresponding to the color range area A**1** can be determined to be the sky when, upon consideration of the time data included in the Exif data, the hue of the color range area A**1** is sky blue in the afternoon, is red at evening, or is black at night. Alternatively, the main object corresponding to the color range area A**1** can be determined to be the sky when, upon consideration of the type of photograph scene included in the Exif data, the hue of the color range area A**1** is sky blue when the type of photograph scene is a landscape, is red when the type of scene is evening, or is black when the type of scene is a night time scene.

Even though the color range area A**2** in FIG. **6** exhibits a sky blue hue, the corresponding main object can be determined not to be the sky in cases where the type of photograph scene is of people (portrait), since the main object is a person in addition to the lack of any areas meeting the position conditions. The color range area A**2** corresponds to sky blue clothing, for example.

When the type of photograph scene is of a person (portrait), the color range area A**3** in FIG. **6** includes an area such as area (3,4) meeting position conditions, and the main object is a "person," making it possible to more accurately determined that the corresponding main object is a "person (face)."

In the above embodiment using the Exif data, it is possible to more accurately determine what the main object is by referring to the photograph conditions.

2) In the above embodiment, the position data of areas defining the color range areas was used as the position data of the color range areas, but the position data of pixel data defining the color range areas may also be used. In such cases, more specifically, comparisons can be made with the position conditions, and the position of the color range areas can be determined even more accurately.

3) In the above embodiment, color range areas in which adjacent areas having the same color range had been associated were used to determine the main object, but the main object may also be determined in terms of area units or pixel data units without the use of color range areas. When the main object is determined in terms of area units, main objects corresponding to the areas are first determined, and all areas corresponding to the same main object are then put together, making it possible to form areas of the image data GD corresponding to the main object. More specifically, position data and color range of areas which are met by areas corresponding to a certain main object are stipulated as position conditions (object-determining conditions), and the position data and color range of the areas are compared.

Alternatively, when the main object is determined in terms of pixel data units, the main objects corresponding to the pixel data are first determined, and to all the pixel data corresponding to the same main object are then put together to form image data GD areas (pixel data groups) corresponding to the main object. More specifically, position data and color range of areas which are met by pixel data corresponding to a certain main object are stipulated as position conditions (object-determining conditions), and the position data and color range of the areas are compared. In such cases, the main object can be determined more accurately from the standpoint of both the color range and positions.

4) The use of hue H as a color range parameter in the image data GD areas (pixel data groups) was described in the above embodiments, but in addition to the hue H, at least either saturation S or brightness (luminance) V may be used as a parameter for a more comprehensive determination. The color range of the image data GD areas (pixel data groups) may also be specified in terms of RGB color space or YCbCr color space instead of HSV color space.



5) In the above embodiments, a color printer **40** was used as the image processing device, but a display device **20** and personal computer **30** may also be used. In such cases, the same effects as in the above embodiments can be obtained.

6) In the above embodiments, the image process was carried out with software, that is, in the form of a computer program, but it may also be carried out using image processing hardware circuitry comprising a logic circuit for implementing the above processes (steps). In such cases, the load on the CPU **411** can be alleviated, allowing the process to be implemented more rapidly. The image process hardware circuit can be implemented as a circuit for the display device **20** and color printer **40**, for example, and as an add-on card for the personal computer **30**.

Second Embodiment:

A second embodiment of the image processing device and image processing method is described below. Specific image processing details in the second invention differ from the image process in the first invention, and the structure of the modules of the image processing device (color printer) in the second invention differs from the structure of the modules of the image processing device (color printer) in the first embodiments. However, as the basic structure of the color printer in the second embodiment and the color printer **40** in the first embodiment are the same, the same symbols will be used without further elaboration in the following description of the color printer **40**.

An outline of the modules realized by the control circuit **41** of the color printer **40** in the second embodiment will be described with reference to FIG. **13**. FIG. **13** is a block diagram of the functional modules realized by the control circuit **41** of the color printer **40** in the second embodiment. The modules illustrated in FIG. **13** can be realized in terms of the CPU **411** alone or the control circuit **41**, and can be realized by either hardware or software.

The image data is acquired by the control circuit **41** by means of the image data access module M**11**, and is sent to the main object image data determination module M**12**. The main object image data determination module M**12** splits the image data into a plurality of areas (plurality of pixel data groups), and determines the color range of the split areas, and obtains color range data and position data for the split areas. The main object image data determination module M**12** determines the image data areas corresponding to the man object characterizing the image, that is, the main object image data, using the acquired color range data and position data of the split areas. The main object(s) can be one or more main objects that are the same or different among the image.

When the main object and the image data areas corresponding to the main object are determined, the property acquiring module M**13** acquires the properties of the main object image data (such as statistical values and color values). The correction condition acquiring module M**14** acquires correction conditions corresponding to the acquired properties (such as statistical values and color values) of the main object image data. A plurality of correction conditions are prepared for each type of main object, permitting more suitable adjusting of the picture quality according to the properties of the main object.

The picture quality adjusting module M**15** prepares the acquired correction conditions to carry out a process that adjusts the picture quality of the main object image data. When there is a plurality of main objects, the picture quality adjusting module M**15** carries out a picture quality adjusting process on the image data areas corresponding to each of the main objects. The picture quality adjusting module M**15** may access correction standard values as the correction condi-

tions, determine the correction level so as to eliminate or reduce differences between the correction standard values and the property values of the main object image data, and adjust the picture quality of the main object image data by applying the correction level that has been determined. The correction level may be determined in a standardized way or according to image process control data indicating the image process conditions for the image data associated with the image data.

A main object classification module M**16** and a standard color value acquiring module M**17** may be provided instead of the correction condition acquiring module M**14**. The main object classification module M**16** uses the acquired data corresponding to the main object to classify the main object in greater detail, such as clear sky, ordinary sky, and dark sky. The standard color value acquiring module M**17** acquires standard color values corresponding to the classified main object. That is, the ideal color values of the classified main object, such as the ideal color values for bright sky, ordinary sky, and dark sky, are acquired.

The correction level determining module M**151** determines the correction level so as to eliminate or reduce color range differences between the acquired standard color values and the main object image data. The correction level may be determined in a standardized way or according to image process control data indicating the image process conditions for the image data associated with the image data.

The picture quality correcting module M**152** applies the determined correction level to the main object image data to adjust the picture quality of the main object image data. When there is a plurality of main objects, the picture quality adjusting process is carried out on the image data areas corresponding to each of the main objects.

The image output module M**18** outputs the output image using the image data in which the picture quality has been adjusted.

The main object identifying process implemented by the color printer **40** as the image processing device in the second invention is the same as the main object identifying process implemented by the color printer as the image processing device in the first embodiment, and will therefore not be further elaborated.

Adjustment of Picture Quality According to Main Object:

An image process for image data corresponding to the identified main object will be described with reference to FIGS. **14** and **15**. FIG. **14** is a flow chart of the process routine in the process that adjusts the picture quality of the main object which is carried out by the image processing device in the second embodiment. FIG. **15** illustrates an example of a table storing correction standard values and classification color values which are used in the picture quality adjusting process on the main object.

The CPU **411** acquires image data GD for which the main object image data determination process has been completed (Step S**200**), and color values for the specified main object image data (color range areas and areas corresponding to the main object of the image data) (Step S**210**). The color values of the main object image data are obtained when the main object image data is determined, and are stored in RAM **412**.

The CPU **411** classifies the main object based on the color values of the main object image data (Step S**220**). That is, the same type of main objects are classified into more detailed main objects to implement better picture quality adjustment of the main object image data. The example in FIG. **15** shows classification color values for more detailed classification of the sky into clear sky (few clouds), ordinary sky, and dim sky (overcast summer sky). The classification color values can be values statistically determined for a plurality of images, for example. Specifically, the CPU **411** uses the following Equation (5) to determine the difference C (interval) between the color values (H, S, B) of the main object image data and the classification color values (H cs, S cs, B cs) in FIG. **13**, and the main object corresponding to the classification color values with the lowest difference C (interval) becomes the detailed main object to which the main object image data corresponds. Here, ΔH=H cs−H, ΔS=S cs−S, and ΔB=B cs−H.

$$C=\sqrt{(\Delta H)^2+(\Delta S)^2+(\Delta B)^2} \quad \text{Equation (5)}$$

The CPU **411** acquires the correction standard values corresponding to the classified main object (detailed main object) (Step S**230**). The correction standard values are established, as shown in FIG. **15**, for example, for each type of picture quality parameter for each classified detailed main object, so that detailed main objects could be output at their most attractive. That is, the correction standard values stipulate the ideal values of the various parameters in relation to detailed main objects. Here, the picture quality parameters are parameters related to the picture quality of the image data, and include, for example, shadow, highlight, brightness, contrast, color balance, and memory color correction parameters.

The CPU **411** carries out various processes on the image data GD of the RGB data. The CPU **411** analyzes the main object image data to obtain the property values (statistical values) of the main object image data (Step S**240**). The property values (statistical values) include, for example, maximum and minimum luminance, and histograms of R, G, and B components in the main object image data.

The CPU **411** uses the property values of the main object image data and the acquired correction standard values to calculate the correction level so as to reduce or eliminate the difference between the two. The extent to which the difference between the property values of the main object image data and the acquired correction standard values is reduced, that is, the level of correction, may be determined in a standardized way or, when image process control data has been associated with the image data GD, determined according to the correction level stipulated by the image process control data. Here, the image process control data is data stipulating the image processing conditions for the associated image data, and includes, for example, the values of one or more picture quality-related parameters.

The CPU **411** applies the calculated correction level to adjust the picture quality of the main object image data (Step S**250**). The picture quality adjusting to process is carried out on picture quality parameters such as shadow, highlight, brightness, contrast, color balance, and memory color correction, using a tone curve (S curve) correlating the input and output levels of the RGB components of the photograph image data GD. IN picture quality adjusting processes involving the use of a tone curve, the correction levels for the various picture quality adjusting parameters are used to modify the tone curves for the RGB components or individual R, G, B components.

Specifically, points at which a level of correction is applied to picture quality parameters are established by experiment on the tone curves, and correction levels are applied, so that the points through which the tone curve passes is modified at the points, and the input-output properties are modified. Accordingly, when modified R, B, and B tone curves are applied to main object image data, the input and output of the RGB components of the main object image data are modified, resulting in main object image data in which the picture quality has been modified.

Picture quality adjusting processes involving the use of correction levels for picture quality parameters (automatic picture quality adjusting processes) can be carried out specifically in the following manner, for example. Standard value means correction standard value.

The levels of correction for contrast, shadow, and highlight are determined based on standard levels by retrieving shadow points and highlight points from the main object image data, and the correction levels that have been determined are used to stretch the histograms. The correction levels are also determined based on the luminance standard deviation, and tone curves are modified using the correction levels that have been determined.

It is determined whether or not the image is dark (insufficient exposure) to or bright (overexposure) based on the luminance value calculated from the areas of the main object image data, correction levels for brightness are obtained based on the standard values, and the correction levels that have been obtained are used to correct the tone curves.

Color balance bias is analyzes based on histograms of the R, G, and B components of the main object image data, correction levels for color balance are obtained based on the standard values for the RGB components from the tone curves of the R, G, and B components, and the correction levels that have been obtained are used to correct the color balance.

The saturation distribution of the main object image data is analyzed, the correction levels for saturation are determined based on the standard levels, and the correction levels that have been determined are used to enhance the saturation.

For sharpness, the main object image data frequency and edge intensity distribution are analyzed, the un-sharp mask level (correction level) is determined based on the standard values, and the picture quality is adjusted by un-sharp masking at the correction level. The standard values are determined based on the frequency distribution. The higher the frequency image data (landscape, vegetation, etc.), the lower the standard value. The lower the frequency image data (persons, sky, etc.), the greater the standard value. The level of the un-sharp mask depends on the edge intensity distribution; its application level is greater the more blurry the properties of the image data.

The CPU **411** first determines whether or not the picture quality adjusting process has been completed on all of the identified main objects (Step S**270**). When main objects which should undergo the process still remain (Step S**270**: No), Steps S**210** through **5260** are repeated. When the CPU **411** determines that no main objects which should undergo the process still remain (Step S**270**: Yes), printing image data is generated (Step S**280**), and the process routine is complete.

As described above, in the color printer **40** used as the image processing device in this embodiment, a picture quality adjusting process can be carried out on each main object image data corresponding to the identified main object, not all of the image data. It is thus possible carry out a picture quality adjusting process that makes the main objects in an image look more attractive. The picture quality of the output image as a whole can be improved by making the main object characterizing the image look more attractive (improve the picture quality).

The identified main object can also be classified in further detail, allowing the optimal picture quality adjusting process to be carried out on the classified main object. That is, the specified main object can be further characterized to improve the accuracy of the picture quality adjusting process on the main object image data. When, for example, the sky is the main object, there would be different standards with more attractive, higher picture quality for bright sky, ordinary sky, dark sky, brilliant sky, overcast sky, clear sky, and red sky, respectively. The main object can thus be made to look more attractive by specifying sky in greater detail in terms of what kind of sky it is, and carrying out the optimal picture quality adjusting process on the specified sky.

Variants of Second Embodiment:

1) In the above embodiment, a process that adjusts the picture quality of main object image data was carried out on main object image data having RGB data, that is, in terms of RGB color space, but the process may also be carried out on main object image data having HSV image data, that is, in terms of HSV color space. In such cases, the CPU **411** uses the color values of the main object image data and the standard color values to calculate the correction level so as to reduce or eliminate the difference between the two. The standard color values are color values for the attractive output of detailed main object images. As illustrated in FIG. **16**, for example, the hue H, saturation S, and brightness (luminance) V are stipulated for detailed main object images which have been classified. FIG. **16** illustrates an example of a table storing standard color values which are used in the picture quality adjusting process on main objects.

The process that determines the correction level using color values is carried out so as to reduce or eliminate differences between the color values. The extent to which the difference between the two color values is reduced, that is, the level of correction, may be determined in a standardized way or, when image process control data has been associated with the image data GD, determined according to the correction level stipulated by the image process control data. When color values are used, the picture quality adjusting process is carried out with HSV color space, allowing a more faithful picture quality adjusting process to be carried out. That is, the accuracy of the picture quality adjusting process can be improved.

When the picture quality adjusting process is carried out in HSB color space, the correction level may be determined using classification color values instead of standard color values. That is, the classification color values and standard color values need not necessarily be separate color values. When the ideal, target color values of the detailed main object are used as classification color values, they may also be used as the standard color values. In such cases, the process for classifying the main object image and the process that determines the correction level can be carried out simultaneously.

2) When different types of main object image data are included in the to image data in the above embodiment, the correction level applied to the main object image data may be determined by taking into consideration the presence of the different types of main object image data. In such cases, it is possible to prevent the adjustment of the picture quality from making the main object image data more conspicuous (stand out), so that the image as a whole is more harmonious. Specifically, for example, the correction level can be reduced at the borders between main object image data, or standard color values and correction standard values, which are weighted according to the distance between main objects, can be used as standard color values and correction standard values serving as correction indicators.

3) “Sky” was used as an example of the main object in the above embodiments, but the same effects can otherwise be obtained for “people (faces),” “vegetation,” and the like. In the case of “people (face),” for example, the object can be further classified into pale pink flesh, light yellow flesh, dark

yellow flesh, and dark brown flesh. "Vegetation" can be classified into light green (verdant), dark green (greenery), and intermediate greens.

4) In the above embodiments, position data of areas defining the color range areas was used as the position data of the color range areas, but position data of pixel data defining the color range areas may also be used. In such cases, more specifically, the data can be compared with position conditions, further improving the accuracy in determining the position of the color range areas.

In the above embodiments, color range in which adjacent areas with the same color range have been associated are used to determine the main object, but the main object may be determined in terms of area units or pixel data units instead of using color range areas. When the main object is determined in terms of area units, the main object corresponding to the areas is first determined, and all areas corresponding to the same main object are then put together, permitting the formation of areas of image data GD corresponding to the main object. More specifically, position data and color range of areas which to be met by areas corresponding to certain main objects are stipulated as position conditions (object-determining conditions), and are compared with the position data and color range of the areas.

Alternatively, when the main object is determined in terms of pixel data units, the main object corresponding to the pixel data is determined first, and all the pixel data corresponding to the same main object are then put together, permitting the formation of areas of image data GD (pixel data groups) corresponding to the main object. More specifically, position data and color range of areas which to be met by pixel data corresponding to certain main objects are stipulated as position conditions (object-determining conditions), and are compared with the position data and color range of the pixel data. In such cases, the main object can be specified more accurately from the standpoint of both color range and position.

5) In the above embodiments, only the hue H was used as the parameter of the color range of areas (pixel data groups) in the image data GD, but in addition to the hue H, at least either saturation S or brightness (luminance) V may be used as a parameter for a more comprehensive determination. The color range of the image data GD areas (pixel data groups) may also be specified in terms of RGB color space or YCbCr color space instead of HSV color space.

6) In the above embodiments, a color printer **40** was used as the image processing device, but a display device **20** and personal computer **30** may also be used. In such cases, the same effects as in the above embodiments can be obtained.

7) In the above embodiments, the image process was carried out with software, that is, in the form of a computer program, but it may also be carried out using image processing hardware circuitry comprising a logic circuit for implementing the above processes (steps). In such cases, the load on the CPU **411** can be alleviated, allowing the process to be implemented more rapidly. The image process hardware circuit can be implemented as a circuit for the display device **20** and color printer **40**, for example, and as an add-on card for the personal computer **30**.

8) an example of the above variant **1**) is described in further detail below. The example is a description of a method in which low correction target data is provided in order to prevent the main object image data from standing out from the other image data. FIG. **17** illustrates a table storing various values which are used when carrying out the picture quality adjusting process on main objects which have been classified in greater detail. Main object which have been classified in greater detail are referred to as classified main objects. The various values that are stored are "classification color values," "standard color values," and "coefficients." "Coefficients" are described below. Correction levels and low correction target data are calculated using these values. The types of classified main objects in FIG. **17** are described in Section 3).



To calculate the correction levels, the main object is classified based on the classification color values and the color values of the main object image data (Step S**220** in FIG. **14**), and the difference is determined between the standard color values and the color values of the main object image data. The color values of the main object image data referred to here are the average color values of each pixel in the main object image data. The average is given below as (AveH, AveS, AveV).

The saturation- and brightness-related color values and standard color values are expressed as numerical values between 0 and 100. The greater the color values and standard color values, the higher the saturation and brightness. The hue-related color values and standard color values are expressed as numerical values between 0 and 360. In the hue circle, the red hue value is 0, with the value increasing from red to yellow, to green to cyan to blue to magenta to red as the hue circle is rotated. When the cycle of the hue circle returns to red, the red hue is expressed as 360. In other words, the ed hue is expressed as 0 or 360.

When the main object is identified as "bright sky," the difference between the standard color values and the color values of the main object image data (difH, difS, difV) can be determined according to Equations (6a) through (6c) with reference to the table in FIG. **17**.

$$difH=Hrefsb-AveH \quad \text{Equation (6a)}$$

$$difS=Srefsb-AneS \quad \text{Equation (6b)}$$

$$difV=Vrefsb-AveV \quad \text{Equation (6c)}$$

The direction of the correction is determined by whether the difference is positive or negative. That is, when the difference in saturation, brightness, or the like is positive, the saturation, brightness, or the like is corrected in the increasing direction, whereas when the difference in saturation, brightness, or the like is negative, the saturation, brightness, or the like is corrected in the decreasing direction. When the difference in hue is positive, the hue is corrected in the direction increasing the hue value, whereas when the difference in hue is negative, the hue is corrected in the direction decreasing the hue value. The direction in which the hue value increases is the direction from yellow to cyan, the direction from cyan to magenta, or the direction from magenta to yellow in the hue circle. The direction in which the hue-related color value decreases is the direction from cyan to yellow, the direction from magenta to cyan, or the direction from yellow to magenta in the hue circle.

Preliminary correction levels are then determined by adding the "coefficient" to the determined difference. As shown in FIG. **17**, there are two types of "coefficients" for the "hue," "saturation," and "brightness." When the difference (difH, difS, difV) is positive, the coefficient on the left in the parentheses is used, and when it is negative, the coefficient on the right is used. That is, the coefficient is determined according to the direction of the correction in FIG. **17**. The preliminary correction level (traH, traS, traV) for "bright sky" can be

determined according to Equations (7a1) to (7c2) with reference to the first line in the table in FIG. **17**.

$$\text{(if difH}\geqq 0\text{) } traH=difH\times 0 \quad \text{Equation (7a1)}$$

$$\text{(if difH}<0\text{) } traH=|difH|\times 1 \quad \text{Equation (7a2)}$$

$$\text{(if difS}\geqq 0\text{) } traS=difS\times 0 \quad \text{Equation (7b1)}$$

$$\text{(if difH}<0\text{) } traS=|difH|\times 1 \quad \text{Equation (7b2)}$$

$$\text{(if difV}\geqq 0\text{) } traV=difV\times 0 \quad \text{Equation (7c1)}$$

$$\text{(if difV}<0\text{) } traV=|difV|\times 1 \quad \text{Equation (7c2)}$$

The correction level (enhH, enhS, enhV) is the square root of the preliminary correction level. This is so that the correction level is gradually modified. That is, the correction level can be determined by the following Equations (8a) through (8c).

$$enhH=\text{sign}(difH)\times(traH)^{1/2} \quad \text{Equation (8a)}$$

$$enhS=\text{sign}(difS)\times(traS)^{1/2} \quad \text{Equation (8b)}$$

$$enhV=\text{sign}(difV)\times(traV)^{1/2} \quad \text{Equation (8c)}$$

Here, the sign (x) is a function indicating a symbol of any number x. When x>0, the sing (x) is +1. When x<0, the sign (x) is −1. When x=0, the sign (x) is 0. Here, the correction level (enhH, enhS, enhV) is the square root of the preliminary correction level, but is not limited thereto. The preliminary correction level may also be used without modification as the correction level (enhH, enhS, enhV).

The correction level (enhH, enhS, enhV) can be expressed by Equations (9a) through (9c).

$$enhH=\text{sign}(difH)\times(|difH|\times A1)^{1/2} \quad \text{Equation (9a)}$$

$$enhS=\text{sign}(difS)\times(|difS|\times A2)^{1/2} \quad \text{Equation (9b)}$$

$$enhV=\text{sign}(difV)\times(|difV|\times A3)^{1/2} \quad \text{Equation (9c)}$$

Here, A**1** is the hue coefficient, A**2** is the saturation coefficient, and A**3** is the brightness coefficient.

In the above method for calculating the correction level, the proper values can be established for coefficients A**1** through A**3** according to the type of classified main object and correction direction (whether the color value difference (difH, difS, difV) is positive or negative), so that the correction level can be calculated according to the type of classified main object and the direction of the correction. Here, the correction level is calculated according to the type of classified main object and correction direction, but the correction level may also be calculated according to either the type of classified main object and correction direction. When the correction level is calculated according to just the direction of correction, the main object does not have to be classified in detail, and the main object may be classified as at lest "sky," "green," or the like.

The method for calculating the correction level to either the type of classified main object and correction direction is not limited to methods using coefficients A**1** through A**3** as described above. In general, the correction levels may also be calculated according to computing equations which are modified according to either the type of classified main object or correction direction.

In Equations (9a) through (9c), the correction level (enhH, enhS, enhV) is determined so as to reduce or eliminate the difference (difH, difS, difV) between the standard color values and the color values of the main object image data. It will be evident that the extent to which the difference in color



values is reduced can be adjusted by modifying the values of coefficients A**1** through A**3** (collectively referred to below as coefficients A). Coefficients A indicate the extent to which the actual color values of the main object image data are modified, and are established according to the type of classified main object and correction direction so that the main object image data will not look strange in the image as a whole.

In this embodiment, the correction level can be calculates by establishing any of 0, 1, 2, or 4 as the coefficients A. When A=0, for example, it means that there is no correction. A=1 indicates an ordinary level of correction. A=2 indicates somewhat stronger correction, and A=4 indicates strong correction.

When, based on Equation (9a), A>|dimH|, the absolute correction level |enhH| is significantly greater than the absolute difference |difH| between the standard color value and the color value of the main object image data. Thus, in the resulting correction, the color value of the main object image data is over as much as the standard color value. When the color value of the main object image data is modified too much, the main object image data in the image can look strange. It is therefore generally better to set the coefficients A too high. Here, the maximum level of the coefficients A is set at 4. The same is true of the saturation S and brightness V.

There are several reasons for setting the values for the coefficients A as in FIG. **17**.

1. When the Main Object is a "Sky"

1.1 Hue

When the difH is positive, it means that the hue to be adjusted in the direction from cyan to magenta. However, when the classified main object is "bright sky," if the correction is too far in the direction from cyan to magenta, the parts where the hue is near magenta in the entire sky (such as clouds) will take on an undesirable reddish cast. Thus, when the classified main object is "bright sky," no correction is made in the direction from cyan to magenta, and the coefficients A are set at 0.

When the difH is negative, it means that the hue to be adjusted in the direction from magenta to cyan. However, when the classified main object is "bright sky," the magenta complexion is preferably left as it is. Thus, no correction is made in the direction from magenta to cyan, and the coefficients A are set at 0.

1.2 Saturation

When the difS is positive, it means that the correction to be made in the direction increasing the saturation. However, when the classified main object is "bright sky," because bright skies are relatively pale and the original saturation is high, it is possible that the saturation will be increased too much, and the saturation of the sky will be increased too much, making it look strange in the image as a whole. The saturation is therefore not increased, and the coefficients A are set at 0. When the classified main object is "bright sky," on the other hand, the original saturation is low, and the coefficients A are set to 2 in order to increase the saturation and enhance the sky.

When the difS is negative, it means that the saturation to be corrected in the decreasing direction. However, when the classified main object is "bright sky," increasing the saturation too much will result in a relatively pale sky, potentially making the image look strange and unattractive. The saturation is therefore not excessively reduced, and the coefficients A are set as 1. When the classified main object is a "dark sky," because the original saturation is low, lowering the saturation will make it deeper, potentially causing the image to look unattractive. The saturation is therefore not lowered, and the coefficients A are set at 0.

Since correction of a "bright sky" tends to make it look strange in the image as a whole, the correction level is preferably low overall, and the coefficients A are set lower. Since even significant correction levels are not likely to make a "dark sky" look strange in the image as a whole, the coefficients a may be set to higher levels.

2. When the Main Object is "Green"

2.1 Hue

When the difH is positive, it means that the hue to be adjusted in the direction from yellow to cyan. However, when the classified main object is "light green" such as a verdant green, since verdant green looks close to yellow green, an ordinary level of correction is used, and the coefficients A are set at 1. When the classified object is a "dark green" such as ordinary greenery, it tends to look close to blue green. Stronger correction is therefore used, and the coefficients A are set to 4.

2.2 Saturation

When the difS is positive, it means that the saturation to be corrected in the increasing direction. However, when the classified main object is "light green," since the original saturation of light green is high, increasing the saturation too much can result in saturation that is too high, making the object look strange in the image as a whole. The saturation is therefore not increased too much, and the coefficients A are set to 1. When, on the other hand, the classified main object is "dark green," because the original saturation is low, the coefficients A are set to 4 to increase the saturation and emphasize the green.

When the difS is negative, it means that the saturation to be adjusted in the decreasing direction. However, when the classified main object is "light green," lowering the saturation can cause the "light green" to become dark, making the image look strange and unattractive. The saturation is thus not lowered, and the coefficients A are set to 0. When the classified main object is "dark green," because the original saturation is low, lowering the saturation will potentially make it darker, causing the image to look strange. The saturation is therefore not lowered, and the coefficients A are set to 0.

As correction tends to make "light green" look strange in the image as a whole, the correction level is preferably lower overall, and the coefficients A are set lower. "Dark green" does not tend to look strange in the image as a whole even with greater correction levels, and the coefficients A may therefore be set higher.

3. When the Main Object is "Flesh"

3.1 Hue

When the difH is positive, it means that the hue to be correction in the direction from magenta to yellow. However, when the classified main object is "pale pink flesh," correction in the yellow direction can make it look bluish. No correction is therefore made, and the coefficients A are set to 0.

3.2 Saturation

When the difS is positive, it means that the saturation to be corrected in the increasing direction. However, when the classified main object is "pale pink flesh," because the original saturation is high, increasing the saturation too much can result in saturation that is too high, creating an unnatural impression by making the object stand out from the image as a whole. The saturation is therefore not increased, and the coefficients A are set to 0.

When the difS is negative, it means that the saturation to be corrected in the decreasing direction. However, when the classified main object is "dark yellow skin," because the original saturation is high, lowering the saturation too much can result in poor facial color. The saturation is therefore not lowered, and the coefficients A are set to 0. When the classified main object is "dark brown flesh," because the original saturation is low, lowering the saturation too much will result in poor facial color. The saturation is therefore not lowered, and the coefficients A are set to 0.



3.3 Brightness

When the difV is positive, it means that the brightness to be correction in the increasing direction. Because users prefer flesh to be brighter, and ordinary level of correction is used, and the coefficients A are set to 1.

When the difV is negative, it means that the brightness to be corrected in the decreasing direction. However, when the classified main object is "dark brown flesh," an ordinary level of correction is used and the coefficients A are set to 1, as this is effective for whiteout and the like.

Because correction tends to make "pale pink flesh" look strange in the image as a whole, lower correction levels overall are preferred, and the coefficients A are set lower.

The main object image data is corrected with correction levels (enhH, enhS, enhV). Low correction target data is then determined from the correction levels (enhH, enhS, enhV). Here, "low correction target data" is target data for correction at low correction levels at or under correction levels (enhH, enhS, enhV) among the image data GD. To determine low correction target data, the maximum saturation Smax and minimum saturation Smin are first determined in the main object image data. The example of saturation is used here, but brightness or hue may be processed in the same manner.

FIG. **18** is a histogram of saturation in the main object image data. Saturation is set to values of 0 to 100. In the main object image data in this embodiment, the maximum saturation Smax is 80, and the minimum is 50.

FIG. **19** illustrates low correction target data. The horizontal axis is the saturation, and the vertical axis is the saturation correction level. In FIG. **17**, the range from 50 to 80 corresponds to the saturation of the main object image data, and shows that the main object image data would be corrected with correction level enhS. The saturation in the vicinity of the main object image data saturation is thus the low correction target data.

In FIG. **19**(*a*), low correction target data A and low correction target data B are shown as low correction target data. The correction target range combining the main object image data, low correction target data A, and low correction target data B is the range data indicated by diagonal lines in FIG. **19**(*a*).

The low correction target data A is data by which the saturation Sh is worked out with the following Inequalities (10a) and (10b) among the image data GD.

$$Smax < Sh \leqq Smax + enhS \times 10 \quad \text{Equation (10a)}$$

$$Sh \leqq 100 \quad \text{Equation (10b)}$$

The low correction target data B, on the other hand, is data by which the saturation Sh is worked out with the following Inequalities (10c) and (10d).

$$Smin - enhS \times 10 \leqq Sh < Smin \quad \text{Equation (10c)}$$

$$0 \leqq Sh \quad \text{Equation (10d)}$$

Inequalities (10b) and (10d) are established because the saturation is a value between 0 and 100. Inequalities (10a) and (10b) show that low correction target data is determined based on the maximum saturation Smax, minimum saturation Smin, and correction level enhS of the main object image data. The enhS×10 used in Inequalities (10a) and (10c) is an experimental value. Other values can also be used.

The saturation of the low correction target data is corrected with a correction level lower than correction level enhS for the main object image data (referred to below as low correction level). Specifically, as shown in FIG. **19**(*a*), the low correction level for low correction target data A is established so that the correction level enhS is lowered in linear fashion as the saturation increases, and so that the low correction level is **0** for data in which the saturation is Smax+enhS×10. That is, Equation (11) shows the low correction level y**1** for the saturation of the low correction target data A.

$$y1=-Sh/10+enhS+S\max/10 \qquad \text{Equation (11)}$$

Meanwhile, the low correction level for the low correction target data B, as shown by the bold line B in FIG. **19**(*a*), is established so that the correction level enhS is lowered in linear fashion as the saturation decreases, and so that the low correction level is 0 for data in which the saturation is Smin−enhS×10. That is, Equation (12) shows the low correction level y**2** for the saturation of the low correction target data B.

$$y2=-Sh/10+enhS-S\min/10 \qquad \text{Equation (12)}$$

The corrected value z**1** of the saturation of the low correction target data A is the value obtained by adding the low correction level y**1** to the uncorrected saturation Sh, that is, Sh+y**1**, which can be expressed by Equation (13).

$$z1=9Sh/10+enhS+S\max/10 \qquad \text{Equation (13)}$$

The corrected saturation z to be no more than 100, which is the maximum obtainable saturation. FIG. **19**(*b*) illustrates an example in which the low correction target data range is adjusted so that the correction saturation is between 0 and 100. The low correction target data A is data by which the saturation Sh is worked out with the following Inequality (14).

$$Sh\leqq(100-enhS-S\max/10)\times 10/9 \qquad \text{Inequality (14)}$$

The saturation d**1** in FIG. **19**(*b*) has the value (100−enhS−Smax/10)×10/9 in Inequality (14).

Similarly, the corrected saturation z**2** for the low correction target data B is Sh+y**2**, and can thus be expressed by Equation (15).

$$z2=11Sh/10+enhS-S\min/10 \qquad \text{Equation (15)}$$

To produce a range in which the correction value z**2** is at least **0**, the saturation Sh of the low correction target data B to be data with a range worked out with the following Inequality (16).

$$Sh\geqq(-enhS+S\min/10)\times 10/11 \qquad \text{Inequality (16)}$$

The saturation d**2** in FIG. **19**(*b*) is the value of (−enhS+Smikn/10)×10 in Inequality (16). In this embodiment, because d**2** is lower than (Smin−enhS×10), the low correction target data B determined from Inequalities (10c), (10d), and (16) results in the data with the range shown in FIG. **19**(*b*).

However, correction for increasing the saturation of image data having low saturation among the graphic GD can result in excessively high saturation in nearly achromatic data in the image data GD. The image data with low saturation should therefore be excluded from the low correction target data B to facilitate the connection with achromatic colors. A minimum low saturation level is D may thus be established in the correction target data range.

FIG. **20** illustrates the minimum level D for the low correction target data B. The minimum level D may be 25, for example, or another value. The low correction target data B is limited to the range where the saturation Sh is worked out with the following Inequality (17).

$$D\leqq Sh \qquad \text{Inequality (17)}$$

The low correction target data B determined from Inequalities (10c) and (17) is data with the range shown in FIG. **20**.



The minimum level d to be established only when enhS>0, that is, when the correction increases the saturation.

The low correction level may be determined so as to be applicable to limited low correction target data after the low correction target data range has been limited by means of Inequalities (10b) and (10d) or Inequality (17). FIG. **21** illustrates a low correction level suitable for limited low correction target data. When limited by Inequality (10b), the low correction level of the low correction target data A is set so that the low correction level for data with a saturation of 100 will be 0, as illustrated by the bold line A in FIG. **21**. When limited by Inequality (17), the low correction level of the low correction target data B is set so that the low correction level for data with a saturation D is **0**, as illustrated by the bold line B in FIG. **21**.

Low correction target data and low correction levels are determined, and correction target ranges are determined, in the same way for hue and brightness. A minimum level D for brightness may also be set in the same was as for saturation. This will prevent corrected parts of an image from looking strange as a result of excessively increased brightness in shadow areas hen determining the low correction target data B. Here, the image data which is to serve as the low correction target data is the low correction target data targeted for correction for saturation, hue, and brightness. However, the image data which is low correction target data with any of saturation, hue, or brightness may also be used as the low correction target data targeted for correction.

FIG. **22** illustrates the correction target range in the image data GD. In the image data GD of FIG. **22**, the area S**1** corresponds to the main object image data. When low correction target data is included in area **01**, area **02**, and area **03**, the correction target range is the low correction target data in areas S**1** and areas **01**, **02**, and **03**. In FIG. **20**, the correction target range is in the frame indicated by the bold line. The picture quality of the image data GD is adjusted by applying the determined correction levels (enhH, enhS, enhV) to the main object image data and applying the low correction levels to the low correction target data.

Thus, in this embodiment, the low correction target data other than the main object image data is corrected with low correction levels, thereby preventing the main object image data from standing out from the other image data while also enhancing the image as a whole.

The low correction level may also be lower than the correction level enhS for the main object image data. The correction level enhS may also be lowered in stages, without being limited to the linear reduction described above.

The low correction target data is not limited to being present in areas adjacent to the main object image data, as illustrated in FIG. **22**, and can also be present in areas apart from the main object image data, such as area S**2**.

In the above embodiment, the low correction target data was data other than the main object image data, but is not limited thereto. Low correction target data may also be included in at least part of the main object image data. That is, the correction level may be reduced for some of the main object image data to prevent the main object image data from standing out from the other image data.

FIG. **23** illustrates an example in which all of the low correction target data is included in the main object image data. Data with a saturation Sh worked out by the following Inequality (18a) among the main object image data is low correction target data A, and data with saturation Sh worked

out by the following Inequality (18b) is low correction target data B.

$$S\max - enhS \times 10 < Sh \leqq S\max \quad \text{Inequality (18a)}$$

$$S\min \leqq Sh < S\min + enhS \times 10 \quad \text{Inequality (18b)}$$

In this case, the low correction target data A and B are included in the main object image data, and the correction target range is consistent with the main object image data.

FIG. **24** illustrates the correction target range when all of the low correction target data is included in the main object image data. The frame indicated by the bold line is the correction target range. In area **S1** which corresponds to the main object image data, the area indicated by diagonal lines in the figure is an area including the low correction target data which is to be corrected with a low correction level.

The correction process in which low correction target data has been established, as described with reference to FIGS. **18** through **24** above, is applicable when the main object has not been classified in detail, that is, for main objects other than classified main objects.

The correction process described in the other embodiment 8) to be carried out after correction such as the tone curve correction described above. The above correction processes may also be carried out in color space other than HSV color space, such as RGB color space.

9) In the above embodiments, the main object image data was determined by analysis of the image, but in cases where data indicating the main object image data (such as position data) is included in auxiliary data of the image data, the main object image data may be determined on the basis of such auxiliary data.

Image processing devices, image processing methods, and image processing programs of the invention have been described based on the above embodiments, but these embodiments of the invention were intended to facilitate an understanding of the invention and do not limit the invention. The invention can be modified and improved without departing from the spirit and scope of the invention, and such equivalents are included in the invention.

The following Japanese patent applications serving as the basis of the priority right claimed in this application are incorporated hereby by reference.

(1) Japanese Patent Application 2004-63630 (filed on Mar. 8, 2004)

(2) Japanese Patent Application 2004-63637 (filed on Mar. 8, 2004)

(3) Japanese Patent Application 2004-182016 (filed on Jun. 21, 2004)

(4) Japanese Patent Application 2005-38009 (filed on Feb. 15, 2005)

What is claimed is:

**1**. A method of image processing, the method comprising:

determining a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining of the main object is implemented by determining whether the image includes the human face;

acquiring properties of the determined main object;

acquiring correction conditions corresponding to the acquired properties; and

adjusting image quality of the main object using the acquired correction conditions, wherein a parameter used in adjusting the image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color, and

wherein each operation of the method of image processing is executed by one of a personal computer, a printer, or a display device.

**2**. The method in accordance with claim **1**, wherein the correction conditions are different when the main object is determined as a night time scene and a human face and when the main object is determined as a human face.

**3**. A method of image processing, the method comprising:

determining a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining of the main object is implemented by determining whether the image includes the human face; and

adjusting image quality of the main object using correction conditions corresponding to properties of the determined main object, wherein a parameter used in adjusting the image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color, and

wherein each operation of the method of image processing is executed by one of a personal computer, a printer, or a display device.

**4**. The method in accordance with claim **3**, wherein the correction conditions are different when the main object is determined as a night time scene and a human face and when the main object is determined as a human face.

**5**. An image processing apparatus comprising:

one or more processors;

memory;

a determining module configured to determine a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining module determines whether the image includes the human face;

a property acquirer configured to acquire properties of the determined main object;

a correction condition acquirer configured to acquire correction conditions corresponding to the acquired properties; and

an image quality adjuster configured to adjust image quality of the main object using the acquired correction conditions, wherein a parameter used by the image quality adjuster to adjust image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color, and

wherein the image processing apparatus is either a personal computer or a printer or a display device.

**6**. The image processing apparatus in accordance with claim **5**, wherein the correction conditions are different when the main object is determined as a night time scene and a human face and when the main object is determined as a human face.

**7**. An image processing apparatus comprising:

one or more processors;

memory;

a determining module configured to determine a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining module determines whether the image includes the human face; and

an image quality adjuster configured to adjust image quality of the main object using correction conditions corresponding to properties of the determined main object, wherein a parameter used by the image quality adjuster to adjust image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color, and

wherein the image processing apparatus is either a personal computer or a printer or a display device.

**8**. The image processing apparatus in accordance with claim **7**, wherein the correction conditions are different when the main object is determined as a night time scene and a human face and when the main object is determined as a human face.

**9**. A computer program product for image processing comprising:

a non-transitory computer readable medium storing computer readable code therein for execution by either a personal computer or a printer or a display device, the computer readable code comprising:

computer readable code for determining a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining of the main object is implemented by determining whether the image includes the human face;

computer readable code for acquiring properties of the determined main object;

computer readable code for acquiring correction conditions corresponding to the acquired properties; and

computer readable code for adjusting image quality of the main object using the acquired correction conditions, wherein a parameter used in adjusting the image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color.



**10**. The computer program product in accordance with claim **9**, wherein the correction conditions are different when the main object is determined as a night time scene and a human face and when the main object is determined as a human face.

**11**. A computer program product for image processing comprising:

a non-transitory computer readable medium storing computer readable code therein for execution by either a personal computer or a printer or a display device, the computer readable code comprising:

computer readable code for determining a main object in an image generated by an image generating apparatus, wherein the main object includes at least a human face, and wherein the determining of the main object is implemented by determining whether the image includes the human face; and

computer readable code for adjusting image quality of the main object using correction conditions corresponding to properties of the determined main object, wherein a parameter used in adjusting the image quality is a highlight, a shadow, brightness, contrast, color balance, or memory color.

**12**. The computer program product in accordance with claim **11**, wherein the correction conditions are different when the main object is determined as a night time scene and a human face and when the main object is determined as a human face.

* * * * *

US007454056B2

(12) **United States Patent**
**Hayaishi**

(10) **Patent No.:** **US 7,454,056 B2**
(45) **Date of Patent:** **Nov. 18, 2008**

(54) **COLOR CORRECTION DEVICE, COLOR CORRECTION METHOD, AND COLOR CORRECTION PROGRAM**

(75) Inventor: **Ikuo Hayaishi**, Nagano-ken (JP)

(73) Assignee: **Seiko Epson Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 629 days.

(21) Appl. No.: **11/093,941**

(22) Filed: **Mar. 29, 2005**

(65) **Prior Publication Data**

US 2005/0219587 A1 Oct. 6, 2005

(30) **Foreign Application Priority Data**

Mar. 30, 2004 (JP) ............................ 2004-097537
Feb. 15, 2005 (JP) ............................ 2005-037997

(51) **Int. Cl.**
***G06K 9/00*** (2006.01)
***G03F 3/08*** (2006.01)
***H04N 9/73*** (2006.01)

(52) **U.S. Cl.** ..................... **382/167**; 358/520; 348/225.1

(58) **Field of Classification Search** ................. 382/167; 348/223.1, 225.1; 358/515, 520
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,384,601 A * 1/1995 Yamashita et al. .......... 348/577
5,420,630 A * 5/1995 Takei ...................... 348/223.1
6,975,759 B2 * 12/2005 Lin ........................... 382/167
2003/0235333 A1 * 12/2003 Lin ........................... 382/167
2004/0156544 A1 * 8/2004 Kajihara ..................... 382/167
2004/0208363 A1 * 10/2004 Berge et al. ................. 382/167

FOREIGN PATENT DOCUMENTS

JP 2001-320727 11/2001
JP 2002-044469 2/2002

OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 2001-320727, Pub. Date: Nov. 16, 2001, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 2002-044469, Pub. Date: Feb. 8, 2002, Patent Abstracts of Japan.

* cited by examiner

*Primary Examiner*—Colin LaRose
(74) *Attorney, Agent, or Firm*—Martine Penilla & Gencarella LLP

(57) **ABSTRACT**

A CPU **200** acquires image data of a photographed image, determines a specific subject area containing a specific subject in the photographed image, and calculates a specific subject characteristic value for representing a characteristic of image data corresponding to the determined specific subject area. CPU**200** calculates a correction value for color balance correction using the calculated specific subject characteristic value and a preset characteristic target value, and executes the color balance correction on the image data using the calculated correction value.

**18 Claims, 7 Drawing Sheets**






Fig.1

Fig.2


IMAGE DATA GD1
IMAGE DATA ACQUISITION MODULE
M1
FACE AREA DETERMINATION MODULE
M2
WHITE PIXEL AVERAGE VALUE CALCULATION MODULE
M3
FLESH COLOR PIXEL AVERAGE VALUE CALCULATION MODULE
M4
CORRECTION VALUE CALCULATION MODULE
M5
CORRECTION EXECUTION MODULE
M6
20(200)
POST-CORRECTION IMAGE DATA GD2

Fig.3


START
ACQUIRE IMAGE DATA
S110
DECOMPRESSION AND COLOR CONVERSION
S120
COLOR BALANCE CORRECTION PROCESSING
S130
OUTPUT PROCESSED IMAGE DATA TO THE PRINTER DRIVER
S140
END

Fig.4


COLOR BALANCE CORRECTION PROCESS
DETERMINE FACE AREA
S202
FACE AREA IS FOUND?
S204
NO
YES
FACE AREA IS BIG?
S206
NO
YES
S212
CALCULATE WHITE PIXEL AVERAGE VALUE
S208
CALCULATE FLESH COLOR PIXEL AVERAGE VALUE
S214
CALCULATE NORMAL CORRECTION VALUE
S210
CALCULATE FLESH COLOR REFERENCE CORRECTION VALUE
CORRECT COLOR BALANCE
S216
CORRECT MEMORY COLOR
S218
RETURN

Fig.5




Fig.6



Fig.7




Fig.8



Fig.9



# COLOR CORRECTION DEVICE, COLOR CORRECTION METHOD, AND COLOR CORRECTION PROGRAM

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to image processing, and particularly relates to art for color balance correction on image data.

2. Description of the Related Art

Image processing called color balance correction for correcting changes in color according to the type of light source during imaging, is performed on image data generated by a digital still camera or a video camera. As a typical color balance correction method, methods are known for which the basic idea is to correct each color component so that the average color of the overall image becomes colorless (white or gray).

By color balance correction, it is possible to reduce color seepage that occurs in images. For example, a subject that was originally white color can be reproduced with the correct white color regardless of the type of light source or the like during imaging.

However, aforementioned color balance correction performed on a portrait (human subject image) for which the overall background is a blue-tinged white, suppresses blue tints and emphasizes the red tints for the overall image, so the flesh color of the human subject which is the main subject becomes red-tinged, significantly distancing it from the desired color. Thus, when using such conventional correction method, there is the risk of making an undesirable change to the color tone of a specific subject.

## SUMMARY OF THE INVENTION

The present invention was is intended to address the aforementioned problems, and its object is to provides image processing to execute color balance correction according to the subject and to improve the appearance of the subject in an image.

In order to solve the above-mentioned problem, a first aspect of the present invention provides an image processing device for executing color balance correction on image data of a photographed image. The image processing device of the first aspect of the present invention is characterized by comprising: an image data acquisition module that acquires the image data; a specific subject area determination module that determines a specific subject area containing a specific subject in the photographed image; a specific subject characteristic value calculation module that calculates a specific subject characteristic value for representing a characteristic of image data corresponding to the determined specific subject area; a correction value calculation module that calculate a correction value for color balance correction using the calculated specific subject characteristic value and a preset characteristic target value; and a correction execution module that execute the color balance correction on the image data using the calculated correction value.

According to the image processing device of the first aspect of the present invention, a specific subject area containing a specific subject is determined and a correction value for color balance correction is obtained using a specific subject characteristic value for representing characteristic of image data corresponding to the determined specific subject area and a predetermined characteristic target value. Therefore, it is possible to correct the color balance according to the specific subject characteristic and to improve the appearance of the subject in the image.



In the image processing device of the first aspect of the present invention, the specific subject characteristic value calculation may be executed using weighted distribution with a weight in a center area of the specific subject area larger than a weight in an area outside the center area. In this case, it is possible to correct the color balance using a specific subject characteristic value which better reflects the characteristic of the center area of the specific area ,the center area tending to affect the appearance of the image. Therefore it is possible to improve the appearance of the subject in the image.

In the image processing device of the first aspect of the present invention, when a plurality of the specific subject -areas are determined, the specific subject characteristic value calculation can be executed using weighted distribution set according to a size of each specific subject area on each specific subject characteristic value of the plurality of specific subject areas. The specific subject characteristics value calculation may also be_executed by obtaining a weighted average value of the specific subject characteristic value of the plurality of specific subject areas. In this case, it is possible to correct the color balance using a specific subject characteristic value which better reflects the characteristic of a large specific subject area tending to affect the appearance of the image, making it possible to improve the appearance of the subject in the image.

In the image processing device of the first aspect of the present invention, the specific subject characteristic value may be a characteristic value relating to a hue of the specific subject. In this case, it is possible to correct the color balance according to the hue of the specific subject.

In the image processing device of the first aspect of the present invention, the specific subject characteristic value may be a specific color characteristic value for representing a characteristic of pixel data included within the specific subject area, the pixel data belonging to a specific color range. In this case, it is possible to correct the color balance with a specific color as a reference, and to improve the appearance of a subject having the specific color.

In the image processing device of the first aspect of the present invention, the specific color characteristic value may be a statistical value of pixel values of the pixel data belonging to the specific color range, wherein the characteristic target value may be a preset pixel target value, and wherein the correction value calculated by the correction value calculation module may be a correction value for eliminating or reducing a difference between the statistical value of pixel values and the pixel target value. By calculating a correction value for color balance correction for eliminating or reducing the difference between the statistical value of pixel values of the pixel data belonging to the specific color range and the pixel target value, it is possible to correct the overall color balance so that the specific color of the subject approaches a desirable color.

In the image processing device of the first aspect of the present invention, the specific subject may be a face part of a human subject, and wherein the pixel data belonging to the specific color range may be flesh colored pixel data belonging to a color range corresponding to a flesh color of the human subject. In this case, it is possible to correct the overall color balance according to the flesh color of the human subject that is the subject for an image for which the subject is the face part of a human subject.

In the image processing device of the first aspect of the present invention, the correction value calculated by the cor-

rection value calculation module is a correction value weighted according to an area ratio of the specific subject area to a whole area of the photographed image. It is more suitable that executing color balance correction according to a specific subject on an photographed image, when the photographed image having a large area ratio of the specific subject area to a whole area of the image. Therefore, in this case, it is possible to more suitably correct the overall color balance by adjusting the correction strength according to the area ratio of the specific subject area.

In the image processing device of the first aspect of the present invention, the correction execution module may execute the color balance correction using the correction value when the area ratio is greater than a reference value. When the area ratio of the specific subject area is greater than a preset reference value, the specific subject in the specific subject area is the main subject, and color balance correction according to the specific subject is considered to be more effective. Therefore, in such case, by executing color balance correction according to the specific subject, it is possible to further improve the appearance of the specific subject in the image.

In the image processing device of the first aspect of the present invention, the specific subject determination module determines the specific subject area using pixel values of pixel data included in a target area for determination, and a position of the target area in the photographed image. In this case, pixel values of pixel data included in a target area for determination, and the position of that area in the photographed image are used for the process of determining the specific subject area, so it is possible to improve the precision of determining the specific subject area.

A second aspect of the present invention provides an image processing method for executing color balance correction on image data of a photographed image The image processing method of the second aspect of the present invention comprises the steps of acquiring the image data; determining a specific subject area containing a specific subject in the photographed image; calculating a specific subject characteristic value for representing a characteristic of image data corresponding to the determined specific subject area; calculating a correction value for color balance correction using the calculated specific subject characteristic value and a preset characteristic target value; and executing the color balance correction on the image data using the calculated correction value.

According to the image processing method of the second aspect of the present invention, the similar functions and effects as the image processing device of the first aspect of the present invention can be obtained. In addition, the image processing method of the second aspect of the present invention may also be actualized in a variety of aspects in a way similar to the image processing device of the first aspect of the present invention.

The image processing device of the first aspect of the present invention and the image processing method of the second aspect of the present invention may also be actualized as a computer program for realizing the functions of such method or device and a recording medium on which the computer program is stored.

These and other objects, features, aspects, and advantages of the present invention will become more apparent from the following detailed description of the preferred embodiments with the accompanying drawings.



## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic showing an image processing system including an image processing device (personal computer) of the present embodiment;

FIG. **2** is a functional block diagram of a personal computer **20** (CPU **200**) of the present embodiment;

FIG. **3** is a flowchart showing the processing routine of the image processing of the present embodiment;

FIG. **4** is a flowchart showing the processing routine of the color balance correction of the present embodiment;

FIG. **5** is a schematic conceptually showing an example of an image expressed by image data GD**1** which is target of processing;

FIG. **6** is a schematic conceptually showing the results of face area determination;

FIG. **7** is the first schematic describing the distribution of a weighting factor W used for calculating a flesh color pixel average value.

FIG. **8** is the second schematic describing the distribution of a weighting factor W used for calculating a flesh color pixel average value; and

FIG. **9** is a graph showing the contents of the color balance correction of the present embodiment.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Following, the image processing device of the present invention is described based on the embodiments with reference to drawings.

A. Arrangement of the Image Processing System FIG. **1** is a schematic showing an image processing system including an image processing device of the present embodiment. An arrangement of an image processing system, to which the image processing device of the present embodiment can be applied, will now be described with reference to FIG. **1**.

The image processing system includes: a digital still camera **10** as an input device for generating image data; a personal computer **20** as an image processing device for executing image processing including color balance correction on image data generated by the digital still camera **10** and outputting image data for printing; and a color printer **30** as an output device for outputting images using image data for printing. The color printer **30** may also have an image processing function that a personal computer **20** has in order that the color printer **30** can do stand alone execution of image processing and image output. As an output device, instead of the printer **30**, other devices can be used as well, for example, a monitor **25** such as LCD display, a projector, a display device that functions as an electronic photo frame. For the description below, the color printer **30** connected with the personal computer **20** is used as the output device.

The personal computer **20** is a computer in common use, and includes: a CPU **200** that executes a program for image processing including color balance correction; a RAM **201** that temporarily stores data such as image data and results of calculation made by CPU**200**; and a hard disk drive (HDD) **202** that stores the image processing programs. The personal computer **20** also includes: a card slot **203** for mounting a memory card MC; and an input/output terminal **204** for connecting a connection cable from the digital still camera **10** or the like.

The digital still camera **10** is a camera for acquiring images by focusing optical information a digital device (CCD or photomultiplier). The digital still camera **10** saves the acquired images as digital data in the memory card MC as a

storage device. The saving format generally used for the digital still camera **10** is a JPEG which is a non-reversible compression saving format, or a TIFF which is a reversible compression saving format.

The color printer **30** is a printer capable of outputting color images, such as an inkjet type printer that forms images by forming a dot pattern by depositing four colors of inks, i.e. cyan, magenta, yellow, and black onto a printing medium. Alternatively, it is an electro photographic printer that forms images by transferring and fixing color toner on a printing medium. In addition to the four colors noted above, it is also possible to use light cyan (pale cyan), light magenta (pale magenta), red, and blue.

The following describes a case when an image data GD**1** generated by the digital still camera **10** is sent to the personal computer **20**, image processing on the image data GD**1** is executed by the personal computer **20**, and the processed image data is output to the color printer **30**.

B. Functional Block of the Personal Computer **20** FIG. **2** is a functional block diagram of the personal computer **20** (CPU **200**) of the present embodiment. A summary of the functional block of the personal computer **20** (CPU **200**) is described with reference to FIG. **2**.

An image data acquisition module Ml acquires the image data GD**1** of the image, the image data GD**1** being the target of processing. The image data acquisition module Ml sends the acquired image data GD**1** to a face area determination module M**2** and a correction execution module M**6**. Also, the image data acquisition module Ml sends the acquired image data GD**1** to a white pixel average value calculation module M**3** and a flesh color pixel average value calculation module M**4** when necessary.

The face area determination module M**2** analyzes the image data GD**1** obtained from the image data acquisition module Ml and determines an area containing the face part of a human subject as the subject. The face area determination module M**2** sends the face area determination results to the flesh color pixel average value calculation module M**4**.

The white pixel average value calculation module M**3** analyzes the image data GD**1** obtained from the image data acquisition module Ml, calculates the white pixel average value, and sends the calculated white pixel average value to a correction value calculating module M**5**.

The flesh color pixel average value calculating module M**4** acquires the image data GD**1** from the image data acquisition module Ml, and acquires the face area determination results from the face area determination module M**2**. The flesh color pixel average value calculation module M**4** analyzes the image data corresponding to the determined face area, calculates the flesh color pixel average value, and sends the calculated flesh color pixel average value to the correction value calculation module M**5**.

The correction value calculation module M**5** calculates the a correction value for color balance correction based on the white pixel average value obtained from the white pixel average value calculation module M**3** and a preset white pixel target value, or, based on the flesh color pixel average value obtained from the flesh color pixel average value calculation module M**4** and a preset flesh color pixel average value. The correction value calculation module M**5** sends the calculated correction value for color balance correction to the correction execution module M**6**.

The correction execution module M**6** acquires the correction value for color balance correction from the correction value calculation module M**5**, and acquires the image data GD**1** from the image data acquisition module Ml. Using the acquired correction value for color balance correction, the correction execution module M**6** executes color balance correction on the overall image data GD**1**, and generates post-correction image data GD**2**.



Note that the ‘specific subject area determination module’ in the claims is equivalent to the ‘face area determination module M**2**’ in the present embodiment, and the ‘specific subject characteristic value calculation module’ in the claims is equivalent to the ‘flesh color pixel average value calculation module M**4**’ in the present embodiment.

C. Image Processing at the Personal Computer **20** The image processing executed at the personal computer **20** is described with reference to FIG. **3** through FIG. **9**.

FIG. **3** is a flow chart showing a processing routine of an image process of the present embodiment. When the memory card MC is inserted into a slot **203**, or when a connection cable CV connected to the digital still camera **10** is connected to the input/output terminal **204**, the personal computer **20** (CPU **200**) activates the program of this image processing. CPU**200** acquires (reads) the image data GD**1** of the image as the target of processing from the memory card MC according to user instructions, and temporarily stores the acquired image data in the RAM **201** (step S**110**).

CPU**200** executes image data decompression and color conversion (step S**120**). The image data GD**1** in the present embodiment is stored in the form of JPEG image or compressed YCbCr data. CPU**200** converts this compressed data to RGB data that is typically used for image processing by a personal computer. Specifically, CPU**200** decompresses the image data GD, and executes a matrix calculation using a matrix on the decompressed image data GD**1** for YCbCr-RGB color conversion.

The matrix is a matrix that is typically used for the conversion from YCbCr data to RGB data in the JFIF standard, and is well-known to persons skilled in the art. A detail of the matrix is thus not described herein.

Next, CPU**200** executes color balance correction processing on the converted image data GD**1**(step S**130**).

FIG. **4** is a flowchart showing the processing routine of the color balance correction of the present embodiment. When the color balance correction process starts, CPU**200** first determines the specific subject area processing for determining an image area containing the specific subject on the image expressed by data GD**1**. In the present embodiment, the specific subject is the face part of a human subject, and CPU**200** determines the face area containing the face(step S**202**).

In the process of the face area determination of the present embodiment, CPU **200** divides equally the image expressed by image data GD**1** into vertical **16** x horizontal **16** image sections, i.e. **256** image sections. CPU**200** judges for each image section whether the image section contains a face. Specifically, CPU **200** analyzes the image data corresponding to the image section which is the target of processing, and judges whether preset judging standards are met, and whether the subject within the image section is the face part of a human subject.

For example, when the proportion of flesh color pixel data to the total pixel data within the image section is greater than a specified proportion value R**1**, CPU **200** may also judge the image section to be an image section for which the subject is the face part of a human subject (hereafter called a “face image section”). Flesh color pixel data means pixel data belonging to a specified color range Cl corresponding to flesh color of the human subject. The specified color range Cl is set in the HSB color space, for example, by respectively deciding on a hue value H range, a saturation S range, and a brightness B range. Optimal range as the specified color range Cl and

optimal value as the specified proportion value R1 are set empirically through analysis of image samples and the like.

FIG. 5 is a schematic conceptually showing an example of an image expressed by image data GD1 which is target of processing. This image is a typical portrait (human subject image) in which a relatively large human face part F occupies roughly the center portion. As a concrete example, FIG. 6 shows the results of the process of the face area determination executed on the image data GD1 shown in FIG. 5.

FIG. 6 is a schematic conceptually showing the results of face area determination. As shown in FIG. 6, as a result of the process of the face area determination, CPU 200 determines an area as a face area FA consisting of a plurality of face image sections out of the 256 sections, the determined face area FA corresponding to a human subject face part F in an image shown in FIG. 5. In the process of face area determination, only the flesh color pixel proportion is considered, but it is also possible to set additional determination criteria for the recognized face area FA to increase the determination precision. As additional determination criteria, determination criteria using position information of the face area FA in an image may be set. Generally, in images for which a human subject was imaged as the main subject, there is a tendency to position the face part of the human subject in the center, and there are almost no cases of contacting the face part as the main subject with the left or right sides (in other words, a situation in which the face part is cut off at the image edge). Therefore, for example when the face area FA does not contact the left edge or the right edge of the image, CPU 200 may finally determine the face area FA to be the face area.

CPU 200 determines whether or not there is a face area FA in the photographed image as the target of processing (step S204). As a result of face area determination processing, when the face area FA is recognized, CPU200 determines that there is the face area FA (step S204: Yes), and then determines whether or not the proportion of the overall image occupied by the face area FA is greater than the reference (step S206). When the number of face image areas that the face area FA includes is greater than a specified reference number, for example, CPU200 determines that the proportion occupied by the face area FA is greater than the reference. In specific terms, of the image areas evenly divided into vertical 16 by horizontal 16 [sections], when the image areas determined to be face image areas are 16 or greater, it is also possible to determine that the proportion occupied by the face area FA is greater than the reference.

When there are no face areas FA, or when an area ratio of the face area FA to a whole area of the image is less than the reference, CPU200 decides to execute normal color balance correction (hereafter also called “normal correction”) on the image data GD1 (step S206: No).

When the area ratio of the face area FA is greater than the reference, CPU200 decides to execute color balance correction with the flesh color in the face area FA as a reference (hereafter also called “flesh color reference correction”) on the image data GD1 (step S206: Yes). The reason that an area ratio of the face area FA being greater than the reference is used as a condition for executing flesh color reference correction is that when an area ratio of the face area to a whole area is small, there is a high possibility that the human subject is not the main subject. Here, the main subject means that among the subjects existing in a photographed image, a subject that characterized the photographed image, for example, the person in a portrait. For the images in which a human subject is not the main subject, it is not effective to execute flesh color reference correction. Also, in fact, there is the risk that the color balance of a main subject that is not a human subject (e.g. scenery) will be destroyed. Therefore, for images in which a human subject is not the main subject, it is appropriate to execute normal correction.

When executing flesh color reference correction, of the image data GD1, CPU200 analyzes the image data corresponding to the face area FA, and calculates the flesh color pixel average value (step S208). The flesh color pixel average value is a weighted average value of the pixel value of the flesh color pixel data contained in the face area FA. In specific terms, CPU200 acquires the pixel values of the flesh color pixel data among the image data corresponding to the face area FA by sampling or on a pixel-by-pixel basis. CPU200 multiplies a weighting factor W on the acquired pixel values of the flesh color pixel data, and calculates a weighted pixel value. And using the calculated weighted pixel value, CPU200 calculates a flesh color pixel average saturation F (S)_ave and a flesh color pixel average hue F (H)_ave in the HSB color space.

FIG. 7 is a first schematic describing the distribution of a weighting factor W used for calculating a flesh color pixel average value. The weighting factor W is determined according to the position of the flesh color pixel data in the face area FA. The distribution of the weighting factor W on the straight line A-A in the face area FA (Y direction weighted distribution), and the distribution of the weighting factor W on the straight line B-B (X direction weighted distribution) are shown in FIG. 7. As shown in FIG. 7, the weight becomes larger as the weighting factor W approaches an area at the center of the face area FA (hereafter called the “center area”), and the weight is set to be smaller in an area outside the center areas.

FIG. 8 is the second schematic describing the distribution of a weighting factor W used for calculating a flesh color pixel average value. Using FIG. 8, the distribution of the weighting factor W is described when there are determined to be a plurality of face areas in the image data which is the target of processing. With the example shown in FIG. 8, there are determined to be two face areas, a face area FA_L, and a face area FA_S that is smaller than the face area FA_L. The same as the case of the face area FA explained using FIG. 7, for each of face areas FA_L and FA_S, the weighting factor W has greater weight the more it is in the center area, and the weight is set to be smaller in other areas. Then, the maximum value of the weighting factor W of each face area is set to a different value according to the size of each face area. Specifically, as shown in FIG. 8, the maximum value W_s of the weighting factor W of the face area FA_S that is smaller than the face area FA_L is set to be smaller than the maximum value W_1 of the weighting factor W of the face area FA_L. For example, it is also possible to set the maximum value of the weighting factor W to be proportional to the square measure of the face area.

Using the calculated flesh color pixel average saturation F (S)_ave, the flesh color pixel average hue F (H)_ave, and the preset flesh color pixel target value, CPU200 calculates the correction value for color balance correction (hereafter called “flesh color reference correction value”) (step S210).

CPU200 converts the flesh color pixel average color in the HSB color space to an RGB color space, and calculates the flesh color pixel average color in the RGB color space. Here, the flesh color pixel average color for the HSB color space is a color defined by the calculated flesh color pixel average saturation F (S)_ave, the calculated flesh color pixel average hue F (H)_ave, and a preset correction reference brightness F (B)_ref. Then, the respective RGB color component values for representing the flesh color pixel average color in the RGB color space are F2(R)_ave, F2(G)_ave, and F2(B)_ave. In the

present embodiment, a brightness value represented by **8**-bit data and scope of a brightness value is from 0 to 255. Then, a preset correction reference brightness F (B)_ref is set to 192, for example.

The flesh color pixel target value is a pixel value that defines the flesh color pixel target color for the correction reference brightness F (B)_ref The flesh color pixel target color is a color obtained empirically by sample analysis, for example; and is a flesh color that is desirable as the flesh color of the human subject. In the present embodiment, the flesh color pixel target color is defined in the HSB color space by three flesh color pixel target values (flesh color pixel target hue F (H)_target, flesh color pixel target saturation F (S)_target, and correction reference brightness F (B)_ref). The respective RGB color component values for representing the flesh color pixel target color converted from in the HSB color space to in the RGB space are F2(R)_target, F2(G)_target, and F2(B)_target.

CPU**200** calculates the flesh color reference correction values for each respective RGB color component, the values being correction value ΔC (R)_face, ΔC (G)_face, and ΔC (B)_face. CPU**200** calculates each correction value using the various numerical values described above according to the following formulas (1a) to (1c).

$$\Delta C(R)_face = F2(R)_target - F2\ (R)_ave \quad (1a)$$

$$\Delta C(G)_face = F2(G)_target - F2(G)_ave \quad (1b)$$

$$\Delta C(B)_face = F2(B)_target - F2(B)_ave \quad (1c)$$

The right sides of the formulas (1a) to (1c) are the difference between the pixel value for representing the average color of the flesh color pixel within the face area FA in the RGB color space, and the pixel value for representing the flesh color pixel target color which is a desirable flesh color in the RGB space. When the flesh color within the face area FA is skewed from the desirable flesh color, The right sides of the formulas (1a) to (1c) have an effect of correcting the color balance of the overall image in a direction for which the flesh color within the face area FA approaches the desirable flesh color.

Described next is a case that executes normal color balance correction (normal correction) (step S**204**: No, or step S**206**: No). For normal correction, it is possible to use various methods that are publicly known as color balance correction methods. For example, the method in which the average value of the image data close to white color approaches colorless (correct white) can be used. Following is a brief description of such method.

When executing normal correction, CPU**200** analyzes the overall image data GD**1**, and calculates the white pixel average value (step S**212**). A white pixel means a pixel which has pixel values belonging to a law saturation and high brightness specified color range (color range close to white) in the HSB color space. The white pixel average value is an average value relating to pixel data of white pixels. As the white pixel average value, CPU**200** calculates the average value of each color component in the RGB color space W (R)_ave, W (G)_ave, and W (B)_ave, and the average value of brightness in the HSB color space W (H)_ave.

Using the calculated white pixel average values, CPU**200** calculates the normal correction values for each color component in the RGB color space, i.e. ΔC (R)_white, ΔC (G)_white, and ΔC (B)_white, according to the following formulas (2a) through (2c) (step S**214**).



$$\Delta C(R)_white = W(H)_ave - W(R)_ave \quad (2a)$$

$$\Delta C(G)_white = W(H)_ave - W(G)_ave \quad (2b)$$

$$\Delta C(B)_white = W(H)_ave - W(B)_ave \quad (2c)$$

The right sides of formulas (2a) through (2a) through (2c) have an effect of correcting the overall image color balance in a direction for which the white pixel color approaches a colorless color (correct white) when the white pixel color is skewed from the colorless color.

When the correction value for color balance correction (flesh color reference correction value or normal correction value) is calculated, CPU**200** uses each of the calculated correction values ΔC (R), (G), and (B) to execute color balance correction, and generates post-correction image data GD**2** (step S**216**).

FIG. **9** is a graph showing the contents of the color balance correction executed using each correction value ΔC (R), (G), and (B). CPU**200** executes gradation correction on all the pixel data of the image data GD**1** using a tone curve on each color component RGB. In FIG. **9**, the dotted line shows the unconverted characteristics. Each correction value ΔC (R), (G), and (B) calculated with the procedure described above correlates to the shift volume of an output value corresponding to an input reference value Dref from the unconverted characteristic.

As the input reference value Dref, it is possible to use a specified fixed value, for example. In the present embodiment, the value of the correction reference brightness F (B)_ref (**192**) is used as the input reference value Dref for each RGB component value that can obtain values **0** to 255 represented by 8-bit information. The tone curve is obtained by obtaining the primary characteristics line that shifts Dref as the input value to Dref +ΔC as the output value, for example.

CPU**200** then executes memory color correction on post-correction image data GD**2** (step S**218**). The memory color can be called the color that is generally remembered as an image by most people. For example, specific subject colors such as “human flesh color,” “sky color,” “sunset color,” and “green plant color” are set in advance. In specific terms, as the memory color of “human flesh color” (hereafter called “flesh color memory color”), a specified saturation S, hue H, and brightness B are memorized in a program. Memory color correction is executed on an specified pixel data only, the specified pixel data corresponding to specific subjects (such as human skin) for which a memory color (e.g. flesh color memory color described above) is set. On the other hand, color balance correction is executed on all pixel data in image data. That’s the difference between memory color correction and color balance correction. Memory color correction corrects the specified pixel data in a direction for which a specific subject color of the image as the target of processing approaches the memory color.

To describe a specific example of memory color correction for “human flesh color,” CPU**200** executes the same process as step S**208** (see FIG. **4**) for the color balance correction on post-correction image data GD**2**. As the result, the flesh color pixel average value for post-correction image data GD**2** is calculated. Furthermore, CPU**200** uses the calculated flesh color pixel average value and the flesh color memory color value described above to calculate a correction value for memory color correction for each component RGB. CPU**200** uses the calculated correction value to stipulate the tone curve for each RGB component, and finally performs input-output conversion for each RGB component of flesh color data of the image data GD**2** using each stipulated tone curve.

Here, the flesh color pixel target color for the color balance correction (step S**216**) and the flesh color memory color as a reference for memory color correction (step S**218**) are different colors. The flesh color pixel target color can be called the average color of the flesh color perceived via the color adaptation (the work of trying to perceive the color of an object with the effect of the light source eliminated) performed unconsciously when a person actually views a human subject. On the other hand, as described above, the flesh color memory color can be called the ideal flesh color that many people typically remember as an image. The flesh color memory color is set to have a better appearance than the color of the actually perceived flesh, and for example is set to a healthy flesh color that has more of a pink tinge.

The processing on human subject images using the image processing of this present embodiment can be said to adjust the overall image color tone so as to reproduce the flesh color of an actually perceived object (color after color adaptation) when a person images a subject (human subject) by doing color balance correction (step S**216**), and to perform color correction only on the flesh parts of a subject (human subject) so that the image has a better appearance by doing memory color correction(step S**218**). Doing the processing divided into two levels in this way is because when color tone adjustment of the overall image is done in combination with the flesh color memory color, there is the risk that an undesirable effect on the overall image will occur, such as the overall image being tinged with pink color.

CPU**200** then outputs the post-correction image data GD**2** to the printer driver (step S**150**) and ends this processing routine. At the printer driver, color conversion processing is executed for converting the post-correction image GD**2** to CMYK data. Specifically, the color system of the image data is converted to a CMYK color system which is the color system used when the color printer **30** executed print processing. In specific terms, the color conversion processing is executed using a lookup table stored in the HDD **202** (or ROM) which correlates the RGB color system to the CMYK color system. Also, half tone processing and resolution conversion processing are executed, and post-processing data is output as raster data for printing to the color printer **30**.

As described above, according to the present embodiment, face area FA containing the face of a human subject is determined in image data for representing an image with a human subject as the subject (e.g. a portrait), the image data corresponding to the determined face area FA is analyzed, and the flesh color pixel average value for the pixel value of the face area FA is calculated. Then, color balance correction is executed using the calculated flesh color pixel average value and the preset flesh color pixel target value. Therefore, it is possible to do color balance correction according to the flesh color that the human subject has, and to avoid giving an undesirable change in the flesh color of the human subject which is the main subject.

Furthermore, according to the present embodiment, the correction value for color balance correction that would eliminate or reduce the difference between the flesh color pixel average value and the flesh color pixel target value is calculated, and color balance correction is executed using the calculated correction value. Therefore, it is possible to correct the overall color balance in a direction for which the flesh color of the human subject in the image goes toward a desirable color.

Also, according to the present embodiment, calculation is done using a weighted distribution set so that the flesh color pixel average value is weighted heavily in the center area of the face area FA, and weighted lightly in areas other than the center area. As a result, a flesh color pixel average value is calculated that better reflects the flesh color of the center area of the face area. That allows the device to correct the color balance in a direction that further improves the appearance of the portrait, since the center area tends to affect the appearance of the portrait. The center area in the face part of the human subject, for example, forehead or nose area, tends to affect the appearance, so correcting the center area to a desirable flesh color is desired. Meanwhile, face areas other than the center area, for example the marginal area in the face, tends to become a shadow and become darker. Reflecting the flesh color of the such marginal area when correcting the color balance, there may be cases when the flesh color near the center of the face part cannot come sufficiently close to the desirable flesh color. However, according to the present embodiment, it is possible to correct the color balance appropriately to reflect the flesh color of the face center part.



Furthermore, according to the present embodiment, when a plurality of face areas are determined in the image data, the flesh color pixel average value is calculated for each of the determined plurality of face areas using weighted distribution set according to the size of the face area. As a result, for human subject images including a plurality of human subject face parts, a flesh color pixel average value that better reflects the flesh color of a large face part which tends to affect the appearance is calculated, so it is possible to do color balance correction in a direction that will further improve the appearance of the human subject image.

Also, according to the present embodiment, when the area ratio of the face area FA to the whole area of the image is greater than a specified reference value, flesh color reference correction is executed. Therefore, it is possible to suitably execute flesh color reference correction only on images for which flesh color reference correction effect is large, for which the human subject occupies an area greater than a specified proportion in the image.

Other Embodiments:

Instead of the calculation formulas of the embodiment described above, it is possible to use various formulas for calculating the correction value for color balance correction based on the specific subject characteristic value and the characteristic target value. For example, as the specific subject characteristic value, the flesh color pixel average value is used in the embodiment described above, but instead of the average value, it is also possible to use an another statistical value, for example, intermediate value.

Also, instead of the formulas (1a) to (1c), it is possible to use the following formulas multiplied each of the formulas (1a) to (1c) with the coefficient k.

$$\Delta C(R)_face = k \times \{F2(R)_target - F2\ (R)_ave\} \quad (3a)$$

$$\Delta C(G)_face = k \times \{F2(G)_target - F2\ (G)_ave\} \quad (3b)$$

$$\Delta C(B)_face = k \times \{F2(B)_target - F2\ (B)_ave\} \quad (3c)$$

In this case, it is possible to adjust the color balance correction level with the value of the coefficient k.

The value of the coefficient k may be determined according to the area ratio of the face area FA to a whole area of the image. For example, the value of the coefficient k may be set in a range from 0 to 1 in proportion to area ratio of the face area FA to a whole area of the image. In this case, for an image for which the face area FA is large and the effect of the flesh color reference correction is large, it is possible to correct the flesh color of the image in a direction that comes significantly close to the desirable flesh color, and to improve the appear-

ance of the image. Meanwhile, for an image for which the face area FA is small and there isn't much effect of the flesh color reference correction, by reducing the volume that the flesh color of the image approaches the desirable flesh color, it is possible for the flesh color reference correction to avoid giving undesirable changes to areas other than the face area FA.

Furthermore, in the embodiment noted above, according to whether or not the area ratio of the face area FA to a whole area of the image is greater than a specified reference value, a determination is made of whether to use the flesh color reference correction value ΔC_face or to use normal correction value ΔC_white (FIG. **4**: step S**206**). Instead of this, it is also possible to use coefficients k1 and k2 determined according to the area ratio of the face area FA to a whole area. The coefficients k1 and k2 give a weighting for the flesh color reference correction value ΔC_face and the normal correction value ΔC_white. For example, it is possible to execute color balance correction using the correction value for color balance correction ΔC obtained by the following formulas (4a) to (4c).

$$\Delta C(R)=k1\times\Delta C\ (R)_face\ +k2\times\Delta C(R)_white \quad (4a)$$

$$\Delta C(G)=k1\mathbf{33}\ \Delta C(G)_face+k2\times\Delta C(G)_white \quad (4b)$$

$$\Delta C(B)=k1\times\Delta C(B)_face+k2\times\Delta C(B)_white \quad (4c)$$

The coefficients k1 and k2 are each set in a range from **0** to **1**. The coefficient k1 is set larger the greater the area ratio of the face area FA, and is set smaller the smaller it is. Conversely, the coefficient k2 is set smaller the greater the area ratio of the face area FA, and is set larger the smaller it is.

In this case, the proportion of the element of the flesh color reference correction value and the proportion of the element of the normal correction value that occupies the correction value for color balance correction ΔC (R) is adjusted according to the area ratio of the face area FA to a whole area of the image, so appropriate color balance correction is performed for the image. Specifically, for images in which the area ratio of the face area FA is large, color balance correction is executed with a focus on making the flesh color of the face area FA to the desirable flesh color, and meanwhile, for images in which the area ratio of the face area FA is small, color balance correction is executed with a focus on the color tone of the area other than the face area FA.

Also, the right side of formulas (1a) to (1c) had formulas only of difference values (e.g. F2(R)_target−F2(R)_ave), but other formulas may also be used. In this case, It is preferable to use formulas to calculate a correction value for color balance correction which eliminates or decrease the difference between the statistical value of the pixel value of the flesh color pixel data (e.g. the average value in the embodiment) and the flesh color pixel target value. For example, it is possible to use the formulas that include a squared value or square root of the difference value.

In the embodiment noted above, specific subject determination processing was performed with the face part of a human subject as the specific subject, and color balance processing was executed with the flesh color pixel data pixel average value as the specific subject characteristics, but it is also possible to execute the similar color balance correction with another item as the specific subject. In this case, CPU**200** is able to execute suitable color balance correction on the image data having a specific subject other than a human face according to the specific subject characteristic. For example, CPU**200** uses trees (a forest or the like) as the specific subject, and determines a tree area in the image. Then, CPU**200** analyzes the image data corresponding to a tree area recognized as a result of determination, and may obtain the pixel average value of the pixel data belonging to the color area corresponding to the green of the trees as the specific subject characteristic value.



In the embodiment noted above, face area determination processing was executed using **256** image sections (vertical **16**×horizontal **16** sections) into which divided the image equally, but other determination method can be used. For example, when image generation history information associated with the image data is included in a file including the image data GD**1**, CPU**200** acquires the image generation history information and may suitably use such information for the face area determination processing. The image generation history information means information recorded in an Exif data area when the image data is saved in an Exif file format, for example. In specific terms, The image generation history information may include subject position information relating to the position of the main subject in the image, or photographed scene information such as a "human subject," "scenery," or "night scene."

In addition to the image processing of the working examples noted above, it is also possible to execute other types of image adjustment processing. For example, after further executing typical image adjustment processing such as contrast, saturation, or sharpness correction on the image data GD**2**, it is also possible to output the already image data to the printer driver.

Although image processing of the present invention have been described above in terms of embodiments, these embodiments of the invention are only purposed to facilitate understanding of the present invention and are not considered to limit the present invention. There may be various changes, modifications, and equivalents without departing from the spirit or scope of the claims of the present invention.

The Japanese patent applications as the basis of the priority claim of this application are incorporated in the disclosure hereof by reference:

(1) Japanese Patent Application No. 2004-97537 (filing date: Mar. 30, 2004).

(2) Japanese Patent Application No. 2005-37997 (filing date: Feb. 15, 2005).

What is claimed is:

**1**. An image processing device for executing color balance correction on image data of a photographed image, said image processing device comprising:

an image data acquisition module that acquires said image data;

a specific subject area determination module that determines a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

a specific subject characteristic value calculation module that calculates a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area, wherein said specific subject characteristic value calculation is executed using weighted distribution, and wherein said weighted distribution is set so as to be a weight in a center area of said specific subject area larger than a weight in an area outside said center area;

a correction value calculation module that calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

a correction execution module that executes said color balance correction on said image data using said calculated correction value.

2. An image processing device according to claim 1 wherein

said specific subject characteristic value calculation is executed by obtaining a weighted average value of each specific subject characteristic value of a plurality of specific subject areas.

3. An image processing device according to claim 1, wherein

said specific subject characteristic value includes a characteristic value relating to a hue of said specific subject.

4. An image processing device according to claim 1, wherein

said specific subject characteristic value includes a specific color characteristic value for representing a characteristic of pixel data included within said specific subject area, said pixel data belonging to a specific color range.

5. An image processing device according to claim 4, wherein

said specific color characteristic value includes a statistical value of pixel values of said pixel data belonging to said specific color range,

wherein said characteristic target value includes a preset pixel target value, and

wherein said calculated correction value includes a correction value for eliminating or reducing a difference between said statistical value of pixel values and said pixel target value.

6. An image processing device according to claim 4, wherein

said specific subject includes a face part of a human subject, and

wherein said pixel data belonging to said specific color range includes flesh colored pixel data belonging to a color range corresponding to a flesh color of said human subject.

7. An image processing device according to claim 1, wherein

said correction execution module executes said color balance correction using said calculated correction value when an area ratio of said specific subject area to a whole area of said photographed image is greater than a reference value.

8. An image processing device for executing color balance correction on image data of a photographed image, said image processing device comprising:

an image data acquisition module that acquires said image data;

a specific subject area determination module that determines a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

a specific subject characteristic value calculation module that calculates a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

a correction value calculation module that calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

a correction execution module that executes said color balance correction on said image data using said calculated correction value, wherein

when a plurality of said specific subject areas are determined,

said specific subject characteristic value calculation is executed using weighted distribution, wherein said weighted distribution is set according to a size of each specific subject area on each specific subject characteristic value of said plurality of specific subject areas.

9. An image processing device for executing color balance correction on image data of a photographed image, said image processing device comprising:

an image data acquisition module that acquires said image data;

a specific subject area determination module that determines a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

a specific subject characteristic value calculation module that calculates a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

a correction value calculation module that calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value, wherein said calculated correction value includes a correction value weighted according to an area ratio of said specific subject area to a whole area of said photographed image; and

a correction execution module that executes said color balance correction on said image data using said calculated correction value.

10. An image processing device for executing color balance correction on image data of a photographed image, said image processing device comprising:

an image data acquisition module that acquires said image data:

a specific subject area determination module that determines a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image, and wherein said specific subject area determination module determines said specific subject area using pixel values of pixel data included in a target area for determination, and a position of said target area in said photographed image;

a specific subject characteristic value calculation module that calculates a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

a correction value calculation module that calculates a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

a correction execution module that executes said color balance correction on said image data using said calculated correction value.

11. An image processing method for executing color balance correction on image data of a photographed image, said image processing method comprising:

acquiring said image data;

determining a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

calculating a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area, wherein said calculating

said specific subject characteristic value is executed using weighted distribution, and wherein said weighted distribution is set so as to be a weight in a center area of said specific subject area larger than a weight in an area outside said center area;

calculating a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

executing said color balance correction on said image data using said calculated correction value.

**12**. An image processing method for executing color balance correction on image data of a photographed image, said image processing method comprising:

acquiring said image data;

determining a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

calculating a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

calculating a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

executing said color balance correction on said image data using said calculated correction value, wherein

when a plurality of said specific subject areas are determined,

said calculating said specific subject characteristic value is executed using weighted distribution, wherein said weighted distribution is set according to a size of each specific subject area on each specific subject characteristic value of said plurality of specific subject areas.

**13**. An image processing method according to claim **12**, wherein

said specific subject characteristic value includes a specific color characteristic value for representing a characteristic of pixel data included within said specific subject area, said pixel data belonging to a specific color range.

**14**. An image processing method according to claim **13**, wherein

said specific color characteristic value includes a statistical value of pixel values of said pixel data belonging to said specific color range,

wherein said characteristic target value includes a preset pixel target value, and

wherein said calculated correction value includes a correction value for eliminating or reducing a difference between said statistical value of pixel values and said pixel target value.

**15**. An image processing method according to claim **13**, wherein

said specific subject includes a face part of a human subject, and

wherein said pixel data belonging to said specific color range includes flesh colored pixel data belonging to a color range corresponding to a flesh color of said human subject.

**16**. An image processing method according to claim **12**, wherein

said executing said color balance correction on said image data using said calculated correction value is carried out when an area ratio of said specific subject area to a whole area of said photographed image is greater than a reference value.

**17**. An image processing method for executing color balance correction on image data of a photographed image, said image processing method comprising:

acquiring said image data;

determining a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

calculating a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

calculating a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value, wherein said calculated correction value includes a correction value weighted according to an area ratio of said specific subject area to a whole area of said photographed image; and

executing said color balance correction on said image data using said calculated correction value.

**18**. A computer program product for executing color balance correction on image data of a photographed image, said computer program product comprising:

a computer readable medium; and

a computer program stored on said computer readable medium, said computer program comprising:

a program instruction for acquiring said image data;

a program instruction for determining a specific subject area in said photographed image, wherein said specific subject area contains a specific subject in said photographed image;

a program instruction for calculating a specific subject characteristic value, wherein said specific subject characteristic value represents a characteristic of image data corresponding to said determined specific subject area;

a program instruction for calculating a correction value for color balance correction using said calculated specific subject characteristic value and a preset characteristic target value; and

a program instruction for executing said color balance correction on said image data using said calculated correction value, wherein

when a plurality of said specific subject areas are determined,

said specific subject characteristic value calculation is executed using weighted distribution, wherein said weighted distribution is set according to a size of each specific subject area on each specific subject characteristic value of said plurality of specific subject areas.

* * * * *

US007945109B2

(12) **United States Patent**
**Nakami**

(10) **Patent No.:** **US 7,945,109 B2**
(45) **Date of Patent:** **May 17, 2011**

(54) **IMAGE PROCESSING BASED ON OBJECT INFORMATION**

(75) Inventor: **Yoshihiro Nakami**, Nagano-ken (JP)

(73) Assignee: **Seiko Epson Corporation**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/456,491**

(22) Filed: **Jun. 16, 2009**

(65) **Prior Publication Data**

US 2009/0262983 A1 Oct. 22, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 10/486,744, filed on Feb. 13, 2004, now Pat. No. 7,555,140.

(51) **Int. Cl.**
***G06K 9/36*** (2006.01)

(52) **U.S. Cl.** ........................................................ **382/261**

(58) **Field of Classification Search** .................. 382/103, 382/254, 255, 276, 282, 288, 291, 261
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,270,805 | A | 12/1993 | Abe et al. | 358/500 |
| 5,706,049 | A | 1/1998 | Moghadam et al. | 348/333 |
| 6,115,078 | A | 9/2000 | Kino | 348/625 |
| 7,218,759 | B1 * | 5/2007 | Ho et al. | 382/118 |
| 7,555,140 | B2 * | 6/2009 | Nakami | 382/103 |
| 2002/0025079 | A1 * | 2/2002 | Kuwata et al. | 382/254 |
| 2002/0057847 | A1 * | 5/2002 | Hayashi et al. | 382/282 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 11-136568 | A | 5/1999 |
| JP | 11-331596 | A | 11/1999 |
| JP | 2000-295570 | A | 10/2000 |
| JP | 2001-036763 | A | 2/2001 |
| JP | 2001-128044 | A | 5/2001 |
| JP | 2001-147481 | A | 5/2001 |
| JP | 2001-169174 | A | 6/2001 |
| JP | 2001-223941 | A | 8/2001 |

OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 11-136568, Pub. Date: May 21, 1999, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 11-331596, Pub. Date: Nov. 30, 1999, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 2000-295570, Pub. Date: Oct. 20, 2000, Patent Abstracts of Japan.

(Continued)

*Primary Examiner* — Andrew W Johns
(74) *Attorney, Agent, or Firm* — Martine Penilla & Gencarella, LLP

(57) **ABSTRACT**

A CPU divides an image into plural regions and for each of the regions, generates a histogram and calculates an average brightness Y ave. The CPU determines a focus location on the image by using focus location information, sets a region at the determined location as an emphasis region, and sets the average brightness Y ave of the emphasis region as a brightness criterion Y std. The CPU uses the brightness criterion Y std to determine non-usable regions. By using the regions not excluded as non-usable regions, the CPU calculates an image quality adjustment average brightness Y' ave, i.e. the average brightness of the entire image, with a weighting W in accordance with the locations of the regions reflected thereto, and executes a bright value correction by using the calculated image quality adjustment average brightness Y' ave.

**3 Claims, 8 Drawing Sheets**



OTHER PUBLICATIONS

Abstract of Japanese Patent Publication No. 2001-036763, Pub. Date: Feb. 9, 2001, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 2001-128044, Pub. Date: May 11, 2001, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 2001-147481, Pub. Date: May 29, 2001, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 2001-169174, Pub. Date: Jun. 22, 2001, Patent Abstracts of Japan.
Abstract of Japanese Patent Publication No. 2001-223941, Pub. Date: Aug. 17, 2001, Patent Abstracts of Japan.
Machine translation of JP 2001-128044 A.

* cited by examiner

*Fig. 1*



Fig. 2



20
24
Control circuit
Image processing circuit
23
25
21
Image obtaining circuit
22
MC


Fig. 3



GF
Adjunct information
Makernote
Image processing control information CI (focus location information)
113
Makernote storage region
112
Adjunct information storage region
JPEG image data
111
JPEG image data storage region


31
30
33
RAM
301
MC
HDD
CPU
302
300
34
32

Fig. 4


40
Print module
41
MC
432
RAM
CPU
ROM
431
43
430
42

Fig. 5


Start
S100
Obtain preset image processing control information
S110
Generate image data
S120
Obtain focus location information
S130
Obtain image processing control information
S140
Generate image file
S150
Focus location changed?
No
Yes
S160
Rewrite focus location information
End

Fig.6



Detection of Memory Card
S200
Read image file GF
S210
Any image processing control information CI found?
No
Yes
S220
Obtain image processing control information CI
S240
Normal image processing
S230
Image processing based on image processing control information CI
S250
Output processed image data
End


Fig. 7


Image Processing Based on Image Processing Control Information CI
S300
YCbCr
Color space conversion processing
wRGB
S310
Any focuslocation information?
No
S320
Yes
S330
Image quality adjustment processing based on focus location information
Normal image quality adjustment processing
S340
Print data generation processing
CMYK
End

Fig.8


Image Quality Adjustment Processing Based on Focus Location Information
S3200
Divide image into plural regions
S3210
calculate average brightness $Y_{ave}$ for every region
S3220
Set average brightness $Y_{ave}$ of emphasis region including focus location as brightness criterion $Y_{std}$
S3230
Determine non-usable regions by using brightness criterion $Y_{std}$
S3240
Calculate image quality adjustment average brightness $Y'_{ave}$
S3250
Execute bright value correction by using image quality adjustment average brightness $Y'_{ave}$
Return

Fig.9




Fig. 10




Fig. 11

# IMAGE PROCESSING BASED ON OBJECT INFORMATION

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 10/486,744, filed on Feb. 13, 2004, now U.S. Pat. No. 7,555,140 the disclosure of which is hereby incorporated by reference in its entirety for all purposes.

## TECHNICAL FIELD

The present invention relates to an image processing technique that uses major object information of images.

## BACKGROUND ART

In order to improve the accuracy of image processing (image correction) of image data that was shot by a shooting device, a technique is known to divide the image into plural regions and to perform an image correction with a focus on an emphasis region of the image. Since the emphasis region of an image is generally considered as being equivalent to a region that contains the major object of the image, the central region of the image is typically used as the emphasis region.

However, the major object is not always located in the central region of an image. For example, in the case where an image is shot with a row of mountains in its background, the major object of the image may possibly be located in its side region. Accordingly, in the case where the major object is located in the side region of an image, conventional techniques that identify the central region of an image as an emphasis region had difficulties in achieving an image correction of the major object with high accuracy and therefore could not obtain an intended output result.

## SUMMARY OF THE INVENTION

The purpose of the present invention is to solve the problems noted above, and to improve the accuracy of image processing by setting and using an appropriate emphasis region for every image data.

In order to achieve the purpose noted above, a first aspect of the present invention provides an image processing device that executes image processing by using image data and object information, which is associated with the image data and indicates a location of a major object on an image that is based on the image data. The image processing device of the first aspect of the present invention includes: an emphasis region determination module that determines an emphasis region, which is to become a basis of image processing, by using the object information; and an image processing module that analyzes the image data on the basis of the emphasis region and executes image processing of the image data based on the result of analysis.

The image processing device of the first aspect of the present invention determines an emphasis region of image processing by using the object information; analyzes the image data on the basis of the determined emphasis region; and executes image processing of the image data based on the result of analysis. With this structure, an appropriate emphasis region can be set and used for every image data, and thus the accuracy of image processing can be improved.

The image processing device of the first aspect of the present invention may comprise a division module that divides an image, which is based on the image data, into



plural regions, and the emphasis region may be determined from among the plural regions. By dividing an image into plural regions, it is possible to determine an emphasis region with high accuracy, and it is also possible to improve the accuracy of image processing based on the emphasis region.

In the image processing generation device of the first aspect of the present invention, the image processing module may comprise a region image characteristic value obtaining module that obtains region image characteristic values for each of the emphasis region and the plural regions other than the emphasis region based on the result of the analysis, and may execute image processing of the image data based on the region image characteristic value in the emphasis region and the region image characteristic values in the plural regions close to the emphasis region. With this structure, image processing can be performed on the basis of the result of analysis and with a focus on the emphasis region, so that the image processing can be executed in a suitable way.

In the image processing device of the first aspect of the present invention, the image processing module may comprise: a region image characteristic value obtaining module that obtains a region image characteristic value for each of the emphasis region and the plural regions other than the emphasis region based on the result of the analysis; and an image characteristic value generation module that generates an image characteristic value of the entire image by making the weighting of the region image characteristic values in the plural regions larger as the regions become closer to the emphasis region, and the image processing module may execute image processing of the image data based on the generated image characteristic value. With this structure, image processing can be performed more on the basis of the result of analysis and more with a focus on the emphasis region, so that the image processing can be executed with more accuracy.

In the image processing device of the first aspect of the present invention, the image characteristic value generation module may comprise a region classification module that classifies the plural general regions other than the emphasis region into usable regions and non-usable regions by using the region image characteristic value of the emphasis region, and may generate the image characteristic value by using the region image characteristic value of the emphasis region and the region image characteristic values of the usable regions. With this structure, the image characteristic value that is used for image processing can be obtained with a focus on the emphasis region, so that influences from noises or the like can be reduced and the image processing can be executed in a suitable way.

In the image processing device of the first aspect of the present invention, the region classification module may also classify the usable regions and the non-usable regions based on the absolute differences between the region image characteristic value of the emphasis region and the region image characteristic values of the general regions.

In the image processing device of the first aspect of the present invention, the classification of regions based on the absolute differences between the region image characteristic value of the emphasis region and the region image characteristic values of the general regions may be executed by classifying a general region as a non-usable region in case where the absolute difference between the region image characteristic value of the emphasis region and the region image characteristic value of the general region is equal to or more than a predetermined value, and as a usable region in case where the absolute difference is less than the predetermined value. In general, as the absolute difference between the region

image characteristic values of a general region and the emphasis region becomes larger, the general region tends to be more remotely related with the emphasis region, i.e., tends to be more away from the center of the image. For this reason, by classifying such regions as the non-usable regions, it is possible to obtain a more appropriate image characteristic value as well as to improve the accuracy of image processing.

In the image processing device of the first aspect of the present invention, the predetermined value may vary according to the distances between the emphasis region and each of the general regions. This is typically because the significance of each region in the image is often proportional to the distance from the emphasis region.

In the image processing device of the first aspect of the present invention, the object information may be a piece of information that indicates a location to where a focus is on, in an image that is based on the image data. Since a photographer (an image file generator) typically focuses on a location to where he (or she) is most interested in, the emphasis region on the image can be easily determined by using the focused location.

In the image processing device of the first aspect of the present invention, the image processing may be a type of processing that reduces the absolute difference between the obtained image characteristic value and a predefined image processing reference value.

In the image processing device of the first aspect of the present invention, the image file may further include image processing control information that contains image processing conditions in the image processing device and scene specifying information for reflecting a shot scene onto image processing, and the image processing may be executed with the scene specifying information reflected thereto, so as to reduce the absolute difference between the generated image characteristic value and the image processing reference value. With this structure, the accuracy of image processing that is responsive to the shot scene can be improved by performing the image processing with the focus location information reflected thereto and with the basis on the shot scene specifying information.

A second aspect of the present invention provides a computer readable medium that stores an image processing program therein and executes image processing by using image data and object information, which is associated with the image data and indicates a location of a major object on an image that is based on the image data. The computer readable medium according to the second aspect of the present invention includes: a program instruction that determines an emphasis region, which is to become a basis of an image analysis, by using the object information; and a program instruction that analyzes the image data on the basis of the emphasis region and executes image processing of the image data based on the result of analysis.

With the computer readable medium of the second aspect of the present invention, it is possible to attain the same functions and effects as the image processing device of the first aspect of the present invention. The computer readable medium of the second aspect of the present invention may also be implemented in the same various aspects as those of the image processing device of the first aspect of the present invention.

A third aspect of the present invention provides a computer readable medium that stores an image processing program and executes image processing by using image data and object information, which is associated with the image data and indicates a location of a major object on an image that is based on the image data. The computer readable medium of the third aspect of the present invention includes: a program instruction that divides the image, which is based on the image data, into plural regions; a program instruction that determines an emphasis region, which is to become a basis of image analysis, from among the plural regions based on the object information; a program instruction that obtains region image characteristic values of each of the plural regions based on the result of the analysis; a program instruction that classifies the plural regions other than the emphasis region into usable regions and non-usable regions by using the region image characteristic value of the emphasis region; a program instruction that obtains an image characteristic value by using the region image characteristic value of the emphasis region and the region image characteristic values of the usable regions; and a program instruction that executes image processing of the image data by using the image characteristic value.

With the computer readable medium of the third aspect of the present invention, it is possible to attain the same functions and effects as the image processing device of the first aspect of the present invention. The computer readable medium of the third aspect of the present invention may also be implemented in the same various aspects as those of the image processing device of the first aspect of the present invention.

A fourth aspect of the present invention provides a shooting device that generates image data and image processing control information, which is associated with the image data and specifies image processing conditions of the image data in an image processing device. The shooting device of the fourth aspect of the present invention includes: an image data generation module that generates the image data; an object information generation module that generates the object information, which indicates a major object on an image that is based on the image data; and an image processing control information generation module that generates the image processing control information including the generated object information.

With the image file generation device of the fourth aspect of the present invention, an image file that includes image processing control information can be generated, where the image processing control information has object information to indicate a major object on an image that is based on image data.

The shooting device of the fourth aspect of the present invention may further comprise a focus location detecting module that detects a focus location to which a focus is on, on an image that is based on the image data, and the generation of major object identifying information may generate the major object identifying information based on the detected focus location. With this structure, it is possible to generate major object information based on the detected focus location.

The shooting device of the fourth aspect of the present invention may further comprise a major object specification module that specifies the major object in the shot image, and the generation of major object identifying information may generate the major object identifying information based on the specifying information of the major object. With this structure, it is possible to specify a major object on an image by the major object specification module.

The shooting device of the fourth aspect of the present invention may further comprise an image file generation module that generates an image file, which includes the generated image data and the image processing control information. With this structure, it is possible to deal with both the image data and the image processing control information in

one image file. The shooting device of the fourth aspect of the present invention may further comprise a shot scene setting module for setting a shot scene, and the image processing control information may include scene specifying information for reflecting the set shot scene onto image processing in an image processing device. With this structure, the shooting device and the image processing device can share the shot scene information that was set in the shooting device, so that the image processing device can achieve image processing with the shot scene taken into consideration.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic that shows an example of an image processing system including an image processing device and a shooting device of the present embodiment;

FIG. **2** is a block diagram that schematically shows the general configuration of a digital still camera **20** of the present embodiment;

FIG. **3** is a schematic that conceptually shows an example of the internal configuration of an image file that is generated in conformity with the Exif file format in the present embodiment;

FIG. **4** is a block diagram that schematically shows the general configuration of a personal computer **30** of the present embodiment;

FIG. **5** is a block diagram that schematically shows the general configuration of a color printer **40** of the present embodiment;

FIG. **6** is a flowchart that shows the processing routine of the image file generation processing that is executed in a digital still camera **20** of the present embodiment;

FIG. **7** is a flowchart that shows the processing routine of the image processing control that is executed by a personal computer **30** of the present embodiment;

FIG. **8** is a flowchart that shows the processing routine that is executed at the time of the image processing based on the image processing control information in FIG. **7**;

FIG. **9** is a flowchart that shows the processing routine that is executed at the time of the image adjustment processing based on the focus location information in FIG. **8**;

FIG. **10** is a schematic that shows the relationship between distances from an emphasis region coordinate to the center coordinate of each region and threshold values that are used for the determination of usable or non-usable of each region;

FIG. **11** is a schematic that shows the relationship between distances from an emphasis region coordinate to the center coordinate of each region and corresponding weightings W.

## DETAILED DESCRIPTION OF THE INVENTION

An image processing device and a shooting device of the present invention will be described below based on embodiments in the following order, with reference to the drawings:

A. Configuration of Image Processing System Including Image Processing Device and Shooting Device:

B. Configuration of Each Device Constituting the Image Processing System;

C. Image File Generation Processing;

D. Image Processing; and

D. Other Embodiments.

### A. Configuration of Image Processing System Including Image Processing Device

The configuration of an image processing system including an image processing device and a shooting device of the



present embodiment will be described below with reference to FIG. **1**. FIG. **1** is a schematic that shows an example of an image processing system including an image processing device and a shooting device of the present embodiment.

[Note: the numbers in this paragraph do not match the numbers in FIG. **1**] An image processing system **10** comprises: a digital still camera **20** as a shooting device that generates an image file including image data and image processing control information, which specifies image processing conditions in an image processing device; a printer **30** as an image processing device that executes image processing as described later by using the image file that was generated in the digital still camera **20**; and a personal computer PC. The image file that was generated in the digital camera **20** is supplied to the printer **30** or the personal computer PC via a connecting cable CV or a memory card MC.

### B. Configuration of Each Device Constituting Image Processing System

The digital still camera **20** is a camera that converts optical information into analog electric signals with a CCD or a multiplier phototube and digitalizes the obtained analog electric signals with an A/D converter, so as to generate digital image data. The general configuration of the digital still camera **20** will now be described with reference to FIG. **2**. FIG. **2** is a block diagram that schematically shows the general configuration of the digital still camera **20** of the present embodiment. The digital still camera **20** comprises: an optical circuit **21** for collecting optical information; an image obtaining circuit **22** for obtaining an image by controlling a digital device; an image processing circuit **23** for processing the obtained digital image; and a control circuit **24** that controls each circuit. The digital still camera **20** also comprises a select and decide button **25** for selecting and setting image processing control information CI. The generated digital image data is typically stored in a memory card MC as a storage device. Although JPEG format is generally used to store the image data in the digital still camera **20**, other storage formats may also be used such as TIFF format, GIF format, BMP format, and RAW data format. As for the image data, images other than a static image may also be used, such as a dynamic image that is recordable by a digital video camera (DVC).

The image file that was generated in the digital still camera **20** typically has a file structure that conforms to the image file format standard (Exif) for digital still cameras. Specifications for Exif files are laid down by the Japan Electronics and Information Technology Industries Association (JEITA). The image file that was generated in the digital still camera **20** of the present embodiment contains image processing control information CI that specifies image processing conditions in an image processing device, e.g. focus location information.

The general configuration of an image file that is used in the present embodiment will now be described with reference to FIG. **3**. It should be noted that each of the terms such as file structure, data structure, and storage region used herein in the present embodiment represents a file or image data for which the file, the data, or the like is in a state being stored in a storage device. FIG. **3** is a schematic that conceptually shows an example of the internal configuration of an image file that is generated in conformity with Exif file format in the present embodiment.

As shown in FIG. **3**, an image file GF that conforms to Exif file format comprises: a JPEG image data storage region **111** that stores image data in JPEG format; and an adjunct information storage region **112** that stores various information regarding the stored JPEG image data. In the adjunct infor-

mation storage region **112**, on-shooting information regarding shooting conditions of the JPEG image, such as time and date of shooting, exposure, shutter speed, and so forth, and thumbnail image data of the JPEG image that is stored in the JPEG image data storage region **111** are stored in TIFF format. The adjunct information storage region **112** further comprises a Makernote data storage region **113** being an undefined region open to DSC makers, and in the present embodiment, the Makernote data storage region **113** is stored with image processing control information CI that specifies image processing conditions in an image processing device, e.g. focus location information. In other words, an image file GF that is generated in the present embodiment differs from a typical image file in Exif format in that the image file GF comprises image processing control information CI in its Makernote data storage region **113**. As is well-known to persons skilled in the art, files in Exif format use tags to specify each data item. As for the data that is stored in the Makernote data storage region **113**, a Makernote is assigned as a tag name for each data item and is referred to as a Makernote tag.

It should be noted that the image file generating device of the present embodiment not only uses an image file GF that conforms to Exif file format, but may also use other image files that are generated by input devices such as a digital video camera or a scanner. In the case where a digital video camera is used for the generation of an image file, either an image file that stores static image data and image processing control information, or a dynamic image file that contains dynamic image data in, e.g. MPEG format, and image processing control information is generated. In the case where the dynamic image file is used, an image processing control is executed for all or a part of the frame of the dynamic image according to the image processing control information.

The general configuration of the personal computer **30** will now be described with reference to FIG. **4**. FIG. **4** is a block diagram that schematically shows the general configuration of the personal computer **30** of the present embodiment. The personal computer **30** is a general use computer, and includes: a CPU **300** that executes an image processing program of the present invention; a RAM **301** that temporally stores the result of processing in the CPU **300**, image data, etc.; a HDD **302** that stores the image processing program, the image processed image data, etc.; a display device **31** for displaying the result of processing in the CPU **300**, the image data, etc.; an input device **32** for inputting commands or the like for the CPU **300**; and so on forth. The personal computer PC comprises: a card slot **33** for attaching a memory card MC; and an input/output terminal **34** for connecting a connecting cable CV from the digital still camera **20** or the like.

The general configuration of a color printer **40** now will be described with reference to FIG. **5**. FIG. **5** is a block diagram that schematically shows the general configuration of a color printer **40** of the present embodiment. The color printer **40** is, for example, an inkjet printer that forms an image by injecting four colors of inks, e.g. Cyan (C), Magenta (M), Yellow (Y), and Black (K), onto a printing medium to form a dot pattern, or an electro-photographic printer that forms an image by transferring and fixing color toner onto a printing medium. As shown in FIG. **5**, the printer **40** comprises: a print module **41** that contains a print head, a rotating drum, or the like and executes print processing onto a printing medium; a slot **42** that receives a storage device MC; and a control module **43** that analyzes image processing control information CI that was read from the storage device MC and controls operations of each part of the printer **40** based on the analyzed image processing control information CI. The control module **43** comprises: a processor (CPU) **430** that executes various processing; a read-only memory (ROM) **431** that stores programs or the like that are to be executed in the CPU **430**; and a random access memory (RAM) **432** that temporally stores the result of processing in the CPU **430** and the obtained data.

C. Image File Generation Processing

The image file generation processing that is executed in the digital still camera **20** of the present embodiment will now be described with reference to FIG. **6**. FIG. **6** is a flowchart that shows the processing routine of the image file generation processing that is executed in the digital still camera **20** of the present embodiment.

The control circuit **24** of the digital still camera **20** starts the processing routine when an image generation request is generated from a push-down of a shutter button or the like. The control circuit **24** obtains preset image processing control information, i.e. setting information of a shot scene that was set by a photographer, in step **S100**. The setting of a shot scene is performed by manipulating a dial button (not shown) or a select and decide button **25** to freely select a scene on a monitor display (not shown), before the shutter button is pushed down. The shot scene may be in modes such as: a normal mode that indicates a normal shot scene; a portrait mode that is appropriate for shots that include primarily person(s); and a macro mode that is effective for close-up shooting.

The control circuit **24** generates image data based on voltage information that was obtained from a CCD, in step **S110**. The control circuit **24** then obtains the focus location information at the time of the push-down of the shutter button, in step **S120**. The focus location information indicates the location to which the focus is on within a shooting frame at the time of shooting, and in the case where the frame is divided by 256 in both a vertical direction (Y direction) and a horizontal direction (X direction), for example, the focus location information is represented by a piece of coordinate location information (X, Y) that has an origin at its upper left location. The control circuit **24** obtains image processing control information other than the preset image processing control information, e.g. color space information that is used at the time of image processing, in step **S130**, and stores the obtained information, i.e. the preset image processing control information, the focus location information, and the image processing control information, as well as the generated image data into a memory card as an image file, in step **S140**. At this time, the preset image processing control information, the focus location information, and the image processing control information are recorded in a control information storage region **113** of an Exif file, whereas the image data is recorded in a JPEG image data storage region **111** of the file in JPEG data format.

The control circuit **24** then determines whether or not the focus location was changed in step **S150**. In the digital still camera **20** of the present embodiment, the focus location can be changed on a monitor display by displaying image data, which is included in an image file GF stored in a memory card MC, on the monitor display and then by manipulating the select and decide button **25**. It is therefore necessary to update the focus location information when the focus location is changed. When the focus location is determined to be changed in step **S150** (YES returned), the control circuit **24** rewrites the focus location information that is stored in the control information storage region **113** of the image file GF stored in the memory card MC in step **S160**, and then ends the processing routine. On the other hand, when the focus loca-

tion is determined to be unchanged in step S**150** (NO returned), the control circuit **24** ends the processing routine.

D. Image Processing

The image processing that is executed in the personal computer **30** as an image processing device will now be described with reference to FIGS. **7** to **9**. FIG. **7** is a flowchart that shows the processing routine of an image processing control that is executed by the personal computer **30** of the present embodiment. FIG. **8** is a flowchart that shows the processing routine that is executed at the time of the image processing based on the image processing control information in FIG. **7**. FIG. **9** is a flowchart that shows the processing routine that is executed at the time of the image adjustment processing based on the focus location information in FIG. **8**.

The processing routine shown in FIG. **7** is executed when the CPU **300** detects the attachment of a memory card MC in the card slot **33**, for example. The CPU **300** reads an image file GF, which was specified via the input device **32**, from the memory card MC in step S**200**. The CPU **300** retrieves image processing control information CI from the control information storage region **113** of the image file GF in step S**210**, and if any image processing control information CI was found in step S**210** (YES returned), the CPU **300** obtains the image processing control information CI including focus location information in step S**220**. The CPU **300** then executes image processing based on the obtained image processing control information CI in step S**230**.

On the other hand, if no image processing control information CI was found in the control information storage region **113** of the image file GF in step S**210** (NO returned), the CPU **300** executes image processing in a normal way in step S**240**. The normal image processing does not use any image processing control information CI including the focus location information, but is executed based on application facilities that are stored in the HDD **302** of the personal computer **30**.

When image processing is complete in step S**230** or in step S**240**, the CPU **300** outputs the processed image data to the color printer **40** or to the display device **31** in step S**250**, and ends the processing routine.

The image processing based on the image processing control information will now be described with reference to FIG. **8**. Alphabetical terms in the flowchart indicate color spaces under which image data is represented. The CPU **300** in step S**300** uses color conversion matrix values and gamma correction values for specified color spaces from among the image processing control information CI to execute color space conversion processing that converts the color space of the image data GD from a YCbCr color space to a wRGB color space. In the color space conversion processing, the CPU **300** first uses a matrix S for converting YCbCr image data into RGB image data, to convert the color space of the image data represented in JPEG format into, e.g. sRGB image data. The CPU **300** then combines a matrix M that is comprised of specified color conversion matrix values with a conversion matrix ($N^{-1}$) that is stored in the HDD **302** to generate a matrix $N^{-1}M$. The CPU **300** uses specified gamma correction values to execute a gamma correction to each of the color components R, G, and B, and then uses the obtained matrix $N^{-1}M$ to convert the color space of the image data from sRGB into wRGB. The CPU **300** then uses gamma correction values that are stored in the HDD **302** to execute an inverted gamma correction to the obtained wRGB image data.

The CPU **300** determines whether or not any focus location information is included in the image processing control information CI in step S**310**. If any focus location information is determined to be included in step S**310** (YES returned), the CPU **300** executes an image adjustment processing based on the focus location information in step S**320**. If no focus location information is determined to be included in step S**310** (NO returned), the CPU **300** executes an image adjustment processing in a normal way in step S**330**. The image adjustment processing is executed by: analyzing characteristics of the image data to generate histograms; calculating statistics based on the generated histograms; adjusting tone curves so as to reduce or eliminate the deviations between the statistics and the reference values of the image processing; and using the adjusted tone curves to adjust the relationships between the input values and the output values of the image data. Image quality parameters to be adjusted in the image adjustment processing include: brightness value, contrast, color balance, sharpness, shadow point, highlight point, and so forth, and the reference value of each parameter is changed by a respective control parameter value that is included in the image processing control information CI. As described previously, the image processing control information CI may be a piece of information that is comprised of plural parameter groups each corresponding to a shooting mode at the time of shooting. With this structure, it is possible to achieve the image adjustment processing in a way suitable for the shooting mode.

The CPU **300** executes print data generating processing by using the image processed image data in step S**340**, and ends the processing routine. In the print data generation processing, the CPU **300** uses a three-dimensional lookup table to convert the color space of the image data from wRGB to CMYK, executes halftone processing and raster processing, and transfers the print data to the control circuit **43** of the color printer **40**.

The image adjustment processing based on the focus location information will now be described with reference to FIG. **9**. For ease of explanation, the adjustment of the brightness value of an image will be described as a representative example. The CPU **300** divides an image into plural regions, e.g. by 256 in each of a vertical and a horizontal direction, respectively, in step S**3200**. For each region of the image, coordinate location information (X', Y') with an origin at its upper-left location is assigned in the range of (0-255, 0-255). The CPU **300** then generates a histogram and calculates an average brightness Y ave (a region image characteristic value) for each of the regions in step S**3210**. The CPU **300** then determines a focus location on the image by using focus location information, sets a region at the determined location as an emphasis region, and sets the average brightness Y ave of the emphasis region as a brightness criterion Y std in step S**3220**. Since the focus location information in the present embodiment is represented as a piece of coordinate location information (X, Y) with an origin at its upper left location as described previously, a region where the coordinate location information (X', Y') assigned to the image coincides with the coordinate location information (X, Y) in the focus location information is set to be the emphasis region. For example, in the case where (X, Y)=(125, 200), a region on the image where (X', Y')=(125, 200) is set to be the emphasis region.

The CPU **300** uses the brightness criterion Y std set above to determine non-usable regions to be excluded from consideration in the subsequent image adjustment, in step S**3230**. In other words, the brightness criterion Y std is a criterion that is used to determine regions to be excluded from (or regions to be taken into) consideration in the process of calculating an image quality adjustment average brightness Y' ave (image characteristic value) of the entire image, which will be used in an image adjustment. More particularly, in the case where an

absolute value of the difference between the brightness criterion Y std and the average brightness Y ave of each region is more than a threshold value, the region is considered as unnecessary information or noise information, and thus is determined to be an unnecessary region. In this way, by calculating a sampling value of the image on the basis of the emphasis region at the time of image quality adjustment, it is possible to achieve an image adjustment with high accuracy and with a focus on the emphasis region. It should be noted that in the present embodiment, the emphasis region is a region that is determined based on the location where the generator of the image data (the photographer) focuses on, and represents a region on the image (a focus region) that is to become the basis of the image analysis in image processing.

The decision theory of non-usable regions will now be described in detail. Suppose that the coordinate of the emphasis region (the focus location coordinate) is (Xf, Yf) and the center coordinate of each region is (Xa, Ya), the distance FD between the center coordinate of each region and the emphasis region coordinate can be obtained from:

$$FD=\text{sqrt}[(Xa-Xf)^2+(Ya-Yf)^2] \qquad \text{equation 1.}$$

The distance from the emphasis region coordinate (the focus location coordinate) to the center coordinate of each region, and a threshold value that is used for the determination of the usable and the non-usable portions of each region, are associated with one another by a characteristic line shown in FIG. **10**, for example. Accordingly, the non-usable regions can be determined by using the result of equation 1 and the characteristic line shown in FIG. **10**.

It should be noted that image regions are divided into two groups: an emphasis region and its adjacent regions; and the outer regions of the adjacent regions, for the simplification of processing. Thus, two threshold values: a threshold value Th**1** for the emphasis region and its adjacent regions; and a threshold value Th**2** for the other regions, are used in the present embodiment. Since the adjacent regions are around the emphasis region and are likely to be a part of the major object, the threshold values are set to be Th**1**>Th**2**, so as to make it easier to maintain the adjacent regions and exclude the other regions as non-usable regions.

As for the adjacent regions, one can use:

$$|Y\text{std}-Y\text{ave}(i)|>\text{Th1} \qquad \text{equation 2; and}$$

as for the other regions, one can use:

$$|Y\text{std}-Y\text{ave}(i)|>\text{Th2} \qquad \text{equation 3,}$$

to determine each region for which an average brightness Y ave(i) makes the absolute value on the left side to become greater than Th1 or Th2, to be a non-usable region.

The CPU **300** first calculates an image quality adjustment average brightness Y' ave, i.e. the average brightness of the entire image, by using the regions not excluded as non-usable regions and by reflecting a weighting W in accordance with the locations of the regions in step S**3240**, then executes a brightness value correction by using the calculated image quality adjustment average brightness Y' ave in step S**3250**, and thereafter returns to the processing routine shown in FIG. **8**. In the brightness value correction, the CPU **300** adjusts a reference value Y ref, which is used in an image quality adjustment, by using value parameters from among image quality adjustment parameters included in the image processing control information CI and image quality adjustment parameters responsive to shooting modes, and then adjusts the characteristics of tone curves, which represent the relationships between the input values and the output values of the image data, by using the adjusted reference value Y' ref and the image quality adjustment brightness average Y' ave. The CPU **300** then adjusts the values of the image data pixel-by-pixel by using the tone curves whose characteristics are adjusted.

The decision theory of a weighting W will now be described in detail. Suppose the maximum weighting is W max and the distance between a center coordinate of each weighting 0 region and a coordinate of an emphasis region is FD w**0**, the distance FD and the weighting W are related by a characteristic line shown in FIG. **11**, for example. In other words, the weighting W for each region can be obtained from:

$$W=W\text{max}-FD*(W\text{max}/FDw0) \qquad \text{equation 4.}$$

It should be noted, however, that in the present embodiment, image regions are classified into three types of regions: an emphasis region, adjacent regions, and the other regions, and W=3, W=2, and W=1 are assigned to the emphasis region, the adjacent regions, and the other regions, respectively. By using the thus obtained weighting W and the average brightness Y ave in each region, the total weighting of the average brightness ΣY ave can be calculated from:

$$\Sigma Y\text{ave}=Y\text{ave1}*3+\Sigma Y\text{ave2}(i)*2+\Sigma Y\text{ave3}(i) \qquad \text{equation 5,}$$

where Y ave1 represents the average brightness of an emphasis region; Y ave2 (i) represents the average brightness of an adjacent region; and Y ave3 (i) represents the average brightness of one of the other regions.

Suppose A num represents the number of regions where the weighting is effective, the image quality adjustment average brightness Y' ave, i.e. the average brightness of the entire image, can be obtained from:

$$Y'\text{ave}=(\Sigma Y\text{ave})/(A\text{num}) \qquad \text{equation 6,}$$

where A num=[the number of emphasis region]*3+[the number of adjacent regions]*2+[the number of the other regions]*1.

The process of a brightness value correction (an adjustment of tone curve characteristics) that uses the thus obtained image quality adjustment average brightness Y' ave and the adjustment reference value Y' ref (an image processing reference value) will now be described in detail. First of all, a brightness value correction amount Y apf is calculated from:

$$Yapf=\text{Int}(\text{sqrt}\{Y'\text{ref}-Y'\text{ave})*4\}) \qquad \text{equation 7.}$$

The tone curve characteristics are adjusted by: increasing the output level that corresponds to the ¼ point of the input level of the tone curve by the obtained brightness value correction amount Y apf in order to make the image brighter; or by decreasing the output level that corresponds to the ¾ point of the input level of the tone curve by the obtained brightness level correction amount Y apf in order to make the image darker.

As described above, with an image processing device of the present embodiment, it is possible to determine an emphasis region, which is to become the basis of an image analysis, by using focus location information that is included in an image file GF, so that it is possible to determine with accuracy the regions (or the points) on an image that are considered to be important for a photographer. It is also possible to achieve the image processing in a suitable way with the intention of the photographer reflected there to, based on the result of analysis. In other words, the photographer typically focuses on an object to which he (or she) is most interested in, so that an image quality adjustment on the basis of an emphasis region can be executed with accuracy by executing the image quality adjustment with a weight assigned on the object that exists on a location to which a focus is on.

E. Other Embodiments

Although an image quality adjustment using focus location information is described with respect to a brightness value adjustment in the above embodiments, it is also possible to use the focus location information for other types of adjustments such as, for example, a sharpness adjustment. In such a case, it is possible to strengthen the sharpness of an image at a focus location or in an emphasis region, or weaken the sharpness of an image in the other regions by using a Gaussian distribution method, so as to blur away the backgrounds of the image in a suitable way. The processing is particularly effective when a portrait mode is selected as the photo mode. For this reason, it is also possible to execute a sharpness adjustment at the time of an image quality adjustment without requiring any ad hoc selection processing, in the case where a portrait mode is selected as the photo mode. The information regarding whether or not a portrait mode was selected can be obtained by analyzing the image processing control information CI.

Additionally, although the above embodiments have been described with respect to using a personal computer **30** as an image processing device, it is also possible to use a color printer **40** as an image processing device as well. In the case where the color printer **40** does not require the personal computer **30**, i.e. the color printer **40** being a so-called stand-alone printer, the color printer **40** executes image processing and print processing all by itself. For this reason, it is also possible to execute each of the above described processing routines with a control circuit **43** in the color printer **40**.

Although a tone curve is used at the time of executing a brightness value correction in the above embodiment, it is also possible to create a look-up table as follows. That is to say, a brightness value correction value γ is obtained from:

$$\gamma=\mathrm{sqrt}(Yref/Yave) \qquad \text{equation 8,}$$

and a corrected brightness value Y" is obtained from:

$$Y''=255*(Y/255)^{\gamma} \qquad \text{equation 9,}$$

so that a look-up table is created for the corrected brightness values Y" each corresponding to a brightness value Y in an original image, and then a brightness correction is executed based on the created look-up table for every pixel in the image. It is obvious that the level of a reference value Y ref can be modified as appropriate based on the image processing control information CI.

Although an image processing device and an image file generating device of the present invention have been described with respect to the present embodiments, it should be noted that the embodiments are for making the present invention easy to understand, and in no way limit the present invention. It is obvious that the present invention can be varied or improved without departing from the scope of the appended claims and equivalents thereof.

Although the correction of brightness value or sharpness with the use of focus location information has been described in the above embodiments, it is also possible to use the focus location information to correct or adjust other image quality characteristics such as color balance, shadow point, highlight point, and so forth. In such cases, it is also possible to use the focus location information to locate an emphasis region of an image and execute an image quality adjustment of the image with a focus on the emphasis region.

The parameters specified by the image processing control information CI are for illustrative purposes only, and it is obvious that other appropriate parameters may also be used as well.

Although a digital still camera **20** was used as the shooting device in the above embodiments, other devices may also be used as well, such as a scanner or a digital video camera. In other words, an image file GF of the present embodiment may also be generated by input devices (image file generating devices) other than the digital still camera (DSC), such as a digital video camera (DVD) or a scanner. In the case where a digital video camera is used for the generation of an image file, either an image file that stores static image data and output control information, or a dynamic image file that contains dynamic image data in, e.g. MPEG format, and output control information is generated. In the case where the dynamic image file is used, an output control is executed for all or a part of the frame of the dynamic image according to the output control information.

Although an image is divided into 256*256 regions in the above embodiments, it is also possible to divide an image into smaller or larger regions. Dividing an image into at least two regions can generate an emphasis region and at least one other region. Dividing an image into smaller regions can improve the accuracy of the image adjustment, whereas dividing an image into larger regions can shorten the processing time for the image adjustment. Accordingly, the number of regions into which an image is divided may be determined according to the level of image quality that is to be required as the result of the image adjustment.

Although an Exif format file is used as a specific example of an image file GF in the above embodiments, the image file that is used in a shooting device of the present invention is not restricted to this format. In other words, any suitable image file that can contain the image data that is to be output by an output device and the image processing control information CI that specifies image processing conditions of the image data in an image processing device can be used. This is because as long as such a file is used, it is possible to generate an image file that contains image data and image processing control information CI in the shooting device.

It should be noted that an image file GF that contains image data and output device control device CI further contains a file that: generates association data that associates the image data and the image processing control information CI; stores the image data and the image processing control information CI in separate files, respectively; and associates the image data and the image processing control information CI by referring to the association data at the time of image processing. This is because in such a case, although the image data and the image processing control information CI are stored in separate files, the image data and the image processing control information CI are in a unified, inseparable relationship at the point of image processing that uses the image processing control information CI, so that the image data and the image processing control information CI function as substantially the same as if they are stored in one file. In other words, at least at the point of image processing, the embodiment where image data and image processing control information CI are used in a state of being associated one another, is included in the image file GF of the present embodiment. Furthermore, dynamic image files that are stored in optical disk media such as CD-ROM, CD-R, DVD-ROM, and DVD-RAM are also included in the image file GF of the present embodiment.

What is claimed is:

**1**. An image processing apparatus comprising:

a CPU, the CPU executing functions including

acquiring an image file, the image file including image data, shooting scene information, and location information of a person in the image data, and

increasing sharpness of an area in which the person is located and decreasing sharpness of an area in which the person is not located based on the acquired location information when the acquired shooting scene information indicates a portrait scene.

**2**. A method of image processing comprising:

acquiring an image file, the image file including image data, shooting scene information, and location information of a person in the image data; and

increasing sharpness of an area in which the person is located and decreasing sharpness of an area in which the person is not located based on the acquired location information when the acquired shooting scene information indicates a portrait scene,

wherein each of the operations of the method of image processing is executed by a CPU.



**3**. A computer program product comprising:

a non-transitory computer-readable storage medium on which an image processing program is stored, wherein the image processing program includes

a computer program code for acquiring an image file, the image file including image data, shooting scene information, and location information of a person in the image data, and

a computer program code for increasing sharpness of an area in which the person is located and decreasing sharpness of an area in which the person is not located based on the acquired location information when the acquired shooting scene information indicates a portrait scene.

* * * * *

**CERTIFICATE OF SERVICE**

I certify that on January 29, 2024, I caused the foregoing, Appellant Longitude Licensing Ltd.'s Principal Brief and Addendum, to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to the following counsel of record:

Ginger D. Anders
Ginger.Anders@mto.com
J. Kain Day
Kain.Day@mto.com
Munger, Tolles & Olson LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
(202) 220-1107

/s/ Aaron R. Fahrenkrog
Aaron R. Fahrenkrog

*Counsel for Plaintiff-Appellant Longitude Licensing Ltd.*

## CERTIFICATION OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

I hereby certify that the foregoing principal brief complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rule 32(b)(1) because the filing includes 13,612 words, excluding the items enumerated in Federal Circuit Rule 32(b)(2).

Dated: January 29, 2024

/s/ Aaron R. Fahrenkrog
Aaron R. Fahrenkrog

*Counsel for Plaintiff-Appellant Longitude Licensing Ltd.*