# United States Court of Appeals for the Federal Circuit

---

**LONGITUDE LICENSING LTD.,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-1202

---

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-03046-VC, Judge Vince Chhabria.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 30, 2025
Date

Jarrett B. Perlow
Clerk of Court